# EXHIBIT D

| Date | Platform | Third Party Name/ID | Summary | Views or Likes | URL Link |
|---|---|---|---|---|---|
| 8/29/2020 | Instagram | Alecangas | Miami Slice | 494 Likes | https://www.instagram.com/p/CEfmZHkHtJ6/?hl=en |
| 1/30/2021 | Instagram | thehungrypost | OUR FAVORITE RESTAURANTS OF 2020 | 697 likes | https://www.instagram.com/p/CJcPiB8Ma_Z/?igshid=YWJhMjlhZTc= |
| 2/02/2021 | Instagram | thehungrypost | WHAT YOU'RE EATING ON SUPER BOWL SUNDAY | 254 likes | https://www.instagram.com/p/CKz3NqmsNIV/?igshid=YWJhMjlhZTc= |
| 2/26/2021 | Instagram | thehungrypost | PIZZA GUIDE | 281 likes | https://www.instagram.com/p/CL2t1vTMlyc/?igshid=YWJhMjlhZTc= |
| 3/26/2021 | Instagram | Verocangas | My real talent is eating for two | 353 Likes | https://www.instagram.com/p/CM439u3nvE4/?hl=en |
| 4/20/2021 | Instagram | food_gazmz | Pepperoni with hot honey | 146 likes | https://www.instagram.com/p/CN4yqWXLfVX/?igshid=YWJhMjlhZTc= |
| 4/29/2021 | Instagram | melodyfarmscycling | Thank you for hosting us at the clubhouse for a night of @miamislicepizza | 163 likes | https://www.instagram.com/p/CORc5WNBJEu/?igshid=YWJhMjlhZTc= |
| 6/26/2021 | Instagram | Forzapizza | Hypnotizing salsera pizza from Miami Slice | 372 Likes | https://www.instagram.com/p/CQlgXWslGsz/?hl=en |
| 7/18/2021 | Instagram | thehungrypost | WE'RE OBSESSED WITH THIS NY STYLE PIZZA | 2,230 likes | https://www.instagram.com/p/CRfAyhULOQ9/?igshid=YWJhMjlhZTc= |
| 7/29/2021 | Instagram | infatuation_miami | Best New Pizza in Miami | 9,009 views | https://www.instagram.com/p/CR64DFPDdkQ/?igshid=YWJhMjlhZTc= |
| 8/13/2021 | Instagram | infatuation | Best New Pizza in Miami | 32,790 views | https://www.instagram.com/p/CShI4szNnUv/?hl=en |
| 8/20/2021 | Instagram | Boujeeboybites | Half Salsera, Half Pepperoni | 599 Likes | https://www.instagram.com/p/CSzPIxwH0HQ/?hl=en |

| Date | Platform | User | Caption | Engagement | URL |
|---|---|---|---|---|---|
| 9/14/2021 | Instagram | ligerscookies | LIGER'S! is now available at @miamislicepizza | 377 likes | https://www.instagram.com/p/CTz2dYvrjo1/?igshid=YWJhMjlhZTc= |
| 9/25/2021 | Instagram | isalovesfood | La mejor pizza de Miami | 130 likes | https://www.instagram.com/p/CUPubuGFUG-/?igshid=YWJhMjlhZTc= |
| 9/26/2021 | Instagram | ligerscookies | Reminder that you can find LIGER'S! at @miamislicepizza | 151 likes | https://www.instagram.com/p/CUSbqmZLIHg/?igshid=YWJhMjlhZTc= |
| 10/02/2021 | Instagram | thehungrypost | NEW YORK STYLE PIZZA & COOKIES | 535 likes | https://www.instagram.com/p/CUSbqmZLIHg/?igshid=YWJhMjlhZTc= |
| 10/15/2021 | Instagram | infatuation_miami | High on this weekend to-do list | 7,023 views | https://www.instagram.com/p/CVEEnzQD1ck/?hl=en |
| 10/27/2021 | Instagram | nicoleadeleholtz | Everything in moderation, including moderation | 151 likes | https://www.instagram.com/p/CViMfvSLcHh/?igshid=YWJhMjlhZTc= |
| 12/27/2021 | Instagram | thehungrypost | HOLIDAY GIVEAWAYS: EATS AND REGALITOS | 908 likes | https://www.instagram.com/p/CYARIzmrLlO/?igshid=YWJhMjlhZTc= |
| 2/9/2022 | Instagram | thehungrypost | What we ate at Miami Slice | 345 Likes | https://www.instagram.com/p/CZxtf7BqMkd/?hl=en |
| 2/9/2022 | Instagram | thehealthymove | IT'S PIZZA DAY | 1,064 likes | https://www.instagram.com/p/CZwr8Z_FRyw/?igshid=YWJhMjlhZTc= |
| 2/14/2022 | Instagram | thehungrypost | Did you forget about Valentine's Day? | 207 likes | https://www.instagram.com/p/CZ9t3h8LFKx/?igshid=YWJhMjlhZTc= |
| 2/15/2022 | Instagram | Freaksdesignco | Miami Slice t-shirts | 211 Likes / 424 views | https://www.instagram.com/p/CaA9QTKLrkp/?hl=en |
| 3/29/2022 | Instagram | pao_miami | New York transplants rejoice! This is Miami Slice | 976 Likes | https://www.instagram.com/p/CbtFuuyD0eI/?hl=en |
| 3/29/2023 | TikTok | pao_miami | Have you heard of this secret pizza spot? | 5305 likes, 76.2k plays | https://www.tiktok.com/t/ZTRt5foQR/ |
| 4/7/2022 | Instagram | mr.eats305 | What I ate at Miami Slice | 4,973 Likes | https://www.instagram.com/p/CcEV0gcg5M2/?hl=en |

| Date | Platform | User | Title | Engagement | URL |
|---|---|---|---|---|---|
| 4/7/2022 | TikTok | mr.eats305 | Best NYStyle Pizza in Miami | 14.9k Likes, 172.5k views | https://www.tiktok.com/@mr.eats305/video/7084012119347285294 |
| 4/18/2022 | Instagram | Mybucketlist | Best Pizza in Miami? | 344 Likes | https://www.instagram.com/p/CcfpmF3gw5W/?hl=en |
| 4/23/2022 | Instagram | kristinedidit | Secret pizza societies seem to be a thing in Miami lately | 179 likes | https://www.instagram.com/reel/CcteAkEFVV4/?igshid=YWJhMjlhZTc= |
| 4/27/2022 | Instagram | Ligerscookies | Miami Slice promotional giveaway | 458 Likes | https://www.instagram.com/p/Cc3ae6PrgnC/?hl=en |
| 5/1/2022 | TikTok | fatgirlhedonist | Getting a slice | 2065 likes, 33.4k plays | https://www.tiktok.com/t/ZTRta11x7/ |
| 5/17/2022 | TikTok | southfloridaf00d | Top 3 pies | 3 likes, 864 plays | https://www.tiktok.com/t/ZTRt5txsX/ |
| 5/20/2022 | Instagram | iaiamb | miami slice | 119 likes | https://www.instagram.com/p/CdyB2e1u_UI/?igshid=YWJhMjlhZTc= |
| 5/20/2022 | TikTok | fatgirlhedonist | Half and half | 4120 likes, 60.5 likes | https://www.tiktok.com/t/ZTRta8pes/ |
| 6/4/2022 | Instagram | Zenalovesfood | One of my favorite pizzas in Miami | 416 Likes | https://www.instagram.com/p/CeZpjJ9Mbqc/?hl=en |
| 7/16/2022 | Instagram | Droolinggoddess | Drooling Recommendations, favorite pizza in Miami | 47 Likes | https://www.instagram.com/p/CgF2KdgLVtU/?hl=en |
| 7/25/2022 | Instagram | Alexandramartin_tv and adayinmiami | Top 5 pizza spots in Miami | 3,595 Likes, 8962 views | https://www.instagram.com/p/CgcO6XYjsdf/?hl=en |
| 8/8/2022 | TikTok | Soflogrubclub | Rating: 1000/10; Restaurant: Miami Slice | 676 Likes, 9032 plays | https://www.tiktok.com/@soflogrubclub/video/71295726627227807022 |
| 8/10/2022 | TikTok | pao_miami | Miami Slice is on a whole 'nother level | 468 Likes, 12.2k views | https://www.tiktok.com/@pao_miami/video/7130324553703705902 |
| 8/14/2022 | Instagram | pizza | @miamislicepizza | 2,687 likes | https://www.instagram.com/reel/ChQjWLrF0eF/?igshid=YWJhMjlhZTc= |
| 8/15/2022 | Instagram | tokiopuff | Saturdays Tina Pick of the Day | 143 Likes | https://www.instagram.com/p/ChSYVuNL1Ke/?hl=en |

| Date | Platform | User | Title | Engagement | URL |
|---|---|---|---|---|---|
| 8/16/2022 | Instagram | infatuation_miami | Restaurant Review Ride-Along | 906 likes | https://www.instagram.com/reel/ChaoNugjLaH/?igshid=YWJhMjlhZTc= |
| 8/19/2022 | TikTok | droolinggoddess | Miami Slice just open its doors | 18 likes, 787 likes | https://www.tiktok.com/t/ZTRta16YT/ |
| 8/19/2022 | TikTok | calma_floral | If you like pizza miami | 73 likes, 1117 plays | https://www.tiktok.com/t/ZTRtaQLnA/ |
| 8/21/2022 | Instagram | iainteating | Miami Slice review | 113 Likes | https://www.instagram.com/p/ChiikXJsqiq/?hl=en |
| 8/21/2022 | TikTok | wherejuliaeats | A new favorite | 1351 Likes, 24.3k views | https://www.tiktok.com/@wherejuliaeats/video/7134461642485566762 |
| 8/25/2022 | Instagram | thehungrypost | Miami Slice has a new permanent location | 2,291 likes | https://www.instagram.com/reel/ChtA7d6q-eZ/?igshid=YWJhMjlhZTc= |
| 8/28/2022 | Instagram | infatuation_miami | The Best Restaurants in Downtown Miami | 1,974 likes | https://www.instagram.com/p/Ch0WvSXrI5I/?igshid=YWJhMjlhZTc= |
| 8/29/2022 | Instagram | fio_butlerrrrrr | Leo Szn Recap | 177 likes | https://www.instagram.com/p/Ch2mpFcLEyn/?igshid=YWJhMjlhZTc= |
| 8/30/2022 | Twitter | George Arango (@MrEats305) | #1 in Top 10 of best NY Style pizza in Miami | 181 Likes (embedded video with 7,229 views) | https://twitter.com/MrEats305/status/1564765235881418753 |
| 8/30/2022 | Instagram | Mr.eats305 and onlyindade | #1 in Top 10 of best NY Style pizza in Miami | 42,623 Likes | https://www.instagram.com/p/Ch5dm8fAmlf/?hl=en |
| 8/30/2022 | TikTok | mr.eats305 | My TOP 10 NY Style Pizza Spots in Miami | 9033 likes, 143.1k plays | https://www.tiktok.com/t/ZTRta1NnT/ |
| 9/1/2022 | Instagram | local.pie | Local Supporting Local pizza shops in Miami | 352 Likes | https://www.instagram.com/p/Ch-dCZIDqih/?hl=en |
| 9/2/2022 | Instagram | mr.eats305 | "Top 305 eats" | 3,565 Likes | https://www.instagram.com/p/CiBVD7VJ6P-/?hl=en |
| 9/2/2022 | TikTok | mr.eats305 | Top 305 Eats in August | 1340 likes, 21.5k plays | https://www.tiktok.com/t/ZTRt5bS4W/ |
| 9/5/2022 | Instagram | pizza | @miamislicepizza crushing it | 2,964 likes | https://www.instagram.com/reel/CiJOT3VIfi0/?igshid=YWJhMjlhZTc= |

| 9/11/2022 | Instagram | Chewithme | Miami Slice "YUM is an understatement" | 513 Likes | https://www.instagram.com/p/CiYkceAPD3Y/?hl=en |
| 9/11/2022 | TikTok | chewithme | Miami Slice Yum is an understatement | 30 likes, 1288 plays | https://www.tiktok.com/t/ZTRtae6kx/ |
| 9/11/2022 | TikTok | lil_shermy | Best pizza in MIA | 14 likes, 992 plays | https://www.tiktok.com/t/ZTRtadrYQ/ |
| 9/12/2022 | TikTok | angielassman | This was the best pizza we've ever had | 16 likes, 615 plays | https://www.tiktok.com/t/ZTRt5QA8N/ |
| 9/15/2022 | Instagram | infatuation_miami | The Best New Pizza in Miami | 989 likes | https://www.instagram.com/reel/CiiZJtBDI-Q/?igshid=YWJhMjlhZTc= |
| 9/17/2922 | Instagram | iainteating | Went back to try it for the 2nd time | 116 likes | https://www.instagram.com/p/Cindharu8jw/?igshid=YWJhMjlhZTc= |
| 9/19/2022 | Instagram | andrs.80 | * | 247 likes | https://www.instagram.com/p/CisEGbquqvs/?igshid=YWJhMjlhZTc= |
| 9/24/2022 | TikTok | fashunnfoodie | There is nothing pizza can't cure | 12 likes, 237 plays | https://www.tiktok.com/t/ZTRtadLU6/ |
| 9/27/2022 | TikTok | parisfrancexoxo | Let's check out Miami Slice | 12 likes, 557 plays | https://www.tiktok.com/t/ZTRta1YVT/ |
| 9/29/2022 | Instagram | truffle.please | The Best Restaurants, Downtown Miami | 100 likes | https://www.instagram.com/p/CjGpqPyp9B-/?hl=en |
| 9/29/2022 | Instagram | lockedonheat | Count Miami Heat sharpshooter Duncan Robinson as a fan of @miamislicepizza | 566 likes | https://www.instagram.com/reel/CjGE1z3jqwv/?igshid=YWJhMjlhZTc= |
| 9/29/2022 | Instagram | truffle.please | The best best best of Miami | 101 likes | https://www.instagram.com/p/CjGpqPyp9B-/?igshid=YmMyMTA2M2Y= |
| 10/04/2022 | Instagram | infatuation_miami | Where to take someone who's threatening to leave Miami | 1,261 likes | https://www.instagram.com/p/CjTVzHhrD4p/?igshid=YmMyMTA2M2Y= |
| 10/05/2022 | Instagram | hungryorsnacky | Miami Slice | 281 likes | https://www.instagram.com/reel/CjVaWNsAwtV/?igshid=YmMyMTA2M2Y= |

| 10/06/2022 | Instagram | shetakesmiami | Pizza is my weakness | 150 likes | https://www.instagram.com/reel/CjX2gYTAjkI/?igshid=YmMyMTA2M2Y= |
| 10/08/2022 | Instagram | trippinganimalsbrewing | MIAMI SLICE | 482 likes | https://www.instagram.com/reel/CjdzWhbJ7Hh/?igshid=YmMyMTA2M2Y= |
| 10/11/2022 | TikTok | luisapolito | The best in the game | 50 likes, 1672 plays | https://www.tiktok.com/t/ZTRta1xvd/ |
| 10/13/2022 | TikTok | ilovelucy24 | Chogomos pizza | 15 likes, 468 plays | https://www.tiktok.com/t/ZTRt5wmUY/ |
| 10/15/2022 | Instagram | lucazawesome | Lil recap from our fam afternoon feast | 443 likes | https://www.instagram.com/reel/CjwKO7qj1oj/?igshid=YmMyMTA2M2Y= |
| 10/16/2022 | Twitter | thehungrypost | The Best Pizza Guide in Miami | 1,847 Likes | https://www.instagram.com/p/Cjy4wZZoaJ3/?hl=en |
| 10/17/2022 | Instagram | trippinganimalsbrewing | Skip the line 2022 | 270 likes | https://www.instagram.com/p/Cj0vYrop2fb/?igshid=YmMyMTA2M2Y= |
| 10/18/2022 | Instagram | nathalieangarita | En este perfil amamos la pizza | 143 likes | https://www.instagram.com/p/Cj3_0Yeu1yF/?igshid=YmMyMTA2M2Y= |
| 10/23/2022 | Instagram | iainteating | BEST PIZZA IN MIAMI | 157 likes | https://www.instagram.com/p/CkD9ODdOCi9/?igshid=YmMyMTA2M2Y= |
| 10/24/2022 | TikTok | infatuation_miami | Miami Slice Downtown | 100 likes, 2318 plays | https://www.tiktok.com/t/ZTRt5DHhA/ |
| 10/26/2022 | TikTok | Eatandbehappy_ | No. 1 on Top 5 Favorite Pizza spots in Miami | 105 Likes, 2161 views | https://www.tiktok.com/@eatandbehappy_/video/7158865070624181546 |
| 10/28/2022 | Instagram | thehungrypost | New Restaurants to Check Out in Miami | 1,799 likes | https://www.instagram.com/reel/CkQwqiOqMZh/?igshid=YmMyMTA2M2Y= |
| 10/28/2022 | Instagram | infatuation_miami | The Miami Hit List: The Best New Restaurants in Miami | 1,106 likes | https://www.instagram.com/p/CkRd-jsrvhG/?igshid=YmMyMTA2M2Y= |
| 10/28/2022 | Twitter | Dave Portnoy (@stoolpresident) | Barstool Pizza Review – Miami Slice | 688 Likes (embedded video with 71.8k views) | https://twitter.com/stoolpresidente/status/1586115593454858240 |

| | | | | | |
|---|---|---|---|---|---|
| 10/28/2022 | YouTube | One Bite Pizza Reviews | Barstool Pizza Review – Miami Slice | 8.7k Likes, 299k views | https://www.youtube.com/watch?v=EaqD_Rs0JnE |
| 11/04/2022 | Instagram | letsgoeatbyk | Miami Slice Pizza once a week is a must for me | 654 likes | https://www.instagram.com/reel/CkjeyM3Oqak/?igshid=YmMyMTA2M2Y= |
| 11/05/2022 | Instagram | iainteating | Miami's Best Pizza | 407 likes | https://www.instagram.com/reel/CklNBXSDjY6/?igshid=YmMyMTA2M2Y= |
| 11/06/2022 | Instagram | mybucketeatlist | Best experience always | 103 likes | https://www.instagram.com/reel/Ckn_cpfg_DF/?igshid=YmMyMTA2M2Y= |
| 11/12/2022 | Instagram | maryjenny12 | Simplemente Delicioso | 213 likes | https://www.instagram.com/reel/Ck4VOE8AUzk/?igshid=YmMyMTA2M2Y= |
| 11/21/2022 | Instagram | imcamillenatalie | Miami's fast food that's better than Mcdonalds | 128 likes | https://www.instagram.com/reel/ClPyIVij6vD/?igshid=YmMyMTA2M2Y= |
| 11/22/2022 | Instagram | pizza | killing it! | 3,298 likes | https://www.instagram.com/reel/ClR_QclOXtO/?igshid=YmMyMTA2M2Y= |
| 11/27/2022 | Instagram | wherejuliaeats | Cosas ricas de estos ultimos dos meses | 178 likes | https://www.instagram.com/p/ClfOYvnr1MK/?igshid=YmMyMTA2M2Y= |
| 11/30/2022 | TikTok | shanese.danae | Miami Slice | 51 likes, 842 plays | https://www.tiktok.com/t/ZTRtadLU6/ |
| 12/2/2022 | TikTok | bytesizecruises | Went to Miami Slice and loved it | 5 likes, 881 plays | https://www.tiktok.com/t/ZTRtayXGm/ |
| 12/5/2022 | Instagram | aliveee | Miami Slice (better than Lucali) | 174 likes | https://www.instagram.com/p/Clzd3I3vBAG/?igshid=YmMyMTA2M2Y= |
| 12/5/2022 | TikTok | ijadap | Top 10 pizza places in Miami | 10 likes, 822 plays | https://www.tiktok.com/t/ZTRt5TEyr/ |
| 12/6/2022 | Instagram | foodierojas | Pizza ASMR | 271 likes | https://www.instagram.com/reel/Cl15tzbuNtu/?igshid=YmMyMTA2M2Y= |
| 12/6/2022 | Instagram | camiladimarzo | Basil week | 364 likes | https://www.instagram.com/p/Cl2JwgvJh9Q/?igshid=YmMyMTA2M2Y= |
| 12/6/2022 | TikTok | mafegaluee | Is it worth the hype? | 77 likes, 1628 plays | https://www.tiktok.com/t/ZTRt5GSkQ/ |

| Date | Platform | User | Description | Engagement | URL |
|---|---|---|---|---|---|
| 12/07/2022 | Instagram | qp_tapas | Miami's Best New Restaurants of 2022 | 116 likes | https://www.instagram.com/p/Cl4TE5LO_7R/?igshid=YmMyMTA2M2Y= |
| 12/07/2022 | Instagram | infatuation_miami | Follow along as we recap Miami's best new restaurants of 2022 | 826 likes | https://www.instagram.com/reel/Cl4UgmsD3eE/?igshid=YmMyMTA2M2Y= |
| 12/8/2022 | TikTok | hungryqbans | My favorite pizza in Miami right now | 13 likes, 338 plays | https://www.tiktok.com/t/ZTRt5KYXa/ |
| 12/9/2022 | TikTok | adamtahir_1 | I flew from Seattle to try this pizza | 45 Likes, 2,255 Views | https://www.tiktok.com/@adamtahir_1/video/7175197169949920558 |
| 12/09/2022 | Instagram | infatuation_miami | Best New Dishes 2022 | 953 likes | https://www.instagram.com/p/Cl9mvReOmEQ/?igshid=YmMyMTA2M2Y= |
| 12/09/2022 | Instagram | iainteating | I'll have Miami Slice every weekend until I'm sick of it | 207 likes | https://www.instagram.com/p/Cl-ISCxsMEI/?igshid=YmMyMTA2M2Y= |
| 12/15/2022 | Instagram | infatuation_miami | "Miami's Best New Restaurants of 2022" | 3,781 Likes | https://www.instagram.com/p/CmMK31MjBoS/?hl=en |
| 12/15/2022 | Instagram | infatuation_miami | Miami Slice emerged as its clear leader | 3,909 likes | https://www.instagram.com/reel/CmMK31MjBoS/?igshid=YmMyMTA2M2Y= |
| 12/15/2022 | TikTok | zaid.mushtaq | Best pizza in Miami? | 53 likes, 1803 plays | https://www.tiktok.com/t/ZTRtaRYm4/ |
| 12/16/2022 | Instagram | miamidatenite | Miami's Fast Food | 183 likes | https://www.instagram.com/reel/CmPDLh7g8ns/?igshid=YmMyMTA2M2Y= |
| 12/16/2022 | TikTok | miamidatenite | Miami's Fast Food | 37 likes, 1969 plays | https://www.tiktok.com/t/ZTRtaduk7/ |
| 12/18/2022 | TikTok | floopy305 | Miami Slice | 34 likes, 686 plays | https://www.tiktok.com/t/ZTRta1You/ |
| 12/23/2022 | Instagram | baking.sunrise | Name a better duo | 166 likes | https://www.instagram.com/p/CmhH1i6OFhR/?igshid=YmMyMTA2M2Y= |
| 12/24/2022 | TikTok | stephanfisher | The two best pizza spots in Miami | 45 likes, 3407 plays | https://www.tiktok.com/t/ZTRt5gjEN/ |
| 12/29/2022 | Instagram | thehungrypost | "The Best New Restaurants of 2022" | 3,687 Likes | https://www.instagram.com/p/CmwUmtEoSMe/?hl=en |

| Date | Platform | User | Caption | Engagement | Link |
|---|---|---|---|---|---|
| 12/30/2022 | Instagram | mikejchau | Started the line at 4:30 to score some Miami Slice Pizza | 890 likes | https://www.instagram.com/p/Cmz3erHuelv/?igshid=YmMyMTA2M2Y= |
| 12/30/2022 | Instagram | foodbabyny | The hot slice joint in Miami | 736 likes | https://www.instagram.com/reel/Cm0A21CJjaT/?igshid=YmMyMTA2M2Y= |
| 1/3/2023 | Instagram | chewyorkcity | Who knew Miami pizza could compete with NYC? | 105,247 likes | https://www.instagram.com/reel/Cm-BUdYJNQ3/?igshid=YmMyMTA2M2Y= |
| 1/3/2023 | Instagram | gastronomicusmaximus | Do yourself a favor | 108 likes | https://www.instagram.com/reel/Cm-oCbbp2F8/?igshid=YmMyMTA2M2Y= |
| 1/3/2023 | TikTok | chewyorkcity | This walk-in only pizza restaurant | 51.6k Likes, 520.5k views | https://www.tiktok.com/@chewyorkcity/video/7184545665178981098 |
| 1/4/2023 | Instagram | infatuation_miami | "Miami's Best New Restaurants of 2022" | 2,075 Likes | https://www.instagram.com/p/Cm_12_srqfg/?hl=en |
| 1/5/2023 | TikTok | infatuation_miami | Miami's Best New Restaurants of 2022 | 83 likes, 2036 plays | https://www.tiktok.com/t/ZTRt5U5Tm/ |
| 1/7/2023 | Instagram | thalia.rodriguezz | Indeed the best pizza in Miami | 179 likes | https://www.instagram.com/p/CnH-HqzObNa/?igshid=YmMyMTA2M2Y= |
| 1/7/2023 | TikTok | janellisama | Waited an hour in line for pizza and it was worth it | 50 likes, 1544 plays | https://www.tiktok.com/t/ZTRt54uG7/ |
| 1/8/2023 | TikTok | abilaguerre | Miami Slice taste test | 105 likes, 755 plays | https://www.tiktok.com/t/ZTRt53xWs/ |
| 1/9/2023 | Instagram | hoops.and.food | Restaurant: Miami Slice | 11,847 likes | https://www.instagram.com/reel/CnN35xOKihf/?igshid=YmMyMTA2M2Y= |
| 1/9/2023 | TikTok | zach.chin | Trying best pizza in Miami | 70.3k Likes, 626.4k views | https://www.tiktok.com/@zach.chin/video/7186812287716461867?lang=en |
| 1/10/2023 | TikTok | theresa.leung | What my BF ate on vacation | 26.7 likes, 264.0k | https://www.tiktok.com/t/ZTRt5nXr5/ |
| 1/10/2023 | Instagram | soulmatefit | Miami recap | 191 likes | https://www.instagram.com/p/CnPhJVFuqDd/?igshid=YmMyMTA2M2Y= |

| Date | Platform | User | Title | Engagement | Link |
|---|---|---|---|---|---|
| 1/10/2023 | TikTok | pickyeats.g | Miami Slice | 159 likes, 2180 plays | https://www.tiktok.com/t/ZTRt5gutu/ |
| 1/11/2013 | TikTok | bubbztv | Eating at Miami Slice Pizza | 28 likes, 1013 plays | https://www.tiktok.com/t/ZTRt5nqsp/ |
| 1/12/2023 | Instagram | thehungrypost | You've never been to a slice shop like Miami Slice | 1,143 likes | https://www.instagram.com/reel/CnVlES_K8sS/?igshid=YmMyMTA2M2Y= |
| 1/14/2023 | YouTube | Barstool Pizza Review | Pizza Marvin | 242k views | https://www.youtube.com/watch?v=DTGJqPY50Pc |
| 1/15/2023 | TikTok | yessicaferrei | Finally got to try Miami Slice pizza and it was worth the wait | 40 likes, 348 plays | https://www.tiktok.com/t/ZTRt5KcJ5/ |
| 1/17/2023 | Instagram | thehungrypost | The Best Restaurants in Downtown | 3,032 likes | https://www.instagram.com/reel/CniWFItqkBZ/?igshid=YmMyMTA2M2Y= |
| 1/17/2023 | TikTok | foodwtf | The best pizza isn't in NY, it's in Miami | 77 likes, 1462 plays | https://www.tiktok.com/t/ZTRt5cBkC/ |
| 1/19/2023 | TikTok | alaniscrystal__ | Best pizza in Miami | 68 likes, 771 plays | https://www.tiktok.com/t/ZTRt5727T/ |
| 1/20/2023 | TikTok | lucelianelles | It's better than Mr. O1 | 8296 likes, 114.7k plays | https://www.tiktok.com/t/ZTRt5AwyA/ |
| 1/20/2023 | TikTok | izzypotackk | holy bussinator come to miami slice | 39 likes, 604 plays | https://www.tiktok.com/t/ZTRtaeUjj/ |
| 1/21/2023 | Instagram | thefoode | Damn I love you Miami Slice Pizza | 282 likes | https://www.instagram.com/reel/CnrVtt_Dcce/?igshid=YmMyMTA2M2Y= |
| 1/21/2023 | TikTok | thefood.e | Best pizza in Miami right now | 67 likes, 291 likes | https://www.tiktok.com/t/ZTRtaarfa/ |
| 1/22/2023 | TikTok | life.ofasuarez | Miami Slice Pizza Restaurant Review | 34 likes, 612 plays | https://www.tiktok.com/t/ZTRt5nKyk/ |
| 1/26/2023 | Instagram | burger.buff | Couple delicious slices | 763 likes | https://www.instagram.com/p/Cn4uac1uvMk/?igshid=YmMyMTA2M2Y= |
| 1/27/2023 | Instagram | Davegrutman | "GOAT pizza party" | 31,590 Likes | https://www.instagram.com/p/Cn54pqIACpV/?hl=en |

| Date | Platform | User | Title | Engagement | URL |
|---|---|---|---|---|---|
| 1/27/2023 | Twitter | Lucy Burdge (@Luicille Burdge) | Tom Brady at Miami Slice | 52 Likes (24.4k views) | https://twitter.com/LucilleBurdge/status/1618958570787340290 |
| 1/27/2023 | Twitter | Today (@Todayshow) | Tom Brady and David Beckham at Miami Slice | 95 Likes (15k views) | https://twitter.com/TODAYshow/status/1619173430263271424 |
| 1/28/2023 | TikTok | jasgraham | Soft opening | 21 likes, 258 plays | https://www.tiktok.com/t/ZTRtax7m5/ |
| 1/29/2023 | Instagram | canchicaneat | Las mejores pizzas artesanalas estilo NY en Miami | 2,047 likes | https://www.instagram.com/reel/CoAPu6_gpce/?igshid=YmMyMTA2M2Y= |
| 1/29/2023 | TikTok | canchicaneat | Probando Miami Slice | 705 likes 14.3k plays | https://www.tiktok.com/t/ZTRt55s28/ |
| 1/29/2023 | Instagram | gaby_____diaz | - | 146 likes | https://www.instagram.com/p/CoBb3wXjrOh/?igshid=YmMyMTA2M2Y= |
| 1/30/2023 | TikTok | okgatti | Tom Brady & David Beckham just ate here | 1067 Likes, 13.7k views | https://www.tiktok.com/@okgatti/video/7194520282424495406 |
| 1/30/2023 | TikTok | theinfatuation | Is this line worth it? | 27 likes, 217 plays | https://www.tiktok.com/t/ZTRtaeUQ4/ |
| 2/1/2023 | YouTube | Barstool Pizza Review | Fratesi's Pizza Review | 403k views | https://www.youtube.com/watch?v=BPdv1DyPSxQ |
| 2/3/2023 | TikTok | la.foodiemiami | The best pizza I've tried in Miami | 3219 likes, 43.8 plays | https://www.tiktok.com/t/ZTRt5ye57/ |
| 2/4/2023 | TikTok | treatyoselfeverywhere | Yes, this is the best pizza in Miami | 1793 likes, 30.7k plays | https://www.tiktok.com/t/ZTRt5SYGr/ |
| 2/4/2023 | TikTok | alessia.dipasquale | Miami Slice taste test | 8 likes, 212 plays | https://www.tiktok.com/t/ZTRtarH4B/ |
| 2/5/2023 | Instagram | treatyoselfeverywhere | Is this the best pizza in Miami? | 5,906 likes | https://www.instagram.com/reel/CoSZK_CM7uY/?igshid=YmMyMTA2M2Y= |
| 2/7/2023 | Instagram | lalatinamiami | Choose your favorite duo | 408 likes | https://www.instagram.com/p/CoYD1TWumrA/?igshid=YmMyMTA2M2Y= |

| Date | Platform | User | Caption | Engagement | URL |
|---|---|---|---|---|---|
| 2/9/2023 | Instagram | eatandbehappy_ | It's National Pizza Day! | 121 likes | https://www.instagram.com/p/Coc3PRJPsmQ/?igshid=YmMyMTA2M2Y= |
| 2/9/2023 | Instagram | mr.eats305 | Happy National Pizza Day! | 11,536 likes | https://www.instagram.com/reel/CodOh97gkKB/?igshid=YmMyMTA2M2Y= |
| 2/9/2023 | TikTok | mr.eats305 | Happy National Pizza Day! | 3573 likes, 54.0k plays | https://www.tiktok.com/t/ZTRtaBc8W/ |
| 2/10/2023 | Instagram | daniel_areas | 1st Miami Slice experience | 120 likes | https://www.instagram.com/p/CofiJiOvfbq/?igshid=YmMyMTA2M2Y= |
| 2/11/2023 | TikTok | lamovidaus | Miami Slice | 30 likes, 275 plays | https://www.tiktok.com/t/ZTRt5bsJh/ |
| 2/11/2023 | TikTok | gud.eatzz | Worth the weight | 50 likes, 1259 plays | https://www.tiktok.com/t/ZTRta1fSw/ |
| 2/11/2023 | TikTok | yialol | Best pizza | 8 likes, 282 plays | https://www.tiktok.com/t/ZTRtaPkJa/ |
| 2/11/2023 | TikTok | girwiththesolocup | Finally tried the best pizza in Miami | 8 likes, 350 plays | https://www.tiktok.com/t/ZTRtah7oo/ |
| 2/12/2023 | Instagram | ovogelo | Miami Slice | 1,557 likes | https://www.instagram.com/p/CokmeqWPjjd/?igshid=YmMyMTA2M2Y= |
| 2/12/2023 | TikTok | barbarasolorzanoo | Review | 138 likes, 2961 plays | https://www.tiktok.com/t/ZTRt5caph/ |
| 2/12/2023 | TikTok | mikasanchezt | Fing amazing | 46 likes, 794 plays | https://www.tiktok.com/t/ZTRt5ESXr/ |
| 2/12/2023 | TikTok | ms_erikaashley | Pepperoni was my fave | 10 likes, 430 plays | https://www.tiktok.com/t/ZTRtam1ar/ |
| 2/13/2023 | TikTok | glammai | Miami Slice | 22 likes, 563 plays | https://www.tiktok.com/t/ZTRtaNV8W/ |