# EXHIBIT E



## Reservations Open For Carnival Celebration Debuting In 2022, As Part Of Carnival Cruise Line's 50th Birthday

October 8, 2020

MIAMI, Oct. 8, 2020 /PRNewswire/ -- Reservations are now open for Carnival Celebration, Carnival Cruise Line's newest ship set to debut in November 2022 as part of the company's 50th birthday.

A sister to the line's first XL-class ship, *Mardi Gras*, Carnival Celebration will debut with an inaugural 14-day Carnival Journeys cruise Nov. 6, 2022, followed by the launch of year-round service from PortMiami Nov. 21, 2022.  The addition of Carnival Celebration to Miami will maintain PortMiami's position as the top embarkation port for Carnival Cruise Line.

Carnival Celebration will include many of the features that have made *Mardi Gras* one of the most anticipated ships in cruising, including BOLT, the first roller coaster at sea, along with other unique design features created specifically for this vessel.

Carnival's 50th Birthday celebration kicks off in March 2022 – the company's birthday month – with a series of commemorative sailings that will feature special entertainment and itineraries and continuing all year long, culminating with Carnival Celebration's arrival in November.  Additional information on the March 2022 sailings is available at www.carnival.com/sailabration.

"Carnival Celebration promises to be a spectacular addition to our fleet – just in time for our 50th birthday – and we've put together a terrific array of itineraries kicking off with a two-week-long inaugural transatlantic cruise and then year-round Caribbean sailings from PortMiami featuring some of the most beautiful and popular destinations in the region," said Christine Duffy, president of Carnival Cruise Line.

### Inaugural Transatlantic Crossing

Carnival Celebration will debut with a 14-Day Carnival Journeys transatlantic crossing departing Southampton Nov. 6 and arriving in Miami Nov. 20, 2022.  Featured ports on this two-week-long seagoing adventure include La Coruña and Vigo, Spain; Funchal (Maderia), Portugal; and Tenerife (Canary Islands), Spain.  Carnival Journeys cruises offer unique activities where guests can sample local cuisine and enjoy entertainment and cultural opportunities, along with cooking, arts and crafts and other special activities.

### Exciting Addition to PortMiami

Once in Miami, Carnival Celebration will offer a special six-day Thanksgiving cruise visiting Grand Turk, Amber Cove and Nassau Nov. 21-27, 2022, then begin its year-round seven-day Caribbean cruise rotation on Nov. 27, 2022, offering week-long voyages departing Sundays to the eastern and western Caribbean.  Eastern Caribbean cruises call at Amber Cove, Dominican Republic; San Juan, Puerto Rico; and St. Thomas, U.S.V.I. or St. Maarten, N.A., while the western Caribbean route features Cozumel and Costa Maya, Mexico; and Mahogany Bay, Isla Roatan.

Two special eight-day cruises will depart Dec. 11 and Dec. 19, 2022 featuring stops at Grand Turk, Amber Cove, San Juan and St. Thomas, while a one-time five-day cruise to Amber Cove and Grand Turk will operate Jan. 3-8, 2023.

### Additional Information and Reservations

More information on Carnival Celebration is available here.  To make a reservation on Carnival Celebration or any other of Carnival Cruise Line's ships, contact any travel agent, call 1-800-CARNIVAL or visit www.carnival.com.

View original content:http://www.prnewswire.com/news-releases/reservations-open-for-carnival-celebration-debuting-in-2022-as-part-of-carnival-cruise-lines-50th-birthday-301148595.html

SOURCE Carnival Cruise Line

Vance Gulliksen, media@carnival.com

Get the Lowest Cruise Prices!

Get the Latest Cruise Price Drops



Home » Cruise » Carnival Cruise Line » Carnival Celebration » Carnival Celebration Restaurants With Menus

# Carnival Celebration Restaurants With Menus

Carnival Celebration    *by Heidi Bucolo*    *December 6, 2022*



We are back from a cruise on Carnival's newest ship and have put together this complete Carnival Celebration Restaurants Guide with menus.

Carnival Cruise Line's newest ship, Carnival Celebration, has just set sail from Miami, and we sailed on this ship's first cruise from the United States. Now, we are back and have put together this Carnival Celebrations Restaurants Guide with menus so you can see what is available at the different restaurants onboard this latest Excel Class ship.

# Carnival Celebration Restaurants Guide With Menus

## Complimentary Carnival Celebration Restaurants

There are several dining options on the list of Carnival Celebration restaurants that are included in your cruise fare. These include the typical main dining room (Festivale and Carnivale) as well as the cruise ship buffet (Lido Marketplace).



Carnival Cruise Line ships also offer several quick service options that are complimentary. From Mexican favorites at BlueIguana Cantina, to burgers at Guy's Burger Joint, to chicken sandwiches at Shaq's Big Chicken, there are plenty of tasty options that won't cost you anything.

## *EXCLUSIVE SAVINGS: Get Deals on Carnival Celebration Cruises!*

### Java Blue Cafe (Deck 6)

The Java Blue Cafe is your dedicated coffee shop on Carnival Celebration. Located in the new Celebration Central zone, this venue opens at 6 AM most mornings for cruisers to get their caffeine fix. Serving espresso-based beverages and milk shakes that are included in the Cheers drink package, you might find yourself visiting this cafe quite a bit.

While here, you might be tempted by some of the food offerings as well. Java Blue Cafe serves breakfast items from around 7/7:30 to 9:30 AM daily. These options include breakfast sandwiches and continental pastry items. The cafe also serves lunch items from around 3 to 8:30/9:30 PM. These items include sandwiches, chicken pies, empanadas, and more. There are also desserts available, but they will cost a nominal fee.

Java Blue Menu

### Carnivale Restaurant (Deck 6)

The Carnival Celebration restaurants include two different main dining room experiences. If you are a more traditional cruiser, you can opt for Assigned Dining at either 5:30 PM (early) or 7:45 PM (late) seating times. The Deck 6 Carnivale Restaurant and the first level of the Festivale Restaurant are reserved for Assigned Dining.

Cruisers who want to try a variety of the dining options on the ship, might want to select Your Time Dining. With this option, cruisers can dine whenever they want at various locations by joining a virtual queue in the Carnival HUB app when they are ready to eat. This option is available from 5:30 to 9 PM daily.

Regardless of whether you pick Assigned Dining or Your Time Dining, the Carnivale and Festivale restaurants offer the same rotational menu. These menus do change nightly with a few always available items, like the famous chocolate melting cake.

Carnivale is the smaller of the two dining venues and is located on the portside of Deck 6.

## Festivale Restaurant (Decks 6 & 7)

Festivale is the larger of Carnival Celebration's two main dining rooms. This 2-story main dining room is located on Decks 6 and 7. Deck 6 is reserved primarily for Assigned Dining while Deck 7 is utilized for Your Time Dining.

The Festivale restaurant is also open for breakfast daily from 7 to 9 AM. On sea days, the restaurant serves a special Sea Day Brunch from 8:30 AM to 12 PM. This Sea Day Brunch is a must-try, especially the skillet cake.



Once again, the dinner menu at this restaurant rotates each evening like most cruise lines offering a wide array of starters, entrees, and desserts.

This venue also serves lobster on one of Carnival's elegant nights. During our sailing, "lobster night" was the first elegant night; however, Carnival has indicated that this will be changing to the second elegant night in the near future.

Further, Carnival Cruise Line had begun charging for extra entrees in the main dining room. Guests may continue to order a second complimentary entrée if they choose; however, a third entrée will now incur a $5 charge.

MDR Breakfast | Sea Day Brunch | MDR Dinner Menus

## Chibang! (Deck 8)

Chibang was created in response to guest feedback requesting more diverse dining options. This fairly new restaurant concept features both Mexican and Chinese dishes. Currently, this restaurant is complimentary on Excel Class ships.

Chibang is open for lunch on sea days from 12 to 2 PM and dinner nightly from 5:30 to 9:30 PM. Guests wishing to dine at this venue can join the virtual queue on the Carnival HUB app and will be notified when their table is ready.

In our experience, we never waited more than 10 minutes for a table. The app also indicates an estimated current wait time at each venue.



For lunch, Chibang's menu offers noodle bowls and burrito bowls. For dinner, the menu is more expansive offering Asian items like lettuce wraps, Singapore chili shrimp, and Kung Pao chicken. Mexican menu items include loaded nachos, tacos, pollo en mole, and pescado frito.

With so many offerings, you can certainly dine at Chibang more than once during your cruise vacation.

Chibang Lunch | Dinner Menu

## Cucina del Capitano (Deck 8)

A specialty restaurant on other Carnival ships, Cucina del Capitano is also complimentary on Carnival Celebration at the moment. The cruise line indicates that they don't foresee changing this any time soon.

This Italian restaurant is open for lunch from 12 to 2 PM on sea days and for dinner from 5:30 to 9:30 PM nightly. Just like Chibang, you can join the virtual queue whenever you want to dine here. Of note, if you have assigned dining in the main dining room, you won't be able to join the virtual queue until after 7:45 PM.

 

For lunch, this venue serves a small menu of appetizers, soups, and pizza, along with a create your own pasta bowl section. At dinner, cruisers can enjoy favorites like Nonna's meatball, chicken parm, short rib, and tiramisu.

Cucina del Capitano Lunch | Dinner Menu

## Miami Slice (Deck 8)

Located in the vibrant 820 Biscayne zone on Carnival Celebration, Miami Slice is your go-to spot for pizza. This eatery is open daily from 9 AM to 4 AM to fulfill your cravings any time of day.

This pizzeria features a walk-up counter where guests can order fresh out of the oven pizza slices or personal-sized pies. You can then enjoy your pizza in the nearby seating area or take it to-go to enjoy anywhere around the ship.

Don't be surprised to find a line here, as Miami Slice is quite popular.

Miami Slice Menu

 

## Deco Deli (Deck 8)

Adjacent to Miami Slice, you will find Deco Deli. This counter-style sandwich shop serves up a menu of traditional deli sandwiches along with some Miami and Cuban favorites.

Deco Deli is open daily from 12 to 10 PM.

Deco Deli Menu

## Guy's Pig & Anchor Smokehouse | Brewhouse (Deck 8)

Guy's Pig & Anchor Smokehouse | Brewhouse is another one of the Carnival Celebration restaurants. The BBQ joint is open for breakfast, lunch, and dinner on Carnival Celebration. Dinner at this venue is also complimentary for a limited time; though, you will notice a few differences in the menu.

Guy's serves breakfast from around 6:30/7:30 to 9/10:30 AM. This small buffet area features all the breakfast staples. The venue also serves lunch from 12 to 2:30 PM on sea days in a buffet-style setting outdoors on the waterfront area.



Dinner is served in the restaurant nightly from 5:30 to 9:30 PM. The menu features all your BBQ favorites with a side of live music. You can choose from chicken, brisket, sausage, and more. St. Louis ribs and prime rib are available for an up-charge.

Further, don't forget to grab a signature ParchedPig beer brewed right onboard the ship.

Guy's Pig & Anchor Lunch | Dinner Menu

## BlueIguana Cantina (Deck 16)

Located on the Lido deck, BlueIguana Cantina serves up Mexican favorites for both breakfast and lunch. You can customize your breakfast or lunch burrito any way you like as they are freshly prepared just for you. There is even a salsa bar located nearby.



If you'd prefer tacos or a bowl, you can get those too at the BlueIguana Cantina.

This venue is open daily from 7/8 to 10:30 AM for breakfast and 12 to 2:30/3:30 PM for lunch.

BlueIguana Breakfast | Lunch Menu

## Street Eats (Deck 16)

Street Eats is also located on the pool deck offering food truck-type selections. Here, you will find Steam Dream, Mad Sizzle, and Time Fries. Each of these venues features one selection a day, and this selection changes daily.

Think items like load fries, dumplings, satays, and more.

The Street Eats hours vary with the stalls opening somewhere between 11:30 AM and 2 PM, then remaining open until 4 or 5 PM. This is largely dependent on your port of call times.

Sample Street Eat Menus



## Lido Marketplace (Deck 16)

The Lido Marketplace is your typical cruise ship buffet, featuring a variety of selections for breakfast, lunch, and dinner. Honestly, with so many other offerings on Carnival Celebration, we did not eat here at all during our cruise.

The Lido Marketplace is typically open for breakfast from around 6:30/7:30 to 11:30 AM. The venue then reopens for lunch from around 12 to 2:30/3:30 PM. Then, dinner is available from 6 to 9:30 PM nightly.

You'll find a salad station, dessert station, hot entrees section, cold cuts selection, and more. In comparison to other cruise lines, the offerings are more limited in the buffet; this is likely because there is so much else to eat around the ship.

## Big Chicken (Deck 16)

Perhaps one of our favorite newer additions to Carnival ships is Shaq's Big Chicken. NBA Hall of Famer and Carnival's Chief Fun Officer, Shaquille O'Neal, scored big with this quick service eatery located aft on the pool deck.

Big Chicken is open for breakfast from around 7/8 to 11 AM and for lunch from 11 AM to 5 PM daily. This venue serves up signature chicken sandwiches with Shaq's special sauce, in addition to chicken tenders and fries. There's also chicken and biscuits for breakfast.

This is a popular spot on Carnival Celebration so don't be surprised to find a line most times during the day.

Big Chicken Menu

## Guy's Burger Joint (Deck 17)

Relocated to Deck 17 above the Lido deck, Guy's Burger Joint serves up some of the best burgers at sea. In partnership with Guy Fieri, this poolside shack features fresh off the grill burgers and fries with a toppings bar for you to customize your meal to perfection.

Guy's Burger Joint is open every day from around 12 to 6 PM to satisfy all your burger cravings. How many can you eat in just one week?



This is perhaps the busiest quick service eatery on Carnival Celebration, so don't be surprised to find Disney-style switchbacks. Though, we never waited more than about 15 minutes.

Guy's Burger Joint Menu

## Fresh Creations (Deck 18)

Serenity is the adult only retreat on Carnival Cruise Line ships. This private oasis offers plenty of space with comfy lounge furniture, a pool, whirlpools, a bar, and even some healthy lunch options at the Fresh Creations salad bar.

The salad bar is open from 12 to 2:30 PM on sea days so you don't have to give up your slice of paradise when you get hungry.

[Fresh Creations Menu](Fresh Creations Menu)

## Swirls (Decks 8, 16, 17)

For those looking for their soft serve fix, you can rejoice that there are three locations onboard Carnival Celebration. Choose between vanilla, chocolate, strawberry, or twist.

There is one located in the Heroes Tribute Lounge on Deck 8 aft. The second is found on Deck 16 aft near the Tides Bar and Tides Pool. Finally, the third soft serve station can be found on Deck 17 midship near Guy's Burger Joint.



## BOOK NOW: *Discounts on Carnival Celebration Cruises!*

## Specialty Restaurants on Carnival Celebration

With so many great offerings, you certainly do not have to pay extra for dining on Carnival Celebration (if you don't want to). Though, this new ship also offers a few specialty restaurants that come with an up-charge.

If you plan to dine at any of these Carnival Celebration restaurants, you should make reservations pre-cruise, as popular dining times do fill up quickly.

## Emeril's Bistro 1397 (Deck 6)

Debuting on Carnival Mardi Gras, chef Emeril Lagasse's restaurant makes a return on Carnival Celebration. This new and improved rendition, Emeril's Bistro 1397, is located in the new Gateway zone.

Emeril's Bistro is open for breakfast, lunch, and dinner serving New Orleans themed cuisine at a la carte prices. No reservations are necessary for this restaurant.

 

Breakfast is served from 8 to 9:30/10:30 AM each day, and lunch on sea days from 12 to 3 PM. The venue re-opens for dinner from around 3/4 to 9/10 PM.

For breakfast, all items are $6 and include dishes like shrimp and grits and sweet potato waffles. For lunch and dinner, the menu features items like oysters, po'boys, jambalaya, and beignets. The beignets are a must-try!

Emeril's Bistro Menu

## Fahrenheit 555 Steakhouse (Deck 7)

Fahrenheit 555 is Carnival Cruise Line's signature steakhouse. This American steakhouse has a warm and inviting atmosphere with an open concept kitchen, making it a great choice for an elegant night dinner.

The restaurant is open nightly for dinner from 5:30 to 9:30 PM. The cover charge at this venue is increasing to $48 per person.

 

The menu at Fahrenheit 555 features upscale offerings like shrimp cocktail, tuna tartare, and premium cuts of beef.

Fahrenheit 555 Menu

## Bonsai Teppanyaki (Deck 8)

Bonsai Teppanyaki is another one of the Carnival Celebration restaurants. This Japanese-style hibachi restaurant offers a multi-course menu for a flat fee of $35 for lunch and $38 for dinner.

This restaurant is open for lunch on sea days from 12 to 3 PM and nightly for dinner from 5:30 to 10:15 PM.

Entrée selections range from chicken, filet, lobster tail, salmon, and shrimp. All meals also include starters and dessert.

Whenever we have dined at a teppanyaki restaurant on a cruise, the food is always as good as the culinary show! This venue is very small so make sure to secure reservations early.

[Bonsai Teppanyaki Menu](#)

## Bonsai Sushi (Deck 8)

Located adjacent to Bonsai Teppanyaki is Bonsai Sushi. This sushi lovers paradise is an a la carte venue that is open for dinner daily from 5 PM to 12 AM. The venue is also open for lunch on sea days from 12 to 2:30 PM.



Bonsai Sushi offers several sushi and sashimi selections, as well as noodle bowls and Japanese small plates. So, even if you are not a fan of sushi, there are probably other menu items for you to enjoy at this venue for reasonable prices.

Bonsai Sushi Menu

## Rudi's Seagrill (Deck 8)

Celebrity Chef Rudi Sodamin brings his creations to life on Carnival Celebration at Rudi's Seagrill. This specialty restaurant is open nightly for dinner from 5:30 to 9:30 PM for an upcharge of $48 per person.

 

As you might expect, the menu is heavy on seafood with mussels, scallops, shrimp, oysters, calamari, and lobster all on the menu. There's even a crab-stuffed lobster tail. For non-seafood lovers, you have a choice of chicken, a pork chop, or a NY strip.

The intimate atmosphere of this restaurant makes it another great choice for an elegant night dinner.

Rudi's Seagrill Menu

## Seafood Shack (Deck 16)

The casual Seafood Shack is located on the Lido deck near the new Street Eats on Carnival Celebration. This counter service restaurant is open for lunch and dinner daily varying times from 12 to 10 PM depending on the port of call.

The Seafood Shack offers classic New England favorites like fried clams, lobster rolls, fish & chips, clam chowder, and other fresh local catch.

All menus items at this venue are a la carte at current market prices.

Seafood Shack Menu

## Green Eggs and Ham Breakfast

Enter the whimsical world of Dr. Seuss. Accompanied by the Cat in the Hat, Thing 1 and Thing 2, and friends, you can feast on a colorful breakfast. The Green Eggs and Ham breakfast is offered one day of the cruise at 8:30 and 9:45 AM in the Carnivale restaurant. The up-charge is $10 for adults and $8 for kids under 14 years old.

This special event features menu items like Horton's cereal crusted french toast, pancake stacks, steak and eggs, and of course, green eggs and ham.

Whether you are a family or just big kids at heart, this is a fun way to spend a sea day breakfast.

Green Eggs and Ham Breakfast Menu

## Room Service

Room service is available 24 hours a day with select complimentary items and other items that are available for an up-charge at a la carte pricing.



For breakfast (6 to 10 AM), you can choose from fruit, cereal, continental pastry items, and yogurt for no additional cost as well as breakfast sandwiches for around $5.

During the day (10 AM to 6 AM), various items are available at a la carte prices. Selections include salads, sandwiches, wings, desserts, and more. Most items cost between $5 to $7 each. An additional 18% gratuity will be added to each order as well.

Room Service Menu | Breakfast Menu

## *SCORE BIG ON CARNIVAL CELEBRATION CRUISES!*

## Comments

Do you have plans to cruise on the new Carnival Celebration? What is your favorite from the list of Carnival Celebration restaurants? Drop us an anchor below to share your dining preferences on Carnival Cruise Line.



Heidi is a physical therapist by profession, cruise enthusiast at heart, and Princess all the time! She is a self-confessed thrill seeker, obsessive planner, and over-packer. She is always looking for the latest and greatest adventures onboard and ashore, enjoys researching top things to do in ports of call, and loves dressing up for formal nights.

*Heidi Bucolo*

**Previous Post**                                                                                           **Next Post**

« **MSC Seascape Arrives in New York**    **MSC Seascape Launches in New York City** »

 Related Posts 



**Carnival Celebration Gets Her Funnel**



**Carnival Takes Delivery of Carnival Celebration**



**Carnival Cruise Line Continues Birthday Celebration in Miami**



Avoya Travel

**View Deal**

$399*

cruises.com

**View Deal**

$399*

CruisesOnly

**View Deal**

View 5 more prices

View All 166 Cruises »

Powered by **Cruiseline.com**

## Your email address will not be published. Required fields are marked *

Write your comment here

Name

Email

☐

Sign up to our newsletter!

**POST COMMENT**

**Lynn**                                                    2 months ago

Thank you for the detailed info!

REPLY

**Pin This:**





Search …



## DB & The Princess

Welcome Aboard! We are Don and Heidi, the husband and wife travel team behind EatSleepCruise.com. We took our first cruise vacation together 13 years ago and have been hooked ever since. Follow along as we share our travel tips, cruise reviews, information on ports of call, and the latest cruise news to help you plan the ultimate cruise vacation. Are you ready to embark on your journey to "sea the world, one port at a time"?

## Follow Us



SAVE ON
ROYAL CARIBBEAN

AVOYA TRAVEL    VIEW DEALS

## What's Trending



Complete Guide to Drink Packages on Celebrity Cruises (2023)

 Royal Caribbean Drink Packages Guide (2023)

 12 Cruise Ship Cabins to Avoid

 Everything You Need to Know About Norwegian's Free at Sea in 2023

 Complete Guide to Drink Packages on Carnival (2023)

 Disney Wish Restaurants Guide With Menus

 Complete Guide to Princess Cruises Drink Packages

*You Tube*



## About Us

Welcome Aboard! We are Don and Heidi, the husband and wife travel team behind EatSleepCruise.com. We took our first cruise vacation together 13 years ago and have been hooked ever since. Follow along as we share our travel tips, cruise reviews, information on ports of call, and the latest cruise news to help you plan the ultimate cruise vacation. Are you ready to embark on your journey to "sea the world, one port at a time"?

Contact Us: ✉ editor@eatsleepcruise.com

## Instagram



📷 Follow on Instagram

*Follow Us*



Home

Eat

Sleep

Cruise

Ports of Call

Cruise Tips

Cruise Deals

Blog

About Us

Disclaimer

Privacy Policy

Copyright © 2023. All rights reserved.

Get the Lowest Cruise Prices!                Get the Latest Cruise Price Drops



Home » Cruise » Carnival Cruise Line » Carnival Celebration » What It's REALLY Like Onboard Carnival Celebration- Our Honest Review!

# What It's REALLY Like Onboard Carnival Celebration- Our Honest Review!

Carnival Celebration    *by Don Bucolo*    *November 29, 2022*



Find out if Carnival's newest ship is right for you with our honest Carnival Celebration cruise ship scorecard review.

Carnival Cruise Line's newest ship has arrived in Miami, FL. Last week, Carnival Celebration arrived at the new Terminal F in Miami, FL. Of course, Heidi and I had to get onboard to check out this new flagship for ourselves. How does this vessel compare to other mega-ships? Well, we share our honest take in this Carnival Celebration cruise review.

## Carnival Celebration Review

Carnival Celebration is Carnival Cruise Line's largest ship. At over 182K gross tons, and a double occupancy of just over 5,300 guests, the ship rivals some of the world's largest ships. Technically, the ship is not as big as the current largest cruise ship in the world, Wonder of the Seas. Yet, it has a similar passenger capacity.

Given this was a Thanksgiving week cruise, the ship was sailing at 5,886 passengers with over 1,500 kids.

**A Look Inside Carnival Celebration With our Review Video!**



Surprisingly, the ship did handle the crowds fairly well. Thus, we were able to experience all of the shows and activities, as well as sample a variety of the dining options. So, let's dive into this Carnival Celebration cruise ship review, starting with the outdoor spaces.

## EXCLUSIVE SAVINGS: *Get Deals on Carnival Celebration Cruises!*

### Pool Deck

Like other newer mega-ships, Carnival Celebration has several smaller pool areas to disperse crowds. Deck 16 is the Beach Pool. This central Lido pool is the liveliest space with music, afternoon sing-alongs, and other Fun Squad events. Nearby are several outdoor eateries and the two-story RedFrog Tiki Bar.

For something a bit more quiet, there's the Tides Pool aft on Deck 16. This infinity pool and adjacent whirlpools offer unparalleled ocean views. Not to mention, it is closely located nearby the Lido Marketplace, Shaq's Big Chicken, and the Tides Pool Bar.

 

Similarly, the Patio on Deck 8 features a pool and two nearby whirlpools. Again, cruisers are only steps away from the Watering Hole Bar and a short

walk inside to the deli, pizza parlor, and Guy's Pig & Anchor Smokehouse | Brewhouse.

For adults, Serenity on Deck 18 encompasses a large area. This forward sundeck features a variety of loungers, chairs, day beds, and other seating options. Thus, we had no issues all week finding a seat. There's also a small pool, a bar, and a salad bar conveniently located in the center of this 18+ space.

Lastly, cruisers can upgrade to the Loft 19. This private space offers cabanas, whirlpools, and dedicated staff.

Shockingly, even on sea days, none of the pools felt overly crowded during this holiday week sailing.

## Sports Deck

Carnival is a family-centered cruise line. Thus, its sports deck on Deck 18 offers a variety of activities suitable for cruisers of all ages.

Of course, the main attraction is the upcharge Bolt. This electric rollercoaster at sea is $15 for two continuous laps arounds the track. While a little pricey, we did enjoy this activity.

All the way aft on this deck is a nine-hole mini golf course, Honestly, we expected more theming and creative elements. Yet, the little kids didn't seem to mind the lack of more advanced features.

Nearby is also the Carnival Waterworks. This waterpark is home to several attractions for little kids, as well as a few slides for us big kids. These slides include the face-forward mat slide, Blue Lightning, and a drop slide, the Orange Crush. Finally, the Twister is a more traditional body slide, but it still packs quite a punch.



For those without a fear of heights, the Ropes Course is suspended over Deck 18. With several options to make the challenge easy or hard, this certainly has replay potential. The course even includes a zip line and a beam that extends over the edge of the ship (like the Plank on NCL).

Other staples on the Sports Deck include a full length basketball court and other games, such as foosball and bag-o.

Additionally, crammed into this deck is the jogging track. It takes 7 laps around to equal one mile. If you plan to use this track for a walk or run, be on the lookout for others strolling along, as well as some daybeds lining this path. It can get quite crowded.

## Service

Carnival wowed us with the service onboard Carnival Celebration. Given it was a Thanksgiving week cruise, and one of the first sailings on this new ship, we were concerned that service might suffer.

We are happy to report that this was not the case. The service throughout the ship was friendly and efficient. In fact, the service on Carnival Celebration was better than some of our more recent cruises on premium cruise lines.

It started with our stateroom attendant, Alvi. Even though our embarkation was delayed, he made it a point to introduce himself on day 1. He was always

visible in the hallways, and he took good care of our stateroom even though our schedule was anything but predictable on this trip. Though, we do miss not having twice daily service like other cruise lines.

At the bars and lounges, a variety of servers were quick to strike up a conversation. Nickola in the Jubilee Bar liked to joke while showing off his mastery bartending skills. Other bartenders were equally eager to add some additional flare while mixing up cocktails.

 

Many of the bars and lounges did not have waitstaff, so cruisers did need to order at the bar itself. Still, the wait times were minimal.

Tuty at the Java Blue Cafe made my multiple trips to this coffee shop a pleasure. She always had a big smile on her face and knew my name and order by the third morning!

For dinner, we had Your Time Dining. Each evening, we joined a virtual queue at one of the restaurants, and we never waited more than 10 minutes to get our table assignment. Even though we didn't have the same waitstaff, service was always on point.

Food was served at the appropriate temperatures, and each course was well paced, with most meals taking about 60-75 minutes. This gave us plenty of time to enjoy the evening entertainment around the ship.

The Cruise Director Lee and the rest of the Fun Squad did a fabulous job keeping the energy up all cruise. Lee was an excellent host for game shows like Family Feud and Love and Marriage. He was very visible throughout the ship and always willing to say hello or take a selfie.

As of late, this seems to be less common in cruise directors. So, bravo to Carnival for keeping this important element of cruising intact!

## Onboard Activities

Our 6-night cruise had three ports of call and two full sea days. Throughout the entire day, the Fun Squad was out and about with a full line-up of classic cruise activities.

There were several dance classes, including the jam-packed Thriller dance class. Not to mention, there were a variety of trivia and games. With trivia sessions focused on music, sports, and general knowledge, each sea day had 6 or more sessions.

Other organized activities included Bingo and game shows like Majority Rules, Walk the Plank, and even Flip Cup. These activities were scattered throughout the ship in venues like the Limelight Lounge, the Havana Club, or the Summer Landing.



Even if you didn't participate, you couldn't help but enjoy all of the fun just watching the different activities.

Karaoke sets were featured during the afternoon and evenings on several days of the cruise. At either the Limelight Lounge or Havana Club, cruisers could show off their vocal cords while admiring spectators sang along.

Further, there was live music scattered throughout the ship. During our cruise, there were two featured guitarists. Paul and Reggie seemed to rotate between the Deck 6 Latitudes Bar and Deck 6 Golden Jubilee Bar, as did the Quora String Trio.

In the Piano 88 and Golden Jubilee bars, you could find Oscar or Eden tickling the ivories. The Backyard Band belted out country and rock music at the Deck 8 Summer Landing, and the dancers kept the Mambo Magic at the Havana Club each night with Latin hits.

Along with live music, Carnival Celebration also showcased several comedians. In fact, there were 5 different comedians offering several sets in the Punchliner Comedy Club and the Limelight Lounge. On multiple nights, there were adult-only comedy shows in the main theater as well.



Other nightlife included game shows like Family Feud, Deal or No Deal, and Cash Bash. Here, cruisers could compete for real cash prizes.

Finally, there were deck parties on the lido, movies on the big screen, the new Evolution Dance Party, and plenty of other options to keep cruisers busy day and night. Honestly, we had a hard time trying to fit everything into just 6 days.

## BOOK NOW: *Exclusive Offers on Carnival Celebration Sailings!*

## Casual Eats

For this Carnival Celebration cruise ship scorecard review, we dined at several of the complimentary and upcharge venues.

When it comes to casual dining, Carnival Cruise Line does laps around the competition. The variety of options, food preparation and flavor, and atmosphere of these venues are intertwined into the ship's "zones".

Guy's Burger Joint remains one of the best takeout burger joints at sea. On Carnival Celebration, this venue has been enhanced with more seating and a larger counter for quicker service.



On the Lido deck, cruisers can get customized burritos, bowls, or tacos for breakfast and lunch at the Blue Iguana Cantina. In the morning, the burritos are among my favorite breakfast options on any cruise ship. Lunchtime burrito and taco options include chicken, steak, or shrimp, with a custom salsa bar.

In the afternoons, Street Eats serves up small bites. With loaded French Fries, and options like dumplings, pad thai, or chicken satays, these plates are just the right size for a quick snack.

Aft on Deck 16 is Shaq's Big Chicken. This venue debuted on Mardi Gras and has been a smash hit. With addictive crispy chicken sandwiches and tenders, now we know why. We made several stops here throughout the week.

Down on Deck 8 in the 820 Biscayne zone is the Miami Slice pizzeria. While not the best pizza at sea, it features five different options and remains open until the wee morning hours for late night snacks. Next door, there's also the Deco Deli which features 12 different sandwiches.

Finally, much like the International Cafe on Princess Cruises, the Java Blue Cafe serves up some grab and go bites as well. With breakfast sandwiches and continental items in the morning, to sandwiches, chicken pies, and empanadas in the afternoon, you will never go hungry on Carnival Celebration.

## Main Dining Room

For this cruise, we opted for Your Time Dining; however, more traditional cruise dining does still exist with an early and a late seating at 5:30 and 7:45 PM respectively.

With Your Time Dining, cruisers use the Carnival HUB app to join the virtual queue at either the Festivale Main Dining Room, Chibang, or Cucina del Capitano.

We entered a virtual queue to reserve a table whenever we were hungry for dinner. The app even gives you estimated wait times. In our experience, the wait times were fairly accurate, and we never waited more than 10 minutes for a table.



We dined in the main dining room twice, and unfortunately, we were not impressed with either visit.

We dined here for the first time during the cruise line's first Elegant night. While the lobster tail was pretty typical, the prime rib was dry and tough. Our second attempt at the MDR was Thanksgiving. The meal this night was very disappointing.

The apps and desserts were on par with other cruise lines, but nothing really impressed us except the chocolate melting cake.

Currently, Carnival Cruise Line has broadened the options for complimentary dining on its Excel Class ships. On our sailing, both Chibang and Cucina del Capitano were complimentary.

While the meals here were better than the main dining room, neither of them were at the caliber of a specialty restaurant on other cruise lines.

Chibang is a mix of Asian and Mexican cuisine. Heidi and I enjoyed the food here, but given the basic offerings, an up-charge for this venue doesn't seem appropriate.

Likewise, the Italian cuisine at Cucina del Capitano was freshly prepared and more flavorful than the main dining room. Yet, it doesn't even compare to specialty venues like Onda on NCL or Giovanni's Italian Kitchen on Royal Caribbean.

Overall, the trend of subpar main dining room food quality across the board in 2022 continued on Carnival Celebration.

## Specialty Dining

For this cruise, we dined at two specialty restaurants. Pre-cruise, we made reservations at Fahrenheit 555 and Rudi's Seagrill.

While better than the main dining room, both restaurants had rather simple menus and lackluster food preparation, especially when compared to other cruise lines.

The Fahrenheit 555 steakhouse offered classic cuts and sides. Although, the food here did not rise to the level of other steakhouses on brands like Princess

Cruises or Celebrity Cruises.

My filet mignon was properly seared to a medium-rare temperature. It was lightly seasoned, and I had no complaints about the portion or the flavor.

Though, the pork belly, tuna tartare, and French onion soup were not all that flavorful. Heidi's chicken dish and the sides were very basic as well.

My dessert was better than expected. The apple tarte tatin had a slightly sweet filling that complemented the vanilla ice cream and flaky crust.

Likewise, the menu at Rudi's SeaGrill was not very inventive either, especially when compared to Rudi's restaurant on Holland America. My fried calamari appetizer was hot and crispy but not as flavorful as I would have expected. The oysters were uninspiring as well.

Although, my crab stuffed lobster tail imperial was far superior to the tail served in the main dining room. This was more akin to a meal you would get at a specialty restaurant on other cruise lines. I also enjoyed the apple cheesecake dessert.

Given the price tag, food quality, and availability of other complimentary options on the ship, we would probably skip specialty dining on future Excel Class ships.

We also tried lunch at Emeril's Bistro. I had high hopes for this venue, and sadly, it did not live up to my expectations.

The a la carte menu here featured New Orleans specialties, but the two menu items I ordered were nothing like their counterparts on land. The fried oysters had a thick, heavy batter and were no better than the main dining room. The shrimp po'boy was similarly disappointing. Although, the beignets were a light, airy, and sugary exception!

## Signature Entertainment

For this Carnival Celebration cruise ship review, we made it a point to see every show.

During the 6 nights, there were four signature shows. Two were featured in the main theater, Grand Spectrum. The other two were presented on Center

Stage in the Celebration Central zone on Decks 6, 7, and 8.

In main theater, the Playlist Productions are Amor Cubano and Color My World. Each production occurred on two different evenings, with a total of 3 showtimes.

Amor Cubano was a typical cruise ship revue show. Featuring classic and contemporary Latin music, this production fell short when compared to the great entertainment offerings on other cruise lines.

Color My World was a little better. This show had a bit more narrative, the song selection was more in our jukebox, and it incorporated some modern digital elements to help the story come to life. Still, it didn't compare to the performances on our recent Celebrity Beyond cruise.



Center Stage is home to the more dynamic productions. These included two performances of Celestial Strings and The Most Magnificent Circus. Heidi and I enjoyed these shows more than the theater productions.

Featuring a different cast, these shows included more props, aerialists, and unique elements for a more immersive experience. Honestly, these two productions are more like the baseline shows you find on cruise lines like Royal Caribbean or Norwegian Cruise Line.

Celestial Strings takes the audience on a journey through the seasons, while the Circus is an intriguing variety show with a magician, dancers, acrobats, and singers. This was my favorite of all four shows.

While we like the idea of Celebration Central, the space is not ideal for shows. There is not much seating near the stage, and several areas have obstructed views. So, make sure to show up extremely early if you even want a chance at securing prime seats.

## Bars and Lounges

There are over a dozen bars on Carnival Celebration, and many of them include signature drink menus. Although, you might notice some of the menus have different names but are essentially the same drinks.

Further, the drinks tend to be more Caribbean-inspired than they are craft cocktails. Thus, you won't find many bourbon or whiskey based beverages.

One of our favorite Carnival bars is the Alchemy Bar. Located on Deck 7 overlooking the Gateway, the mixologists here craft up signature cocktails. The side car and 40 is the new 20 cocktails were a perfect fit for us.

Below this venue on Deck 6 is the new Latitudes Bar serving up an international menu. Here, you can listen to a guitarist or string trio while you

sip one of the 20 globally-inspired offerings. Some of our go-to drinks were the old fashioned, the sazerac, and the cosmopolitan.

Bar 820 captures the vibrancy and diversity of Miami. With tropical ingredients and neon lights, the venue features Cuban coladas, cafecitos, and classic specialty coffees. It is a great spot for a pre-dinner drink before heading to one of the nearby restaurants.

Craft beer and fresh drafts are on tap at Guy's Pig and Anchor Smokehouse | Brewhouse aft on Deck 8. Not to mention, the venue has regular live rock and country music.

New to Carnival Celebration is the Golden Jubilee Bar. This retro cocktail menu is reminiscent of the classic style of cruising that was popular during the early twentieth century. Scattered throughout this portside deck 6 venue are some historic artifacts from Carnival Cruise Line's 50 years of sailing.

Many of the other bars found on Carnival Celebration are familiar favorites. There is the Latin-inspired Havana Club shaking things up with a themed menu and live music most nights of the cruise. There is the Heroes Tribute Bar paying homage to those who have served in the armed forces.

Piano 88 blends live piano music with a variety of drinks each evening. Cruisers can also order up cocktails at the Punchliner Comedy Club and Limelight Lounge.

Further, the Tropicale and Aquaria bars are located nearby Center Stage so you can sip cocktails during the nightly entertainment.

Additionally, cruisers will love the two-story RedFrog Tiki Bar, Tides Bar, and the Watering Hole located right next to the pools and whirlpools, as well as the Serenity Bar featuring sangrias.

Needless to say, we didn't have any issues using our 15 drinks on the Carnival Cheers Drink Package.

## Stateroom

We stayed in stateroom 10426 during this Carnival Celebration cruise ship review. This portside cabin was only a few steps from the midship elevators and a short walk (or elevator ride) to most of the public venues.

According to the Carnival Cruise Line website, this stateroom is 205 square feet, with a 44 square foot balcony.

Immediately upon entering the room, the bathroom was to the right, and the closets were to the left. The closets offered plenty of storage, and the bathroom was typical for a cruise ship cabin.

There were his and her closets, each with shelves and a clothes bar. Further, the desk had three additional drawers for extra storage space.

Continuing past the bathroom and closet, the desk was to the left and the loveseat was to the right. Both the desk and loveseat were good-sized. The desk had enough counter space to double as my office and the wife's makeup area. Above the desk were two shelves as well for additional gear.

The bed in our balcony cabin on Carnival Celebration was on the forward wall facing aft. The bed was located next to the balcony door, which is our preferred layout.

While there were USBs next to the bed, we were surprised in the lack of power outlets. There was only one area on the desk with two 110 volt outlets and two USB outlets.

Overall, the cabin felt on par with the competition in terms of size. Though, the décor and furnishings were rather plain and basic.

Surprisingly, our balcony felt much larger than the advertised size. It might have been due to our location, as Deck 10 includes additional rail space when compared to the decks above it. The balcony was deep, with plenty of room for two chairs and a small table.

## *SCORE SAVINGS ON CARNIVAL CELEBRATION CRUISES NOW!*

## Recap of Our Carnival Celebration Review

Carnival Celebration is the newest "fun ship" in the 24 vessel Carnival fleet. This new cruise ship showcases the vibe and lifestyle that Carnival has become known for in its 50 year history.

The Cruise Director Lee and his Fun Squad did an amazing job bringing this fun ship to life.

With nearly 5,900 other cruisers onboard, Carnival Celebration did a much better job handling the crowds than some other mega-ships from competitor brands. The fun squad utilized the various onboard spaces for activities and offered several showtimes for entertainment to accommodate this sold-out cruise.

Thus, all it took was some planning and cruisers could do and see it all. Those suffering from FOMO should arrive at least 30 minutes before a signature show for optimal seats.

With so many options and different venues, this was not necessary for other activities though. On several occasions, we easily found seats in the comedy club about 15 minutes prior to a set. The same was true for other activities and events, like Bingo, the Evolution party, and live music.

While we enjoyed the casual dining on Carnival Celebration, the main dining room and specialty dining fell short for us. For this Carnival Celebration review, the food quality did not live up to our expectations.

The signature entertainment was fair when compared to other contemporary cruise lines. The productions were certainly not Broadway-caliber shows like NCL or Royal Caribbean. We did like the shows that occurred in Celebration Central more than those in the main theater; though, it's difficult to find a good viewing spot.

We loved that there was so much to do around the ship. From the sports deck activities, to Family Feud and Deal or No Deal, to the comedy shows, there was never a dull moment during our sailing. In fact, we had to pencil in some time to just relax.

Another bright spot of this Carnival Celebration cruise ship review was the crew and the fantastic service we received throughout the entire week.

## Comments

Did you enjoy our Carnival Celebration cruise ship scorecard review? Do you have plans to sail on this new Carnival Cruise Line ship? Drop us an anchor below with your latest Carnival cruise reviews.

Don Bucolo, or "DB", loves everything about cruising- the ocean, the food, and the atmosphere. While he may be obsessed with doing extensive amounts of research on ships and all elements of a cruise, Don enjoys sharing his new found knowledge with fellow cruisers. When he is not sailing the high seas, he does whatever his wife tells him to do-it only took 10 years to realize this.

*Don Bucolo*

Previous Post

« **Disney Cruise Line Celebrates 25 Years At Sea**

Next Post

**Virgin Voyages Celebrates Giving Tuesday, Donating 2,023 Cruise Vacations** »



*Related Posts*

Carnival Celebration Gets Her Funnel

Carnival Cruise Line Continues Birthday Celebration in Miami

Carnival Takes Delivery of Carnival Celebration



## Search and Save on Your Next Cruise

Caribbean (All)

April, 2023

Norwegian Cruise Line

8 Night Eastern Caribbean Reposition (San Juan To New York)

### Norwegian Epic - April 14, 2023

Inside   Oceanview   Balcony   Suite

**$399\***

NCL NORWEGIAN CRUISE LINE®

**View Deal**

$429*

Avoya Travel

## View Deal

$399*

cruises.com

## View Deal

$399*

CruisesOnly

## View Deal

View 5 more prices

View All 166 Cruises »

Powered by Cruiseline.com

Your email address will not be published. Required fields are marked *

Write your comment here

Name

Email

☐

Sign up to our newsletter!

POST COMMENT

**Pin This:**

Search ...



## DB & The Princess

Welcome Aboard! We are Don and Heidi, the husband and wife travel team behind EatSleepCruise.com. We took our first cruise vacation together 13 years ago and have been hooked ever since. Follow along as we share our travel tips, cruise reviews, information on ports of call, and the latest cruise news to help you plan the ultimate cruise vacation. Are you ready to embark on your journey to "sea the world, one port at a time"?

## Follow Us



## What's Trending

 Complete Guide to Drink Packages on Celebrity Cruises (2023)

 Royal Caribbean Drink Packages Guide (2023)

 12 Cruise Ship Cabins to Avoid


Everything You Need to Know About Norwegian's Free at Sea in 2023


Complete Guide to Drink Packages on Carnival (2023)


Disney Wish Restaurants Guide With Menus


Complete Guide to Princess Cruises Drink Packages

*You Tube*



## About Us

Welcome Aboard! We are Don and Heidi, the husband and wife travel team behind EatSleepCruise.com. We took our first cruise vacation together 13 years ago and have been hooked ever since. Follow along as we share our travel tips, cruise reviews, information on ports of call, and the latest cruise news to help you plan the ultimate cruise vacation. Are you ready to embark on your journey to "sea the world, one port at a time"?

Contact Us: ✉ editor@eatsleepcruise.com

## Instagram



Follow on Instagram

## Follow Us

