AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| MIAMI SLICE PIZZA, LLC | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No.  1:23-cv-21347-JEM |
| CARNIVAL CORPORATION | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Carnval Corporation
3655 N.W. 87th Ave.
MLGL 815
Miami, FL 33178-2428

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   A. Robert Weaver, Esq.
The Brickell IP Group, PLLC
1101 Brickell Ave., South Tower Ste 800
Miami, FL 33131
Tel. 305-728-8831
Email: rweaver@brickellip.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



SUMMONS

Date:  Apr 11, 2023

*s/ A. Alonso*

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court