# EXHIBIT A





13,576,488,895 visits served

Miami

○ Word / Article   ○ Starts with   ○ Ends with   ○ Text

Register   Log in

Sign up with one click:

Share 25K

| Dictionary | Thesaurus | Medical Dictionary | Legal Dictionary | Financial Dictionary | Acronyms | Idioms | Encyclopedia | Wikipedia Encyclopedia |

 

## Miami

Also found in: **Thesaurus**, **Medical**, **Acronyms**, **Encyclopedia**, **Wikipedia**.

### Mi·am·i ¹  (mī-ăm′ē, -ăm′ə)

*n. pl.* **Miami** or **Mi·am·is**

**1.** A member of a Native American people originally of the Green Bay area of Wisconsin, with various groups later inhabiting parts of southern Michigan and northern Ohio, Indiana, and Illinois. Present-day populations are in northern Indiana and northeast Oklahoma.

**2.** The variety of Illinois spoken by the Miami.

---

### Mi·am·i ²  (mī-ăm′ē, -ăm′ə)

A city of southeast Florida on Biscayne Bay south of Fort Lauderdale. Settled in the 1870s near the site of a fort built in 1836, it expanded greatly during the land boom of the 1920s and again after World War II. A wave of Cuban immigration began in 1959 when Fidel Castro seized power in Cuba. Miami is now a major port and commercial center.

---

**Mi·am′i·an** *adj.* & *n.*

American Heritage® Dictionary of the English Language, Fifth Edition. Copyright © 2016 by Houghton Mifflin Harcourt Publishing Company. Published by Houghton Mifflin Harcourt Publishing Company. All rights reserved.

### Miami  (maɪˈæmɪ)

*n*

(Placename) a city and resort in SE Florida, on Biscayne Bay: developed chiefly after 1896, esp with the Florida land boom of the 1920s; centre of an extensive tourist area. Pop: 376 815 (2003 est)

Collins English Dictionary – Complete and Unabridged, 12th Edition 2014 © HarperCollins Publishers 1991, 1994, 1998, 2000, 2003, 2006, 2007, 2009, 2011, 2014



**Cute Puppies for Sale**

Petland Florida   Open

Advertisement. Bad banner? Please **let us know**   Remove Ads

**Flashcards & Bookmarks**

Please **log in** or **register** to use Flashcards and Bookmarks. You can also log in with



born in the purple
Born into royalty. Purple is a color traditionally associated with royalty.   Go To Article

Skip Ad







Britannica Homepage | Ask the Editor | Word of the Day | Quizzes | Core Vocabulary | Browse the Dictionary

# The Britannica Dictionary

Miami

Miami



## Miami

**1 ENTRIES FOUND:**

**Miami** (proper noun)

---

**Miami** /maɪˈæmi/  *proper noun*

**Britannica Dictionary definition of MIAMI**

: U.S. city, Florida

— **Miamian** /maɪˈæmijən/  *noun*

### ASK THE EDITOR

Which preposition should I use in the sentence "I work ___ a small company"? at? for? in?

See the answer »

### QUIZZES

**Vocabulary Quiz**
Test your word power
Take the Quiz »

**Name That Thing**
Take our visual quiz
Test Your Knowledge »

### WORD OF THE DAY

**morbid**
: relating to unpleasant subjects (such as death)
Learn More »



  





DICTIONARY.COM | THESAURUS.COM | GRAMMAR COACH | MEANINGS | GAMES | LEARN | WRITING | WORD OF THE DAY

Miami



Top Definitions | Quiz | Examples | British | Cultural

## Miami[1]

[ mahy-**am**-ee, -**am**-*uh* ]   SHOW IPA

*noun, plural* **Mi·am·is,** (*especially collectively*) **Mi·am·i** for 1.

1. a member of an Algonquian-speaking North American Indian tribe, formerly located in northern Indiana and Illinois, southern Michigan, and possibly Wisconsin, now living primarily in Oklahoma.

2. their dialect of the Illinois language.

*adjective*

3. of or relating to the Miami or their language.

WILLIAMS SONOMA — SHOP GIFTS — GREAT GIFTS

**QUIZ**

**CAN YOU ANSWER THESE COMMON GRAMMAR DEBATES?**



Register | Log in
Sign up with one click:
Share 25K
13,602,394,921 visits served

- Dictionary
- Thesaurus
- Medical Dictionary
- Legal Dictionary
- Financial Dictionary
- Acronyms
- Idioms
- Encyclopedia
- Wikipedia Encyclopedia

Cortland Deerfield Station Offers Luxury Living Just Minutes From Top-Rated Beaches. LEARN MORE

# slice

Also found in: Thesaurus, Medical, Acronyms, Idioms, Encyclopedia, Wikipedia.

## slice (slīs)

*n.*
1.
   a. A thin broad piece cut from a larger object: *ate a slice of cheese; examined a slice of the diseased lung.*
   b. An often wedge-shaped piece cut from a larger, usually circular object: *ordered a slice of pie; shared a slice of pizza.*
2. A portion or share: *a slice of the profits.*
3.
   a. A knife with a broad, thin, flexible blade, used for cutting and serving food.
   b. A similar implement for spreading printing ink.
4. *Sports*
   a. The course of a ball that curves in the direction of the dominant hand of the player propelling it, as to the right of a right-handed player.
   b. A stroke that causes a ball to follow such a course: *a golfer with a bad slice.*
   c. A ball propelled on such a course.
   d. A stroke, as in tennis, in which the ball is struck with a downward motion with the open face of the racket in order to impart backspin.

*v.* **sliced**, **slic·ing**, **slic·es**
*v.tr.*
1. To cut or divide into slices: *slice a loaf of bread.*
2. To cut from a larger piece: *slice off a piece of salami.*
3. To cut through or move through with an action like cutting: *"where wheels have freshly sliced the April mire" (Robert Frost).*
4. To divide into portions or shares; parcel out: *"With mortgage securitisation, a pool of home loans is sliced into tranches bearing different degrees of risk" (David Shirreff).*
5. To reduce or remove from a larger amount or entity: *sliced 10 percent off the asking price.*
6. *Sports* To hit (a ball) with a slice.

*v.intr.*




Advertisement. Bad banner? Please let us know Remove Ads

Flashcards & Bookmarks
Please log in or register to use Flashcards and Bookmarks. You can also log in with

FEATURED VIDEOS Powered by [primis]
watch (someone or something) like a hawk

RELATED ITEMS

dictionary.cambridge.org/us/dictionary/english/slice?q=Slice

Dictionary | Translate | Grammar | Thesaurus | Cambridge Dictionary +Plus | Log in / Sign up | English (US) | Search

Search: Slice | English | Grammar | English–Spanish | Spanish–English

[FedEx advertisement: on select shipping and surcharges when you open a new account — Save Now]

Meaning of *slice* in English

# slice
*noun*

US /slaɪs/   UK /slaɪs/

---

**slice** *noun* (PIECE)

Add to word list

**A2** [ C ]
**a flat, often thin, piece of food that has been cut from a larger piece:**

- *a slice of bread/cake*
- *cucumber/lemon slices*
- *Would you like another slice of ham/beef?*

*Dorling Kindersley/GettyImages*

**C2** [ S ]
**a part of something, such as an amount of money:**

- *We agreed before we did the deal that we'd both take an equal slice of the profit.*
- *The movie presents us with a fascinating slice of history.*

[ C ]
**a kitchen utensil with a wide blade, used for serving pieces of food:**

---

**Test your vocabulary with our fun image quizzes**

*Image credits*

Try a quiz now

**More meanings of *Slice***

- All
  - cake slice
  - fish slice
  - cake slice, at cake server
  - any way you slice it *idiom*
  - slice something off
  - a slice of life *idiom*
  - slice of the cake *idiom*
  - See all meanings
- Phrasal Verbs
- Idioms and phrases

# Dictionary

**Definition**
- verb
- noun

Synonyms
Example Sentences
Word History
Phrases Containing
Entries Near
Show More

**Save Word**

*intransitive verb*

**1** : to slice something

**2** : to move with a cutting action
: the ship *sliced* through the waves

**sliceable** ˈslī-sə-bəl *adjective*

**slicer** *noun*

## slice 2 of 2 *noun*

**1 a** : a thin flat piece cut from something
**b** : a wedge-shaped piece (as of pie or cake)

**2** : a spatula for spreading paint or ink

**3** : a serving knife with wedge-shaped blade
: a fish *slice*

**4** : a flight of a ball that deviates from a straight course in the direction of the dominant hand of the player propelling it
*also* : a ball following such a course
→ compare HOOK

**5 a** : PORTION, SHARE
**b** : SEGMENT, SAMPLE



Can you solve 4 words at once?

**Play**





**WORD OF THE DAY**

**vox populi** 🔊

See Definitions and Examples »

Get Word of the Day daily email!

Your email address

**SUBSCRIBE**

Start typing any word or phrase

Games   Featured   Pop culture   Writing tips

**Top Definitions**   **Quiz**   **Examples**   **British**   **Idioms And Phrases**

# slice [ slahys ] SHOW IPA 

See synonyms for: slice / sliced on Thesaurus.com

**noun**

1. a thin, flat piece cut from something:
   *a slice of bread.*
2. a part, portion, or share:
   *a slice of land.*

SEE MORE

**verb** (used with object), **sliced, slic·ing.**

6. to cut into slices; divide into parts.
7. to cut through or cleave with or as if with a knife:
   *The ship sliced the sea.*

SEE MORE

**verb** (used without object), **sliced, slic·ing.**

11. to slice something.
12. to admit of being sliced.



Trade in and save on your new iPhone 14.

Get $30 - $630 off a new iPhone 14 or iPhone 14 Pro when you trade in your current iPhone or Android.

Buy

Trade-in value based on model/condition. Terms apply.