# EXHIBIT C



MENU ABOUT SPONSORSHIP VISIT BECOME A VIP SIGN IN

OUR MENU KIDS MENU BEVERAGES PARTY PLATTERS

## MEAT LOVERS PIZZA

pepperoni, sausage, meatballs, ham and bacon
large $29.75| extra large $31.95


7

## THE BIG CHEESE HAWAIIAN

sweet duck sauce, topped with mozzarella, pineapple, canadian bacon, and coconut shavings. bill stole this one from sausalito, california in 1979. (no tomato sauce in this one folks)
large $27.95| extra-large $28.95


3

## SPINACH PIE

we build this one from the ground up. we open the dough, put ricotta cheese first and then spinach sautéed in olive oil, garlic and spice. then we top with mozzarella cheese and bake to perfection. bacon available
large $25.95| extra-large $27.95


1

## THE BIG CHEESE DELIGHT

a delightful blend of cheese. if you like cheese, you'll love this one: mozzarella, ricotta, parmesan, provolone and extra cheese
large $25.95| x-large $27.95


7

## THE GREAT WHITE

no tomato sauce on this one, folks. olive oil and raw garlic sauce, topped with ricotta and grated parmesan and light mozzarella. it's a white pizza!
large $25.95| extra-large $27.95


11

## BIG CHICKEN PIE

we start with tomato and cheese pizza and top it with grilled chicken breast, chopped scallions and fresh tomato slices. enjoy!
large $29.95 | extra-large $31.95



## SEAFOOD PIZZA

a seafood lover's delight. shrimp, mussels and clams
large $30.95| extra-large $32.95



## THE MIAMI SLICE

this pizza consists of sweet baked ham, creamy ricotta cheese and pineapple topped with cinnamon. try it, if it's for you. it's great!
large $24.95 | extra-large $25.95









# UNTAPPD

Blog · Top Rated · Insiders · Help · Store · Sign In · Join Now

Find a beer, brewery or bar...

Ad — Exlusive Tequila Club — We Drink Tequila — Open
Report Ad

## Miami Slice
**903 Brewers**
Hard Seltzer

| TOTAL (?) | UNIQUE (?) |
|---|---|
| 213 | 202 |
| MONTHLY (?) | YOU |
| 2 | 0 |

| 6.2% ABV | N/A IBU | ★★★★☆ (4.13) | 176 Ratings |

Hard Seltzer aged on Strawberry, Pineapple, Coconut, and Lime

Propose Edit

Propose Duplicate

SEE ALL

### Global Recent Activity

Sort by: **Global** · Friends · You

**Alan O** is drinking a **Miami Slice** by **903 Brewers** at **Slater Ave**

Purchased at **Lukas Liquor Superstore**

★★★★☆  Can

Report Ad — City of Hope — No One Should Face the Challenge of Cancer Alone — Your gift matched $1-for-$1 — GIVE TODAY — Stephen Joyce, City of Hope Patient

Don't let grammar errors spoil your email! Get Grammarly — It's Free — grammarly





# UNTAPPD

Blog  Top Rated  Insiders  Help  Store       Sign In   Join Now   Find a beer, brewery or bar...



## Miami Slice
**Outrun Brewing Company**
Sour - Fruited Gose

| TOTAL (?) | UNIQUE (?) |
|---|---|
| 40 | 37 |
| MONTHLY (?) | YOU |
| 9 | 0 |

4.5% ABV    1 IBU    (4.09)    31 Ratings

This gose is sour, salty, and full of tropical fruit. We filled this beer to the max  Show More

Propose Edit

Propose Duplicate



SEE ALL

**Global Recent Activity**         Sort by:  **Global**  Friends  You

**Rock** is drinking a *Miami Slice* by *Outrun Brewing Company* at *Outrun Brewing Company*

Pineapple, Mango Gose from Outrun. Delicious. Woman approves.

Purchased at Outrun Brewing Company