# EXHIBIT D



## Visiting the slice bar

When arriving, you must choose between dining in or placing a takeout order. For dine-in you can check in with the host at the door, and for takeout hop in line — we take one order at a time. We have limited seating at the slice bar, so we appreciate your patience while you wait to come inside.

OUR STORY



## Our Story

In 2019 we moved to Miami with the intention of building a slice shop that rivaled Miami's best pizza. Upon arrival, we took over a friend's local arepera, which would later become the pizza lab where Miami Slice would come to life. Part of La Latina's kitchen became a space for perfecting Miami's best NY-slice. After endless dough iterations, it was only when we achieved the crunch and flavor we have today that we began sharing it with Miami — you can't rush the craft.

We started offering our pizza for curbside pickup, all from the pizza lab where we developed our recipes. Friends & family came to visit and sample our flavors, and these intimate gatherings quickly became tradition. Spending over two years sharing slices and drinks at the lab, after the curbside shift was done, is what ultimately shaped our concept, turning it into the slice bar it is today. You're welcome to take a seat at our open kitchen and enjoy our artisan NY-style slices.







## Our Story

In 2019 we moved to Miami with the intention of building a slice shop that rivaled Miami's best pizza. Upon arrival, we took over a friend's local arepera, which would later become the pizza lab where Miami Slice would come to life. Part of La Latina's kitchen became a space for perfecting Miami's best NY-slice. After endless dough iterations, it was only when we achieved the crunch and flavor we have today that we began sharing it with Miami — you can't rush the craft.

