UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:23-cv-21347-JEM

MIAMI SLICE PIZZA, LLC, a Florida
limited liability company,

        Plaintiff/Counter-Defendant,

v.

CARNIVAL CORPORATION, a Florida
corporation

        Defendant/Counter-Plaintiff.
_____/

## JOINT PROPOSED SCHEDULING ORDER

THIS MATTER is set for trial for the week of February 3, 2023. The Parties propose to adhere to the following schedule on the Court's standard case management track:

| Date | Event |
|---|---|
| July 12, 2023 | The Parties shall furnish their initial disclosures pursuant to Fed. R. Civ. P. 26. The Parties are under a continuing obligation to furnish supplements within ten (10) days of receipt or other notice of new or revised information. |
| July 28, 2023 | The Parties shall file motions to amend pleadings or join Parties. |
| January 8, 2024 | The Plaintiff/Counter-Plaintiff shall disclose experts, expert witness summaries and reports, as required by Federal Rule of Civil Procedure 26(a)(2), in support of its claim(s). |
| January 29, 2024 | The Defendant/Counter-Defendant shall disclose experts, expert witness summaries and reports, as required by Federal Rule of Civil Procedure 26(a)(2), in support of its opposition to the opposing Party's claim(s). |
| February 12, 2024 | The Parties shall exchange rebuttal expert witness summaries and reports, |

|   |   |
|---|---|
|   | as required by Federal Rule of Civil Procedure 26(a)(2). |
| March 4, 2024 | The Parties shall complete all discovery, including expert discovery. |
| March 11, 2024 | The Parties shall complete mediation and file a mediation report with the Court. |
| March 25, 2024 | The Parties shall file all dispositive pre-trial motions and memoranda of law. The Parties shall also file any motions to strike or exclude expert testimony, whether based on Federal Rule of Evidence 702 and *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), or any another basis. |
| April 22, 2024 | The Parties shall file their joint pretrial stipulation, witness lists, and exhibit lists in accordance with Local Rule 16.1(d) and (e). The Parties shall also file proposed jury instructions and a proposed verdict form, or statement of fact and conclusions of law (for non-jury trials). |
| April 29, 2024 | Final pretrial conference. |

**DONE AND ORDERED** in Miami, Florida, this _____ day of _____, 2023.

_____
**JOSE E. MARTINEZ**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record