# EXHIBIT A



# Miami Slice

Restaurants   Omni   $ $$$   ✓ Recommended



Photograph: Eric Barton | Miami Slice

**Order online**

ADVERTISING

## Time Out says

**Miami Slice lives up to the hype, but beware of pizza purgatory.**

Since its arrival as an order-online-only pop-up during the pandemic, Miami Slice has been the hottest debutante at the ball, written up often as the best new pizza spot in Miami and Instagrammed by those who have become famous for eating pizza. But Miami Slice also brings up a fundamental question: What would you put up with for something delicious?

You might think the chaotic setup at Miami Slice is totally worth it if you're the type who chased Ted's Burgers locations around town, or dealt with the often-difficult ordering process in the early days of Old Greg's, or drove the Drinking Pig. There are also those of you who would rather just walk into Eleventh Street or Stanzione 87 and of drama. In that case, Miami Slice may not be your friend.



✕

**Get our free newsletter – it's great.**

Enter email address    |    Subscribe now

By entering your email address you agree to our Terms of Use and Privacy Policy and consent to receive emails from Time Out about news, events, offers and partner promotions.

If the Miami Slice website and ordering system and Instagram page left you confused, apparently you're not alone. Here's how it works: Their massive, New York-style pizzas become available a few days in advance and without warning. If you see that the pies say "Sold Out" (as they almost always do), you've missed your chance. There's also a dine-in option for slices that might make ordering easier. But not always.



miamislicepizza
28.1K followers

When we arrived 15 minutes before the 5pm opening, only a couple of small groups were already waiting. Looking unsure of ourselves, we all collected on park benches outside for a while before someone came out to take our names down on a clipboard. Eventually, as more people arrive, we were herded into two groups, with those who had put in takeout orders getting sent to a long line in front of the taco restaurant next door—a line that ended up being something of pizza purgatory. (More on that later.)

A few minutes after five, a few of us who had arrived for dine-in were led into a shoebox of a space, with a massive green stone bar curving through the center of it providing most of the seating. Try to snag one of those bar stools if you can, as the couple seated ███████████████ someone down. In those first moments after opening, the vibe at Miami Slice could only be described as crow ███████████████

**Get our free newsletter – it's great.**

By entering your email address you agree to our Terms of Use and Privacy Policy and consent to receive emails from Time Out about news, events, offers and partner promotions.



Behind the bar, two guys worked the first stage of the pizza reheating, scooping up pre-made pies from a large cooling rack in the back that held dozens of them. They'd reheat whole pizzas and individual slices and hand them off to two people at the counter who added final ingredients. We will admit: watching them microplane parmesan and scoop oozy stracciatella onto hot pizza slices is very sexy food porn.

While we'd read online about waits of an hour or more for dine-in pizzas, our slices arrived quickly, the Leeks on Bacon first. It was quite simply an unimpeachable slice. The garlic confit cream sauce provided an earthy richness, the bacon a smokiness and crunchy texture, the leeks an oniony bite, the crust a perfect example of charred leopard spots on the bottom holding up firm, the edges both fluffy and crisp. It served as something of a dream appetizer to the hit-or-miss second round.



**Get our free newsletter – it's great.**

By entering your email address you agree to our Terms of Use and Privacy Policy and consent to receive emails from Time Out about news, events, offers and partner promotions.



Having ordered all five of the slices on the menu, the final four arrived at the same time, three spread out on a cutting board and one extra getting its own plate. Compared to the first slice, these had spent far longer getting reheated, the crust now a dark brown and charred mostly black on top. The crackly crust flaked away as we tried to hold it and, when we bit into it, crumbled like boxed matzo. Ours wasn't alone; all the slices and whole pies we saw coming out while we were there had a charcoal-colored ring along the top, not just spots of black but a steady circle of deep burn on top of the crust.

While disappointingly overcooked, our slices were topped with ingredients that generally made clear why this place has gotten so much attention: a creamy mushroom perfumed with pungent truffle oil; a triple-sauced number with red vodka and a swirl of pesto; crispy pepperoni cups drizzled with hot honey and that creamy stracciatella; and a simple margherita. This has been labeled as among the best pizza in Miami by some trustable authorities, and the triple-sauced slice and the pepperoni with all the extras was worthy of lots of praise—-even with the too-cooked crust, and the weird ordering system and maybe even for those who had to wait.

With all the attention Miami Slice has received, it'd be easy to assume prices would've risen to unreasonable status. But per-slice prices run from $4.75 for the margherita to 11 bucks for a slice dressed up with the stracciatella and hot honey—pretty reasonable considering two slices will probably do it. Whole pies at $29 to $48 might seem pricey, but with eight slices each, they should feed three.





**Get our free newsletter – it's great.**

By entering your email address you agree to our Terms of Use and Privacy Policy and consent to receive emails from Time Out about news, events, offers and partner promotions.



out, the line for takeout orders had now stretched out to the sidewalk, and a mass of people crowded the park benches for a seat inside. There were those who looked impatient, cross-armed and wondering why they had to wait past the time they had booked to pick up a pie and why there were inexplicably open seats inside yet to be filled. Others seemed to be relishing in the anticipation, first-timers probably, hoping it'd be all that had been promised.

Is Miami Slice worth all the work to finally get a slice? It's a fundamental question, and it's an adventure to answer.

 Written by **Eric Barton** Friday November 18 2022



## Details



# Get our free newsletter – it's great.

By entering your email address you agree to our <u>Terms of Use</u> and <u>Privacy Policy</u> and consent to receive emails from Time Out about news, events, offers and partner promotions.

📞 305-217-5423

**Price:**
$

**Opening hours:**
Fri–Sun, 5–9pm

Do you own this business? <u>Sign in & claim business</u>

ADVERTISING

## An email you'll actually love

Get into a relationship with our newsletter. Discover the best of the city, first.

| Enter email address | Subscribe |

By entering your email address you agree to our <u>Terms of Use</u> and <u>Privacy Policy</u> and consent to receive emails from Time Out about news, events, offers and partner promotions.

**Discover Time Out original video**

## Behind the Scenes: Village Halloween Parade



## Get our free newsletter – it's great.

By entering your email address you agree to our Terms of Use and Privacy Policy and consent to receive emails from Time Out about news, events, offers and partner promotions.





**The 40 best restaurants in Miami**



**The best things to do in Miami right now**



**The 28 best things to do in Miami with kids of all ages**



**Sofia**

## Get us in your inbox

Sign up to our newsletter for the latest and greatest from your city and beyond

Enter email address

**Subscribe now**

By entering your email address you agree to our Terms of Use and Privacy Policy and consent to receive emails from Time Out about news, events, offers and partner promotions.

TimeOut

Get our free newsletter – it's great.

By entering your email address you agree to our Terms of Use and Privacy Policy and consent to receive emails from Time Out about news, events, offers and partner promotions.

Investor relations                                        Advertising

Our awards                                                Time Out Market

Work for Time Out

Editorial guidelines                                      **Time Out products**

Privacy notice                                            Time Out Worldwide

Do not sell my information

Cookie policy                                             **Time Out magazine**

Accessibility statement

Terms of use

Copyright agent

Manage cookies

© 2023 Time Out England Limited and affiliated companies owned by Time Out Group Plc. All rights reserved. Time Out is a registered trademark of Time Out Digital Limited.








YOUR TRIP TO SAN FRANCISCO IS WAITING.
Pick up where you left off.

BOOK NOW

UNITED

© 2022 United Airlines, Inc. All rights reserved.



— SUBSCRIBER EDITION —

**Miami**.com

**Part of the McClatchy Media Network**

**Things To Do**   **Food**   **Club + Bars**   •   **Where To Stay**   **News**   **LOL**   **En Español**

NEWS

# 'GOAT pizza party': Tom Brady and David Beckham meet up with kids in Miami

BY MADELEINE MARR

UPDATED JANUARY 30, 2023 3:06 PM

   



Harper and David Beckham and Vivian and Tom Brady at Miami Slice/Instagram INSTAGRAM SCREENSHOT

Only have a minute? Listen instead
Powered by **Trinity Audio**
00:00                                                    02:05

Oh what a night.

For anyone who wanted to sit down for a slice or two from Miami Slice Thursday night, you were out of luck.

The Instagram page for the downtown eatery said it was closed for a private event.

Well, we know now what the event was: A VIP get together for the likes of David Beckham and Tom Brady.



**davegrutman**
Miami Slice

View profile

View more on Instagram

**31,414 likes**

**davegrutman**

GOAT Pizza Party

View all 522 comments

Add a comment...

Nightlife king David Grutman was also along for the ride and posted an Instagram picture of him with the soccer star and football legend along with his Papi Steak partner David Einhorn and Fontainebleau owner Jeff Soffer.

The caption: "GOAT pizza party."

**READ MORE:** **Newly single Gisele buys her own home in Miami**

A peek at Beckham's Stories shows the food-filled fun. Though Brooklyn is the rising chef in the famous family, it appears Cruz took over cooking duties that night. The 17 year old is seen in a video taking a hot pie out of the oven, looking like he owns the place.

Dad was impressed.

"Now I'm not a pizza fan but this is possibly best slice of pizza and ingredients ever: salami, mozzarella, basil and spicey honey," the Englishman's text over screen read. "Hot, cold, sweet, savory and spicy."



View more on Instagram

**203 likes**

**miamislicepizza**

the slice bar will be closed this thursday for a private event - we'll be taking only takeout orders til 7pm, and the terrace will be available too 🙏 message us with any questions, and thank you!

Add a comment...

The dinner was a family affair: Also digging in to the cheesy chow was Becks' daughter Harper, 11, with Posh Spice, and Brady's 10-year-old daughter Vivian,

with ex, Gisele. The four pose happily in one of Groot's snaps; Brady reshared it, writing "Daddy daughter dates."



**TOP VIDEOS**

AD

Einhorn also posted a pic of the five men, smiling at the restaurant, captioning the shot, "It's pizza, baby."

Grutman replied in the comments section: "Whatta night," and we have to agree.

Here's to hoping Brady ate a boatload of carbs and toppings. Former Miami Herald sports columnist turned ESPN reporter Jeff Darlington recently noted that that the famed Tampa Bay Buccaneers quarterback has lost roughly 15 pounds amid his divorce.

**READ MORE: Tom Brady and Gisele confirm divorce in Florida**

This story was originally published January 27, 2023, 4:33 PM.



**MADELEINE MARR**

 

Celebrity/real time news reporter Madeleine Marr has been with The Miami Herald since 2003. She has covered such features as travel, fashion and food. In 2007, she helped launch the newspaper's daily People Page, attending red carpet events, awards ceremonies and press junkets; interviewing some of the biggest names in show business; and hosting her own online show. She is originally from New York City and has two daughters.



READ NEXT

NEWS

# 'Que viva el amor!' Marc Anthony's fourth wedding brought mega watt stars to Miami

BY MADELEINE MARR

UPDATED JANUARY 30, 2023 5:00 PM

   

Marc Anthony and Nadia Ferreira have officially tied the knot, marking the salsa star's fourth try at marriage.

KEEP READING →

**TRENDING STORIES**

**Four more suspects in assassination of Haiti President Jovenel Moïse brought to Miami**

UPDATED JANUARY 31, 2023 9:22 PM

**'It was shocking': Miami AP African American Studies students react to DeSantis rejecting course**

UPDATED JANUARY 31, 2023 12:02 PM

🔒 **'Impossible' parking fees, puzzling diner bills: Retracing George Santos' steps in Miami**

UPDATED JANUARY 31, 2023 10:13 PM

**Worried woman checking on grandson finds him among 3 bodies in Florida home, cops say**

UPDATED FEBRUARY 01, 2023 7:39 AM

**DeSantis wants big higher education changes, including 'civics institutes' at UF, FSU, FIU**

UPDATED JANUARY 31, 2023 4:55 PM



**NEWS**

## Miami Tik Tok star and UM co-ed Alix Earle slays in sexy green suit at fancy horse race

JANUARY 30, 2023 3:58 PM



**NEWS**

## 'Hotter than hot': Watch Magic Mike star Channing Tatum make it rain in Miami

UPDATED JANUARY 27, 2023 11:04 AM



**NEWS**

## 'Whoa!' Salma Hayek sizzles on the 'Magic Mike' red carpet in Miami in a fishnet dress

UPDATED JANUARY 26, 2023 1:25 PM



**SPONSORED CONTENT**

## Bone On Bone? These "Bionic" Knee Sleeve Will Transform Your Knees Back 17 Years

BY FITNUSBRACE





NEWS

Jeff Bezos truly broke the Internet. This new movie shows Amazon founder's early days

UPDATED JANUARY 24, 2023 5:20 PM

MIAMI BEACH

Where do travelers want to go in 2023? Study says Miami Beach, Key West — and Cuba?

UPDATED JANUARY 23, 2023 6:29 AM

## Take Us With You

Real-time updates and all local stories you want right in the palm of your hand.

 **MIAMI HERALD APP** ➔

 **VIEW NEWSLETTERS** ➔

   

**SUBSCRIPTIONS**

Start a Subscription

Customer Service

eEdition

Vacation Hold

Pay Your Bill

**LEARN MORE**

About Us

Contact Us

Newsletters

Archives

Reviews

Sports Betting

Personal Finance

Coupons

**ADVERTISING**

McClatchy Advertising

Place an Ad

Place a Classified Ad

Place an Obituary

Staffing Solutions

Political Advertising

Part of the McClatchy Media Network

**COPYRIGHT**

**COMMENTING POLICY**

**PRIVACY POLICY**

**DO NOT SELL MY PERSONAL INFORMATION**

**TERMS OF SERVICE**

*NEW YORK POST*

LOG IN

| Sports ⌄ | **NFL** | New York Giants | New York Jets | Scores | Stats | Standings | Teams | Players | Odds | Injuries | Transactions |

**NFL**

     39

# Tom Brady, David Beckham reunite for family pizza party in Miami

By Bridget Reilly

January 27, 2023 | 5:44pm | Updated

Tom Brady announces retirement in emotional video

SNY
NEW YORK POST

**MORE ON:**
*TOM BRADY*

Tom Brady made weird baseball history with NFL retirement

Tom Brady's divorce from Gisele was 'traumatizing'

Tom Brady's goodbye was perfect

'Mike and the Mad Dog' reunion came with scorching hot Tom Brady take

Tom Brady and David Beckham were throwing a pizza party.



## NEW YORK POST

NFL  New York Giants  New York Jets  Scores  Stats  Standings  Teams  Players  Odds  Injuries  Transactions

While the Buccaneers won the NFC South for the second consecutive year and punched a ticket to their third straight playoff spot, the sour season-ending loss to the Cowboys sparked questions about Brady's future.

**1** of **6**



Father-daughter photo at pizza night in Miami with Tom Brady and daughter Vivian, 10, along with David Beckham and his daughter Harper, 11.
Instagram



Pizza making is on the menu for the Bradys and Beckhams pict
Instagram



Brady divorced his ex-wife, Bündchen, in October. The 42-year-old supermodel has since reignited her modeling career after leaving it to take care of her children with Brady.

She also may have a new sparkling romance with her jiu-jitsu instructor Joaquim Valente. The pair were seen in Provincia de Puntarenas with the model's two children and Valente's co-trainer.

**FILED UNDER**    DAVID BECKHAM,    GISELE BUNDCHEN,    NFL PLAYOFFS,    TAMPA BAY BUCCANEERS,    TOM BRADY,    1/27/23

**READ NEXT**    **Joe Burrow's dad posts awkward childhood photo ahead of pl...**

## Conversation 39 Comments

👥 3 Viewing

Share your stance. Please adhere to our guidelines.

Join the conversation                                                                                          📷  GIF

Sort by Best ⌄

**C**  **Carolyn46**
27 January, 2023

And "there" daughters? Don't people know anything about proper spelling and grammar anymore? Daddy's? Yikes!

Reply  ·  👍 36  ·  Share

    **PT**  **Paul Tysinger**
    27 January, 2023

    I bet that they have pronouns down cold.

    Reply  ·  👍 12  ·  Share

    **H**  **heisenberg**
    27 January, 2023

    Beat me to it..you'd think, being that David's country spawned the language.

    Reply  ·  👍 7  ·  Share

    ↳ Show 1 more reply

**H**  **Heeeeelzfan**
27 January, 2023

"Brady divorced his ex-wife..." Huh? No. She divorced him.

Reply  ·  👍 11  ·  Share

    **J**  **Jerseygirl**



NFL    New York Giants    New York Jets    Scores    Stats    Standings    Teams    Players    Odds    Injuries    Transactions



Fragrant Peat
27 January, 2023

PR move by Brady and his publicist

Reply · 👍 8 · Share

We, the people
27 January, 2023

Yea, his daughter was in on it to help attack mom. Get real!

It's a pizza night that they've been doing for a while. Publicizing it makes him and the pizzeria money. So what?

Reply · 👍 7 · Share

↳ Show 1 more reply

**Show More Comments**

Powered by ⚙OpenWeb                                                    Terms | Privacy | Feedback

---

20 People Reacted

## What's your take on this story?

         

Touch Down    Field Goal    First Down    Fumble

2                 0                  1                57

AdChoices ▷                          Sponsored

**SPORTS PODCASTS**





**THE BEST INSIGHTS FROM THE ULTIMATE INSIDERS**

The Marchand and Ourand Sports Media Podcast
**Listen on** Apple Podcasts  | Spotify

Up in the Blue Seats
**Listen on** Apple Podcasts  | Spotify

Jalen Rose: Renaissance Man
**Listen on** Apple Podcasts  | Spotify

The Show with Joel Sherman and Jon Heyman
**Listen on** Apple Podcasts  | Spotify

Amazin' But True: A NY Mets Baseball Podcast
**Listen on** Apple Podcasts  | Spotify

Blue Rush: NY Giants Football Podcast
**Listen on** Apple Podcasts  | Spotify

Gang's All Here: A NY Jets Football Podcast
**Listen on** Apple Podcasts  | Spotify

AdChoices ▷                    Sponsored

**NEW YORK POST**

vip | Powered by WordPress VIP



Sign in  VEL | **MOTORS**

US Edition ▼ | Search 🔍




PICTURED

Sport › Soccer › NFL

## MIAMI SLICE Man Utd legend David Beckham and Tom Brady enjoy 'daddy-daughter dates' at pizza restaurant in Miami

**Joshua Mbu**

**Published:** 12:03 ET, Jan 27 2023 | **Updated:** 12:40 ET, Jan 27 2023

 

**MANCHESTER UNITED legend David Beckham and one** of NFL's greats, Tom Br— daughter" date at a piz—

Becks, 47, and Brady, 45

HOME | NEWS | ENTERTAINMENT | LIFESTYLE | MONEY | HEALTH | SPORT | TECH | TRAVEL | MOTORS



**David Beckham and daughter Harper, 11, with Tom Brady and Vivian, 10** Credit: Instagram / @davidbeckham



Beckham and Brady went daddy-daughter date Cred

HOME | NEWS | ENTERTAINMENT | LIFESTYLE | MONEY | HEALTH | SPORT | TECH | TRAVEL | MOTORS



**The two sports legends' get-together has been hailed as the 'GOAT pizza party'** Credit: Instagram / @davidbeckham

The two sports legends spend a lot of time in the Sunshine State with Beckham being the co-owner of MLS team, Inter Miami.

While Brady performed a retirement U-turn to continue playing for the Tampa Bay Buccaneers.

But following the end to the Buccaneers' season, with a 31-14 loss to the Dallas Cowboys in the wild card round of the NFL playoffs, retirement speculation has sparked up again.

Brady, however, seems more focussed on spending time with his children John, Vivian and Benjamin following his divorce from Gisele Bundchen.

And so he took Vivian to meet Beckham and daughter Harper in a "daddy-dau____ plush Miami pizza resta_____

Becks described the piz

Following the Buccaneers' NFL disappointment, Brady was spikey when asked about retirement.

## MOST READ IN FOOTBALL



**SHOCK CLAIM** Philadelphia Eagles star accused of rape and kidnapping ahead of Super Bowl



**SHOCK ARREST** Actor turned 'cult leader' arrested as cops raid home he shares with 5 wives



**BIG CONSEQUENCES** Axed GMA host TJ's 'affair' could 'impact' custody of daughter in divorce



**EERIE PHOTO** Heartbreaking pic shows missing Madalina Cojocari in area mom visited again

Brady insisted he hasn't made his mind up in an X-rated interview.

The seven-time Super Bowl winner said: "If I knew what I was going to f\*\*king do, I would've already f\*\*king done it, OK.

"'I'm taking it a day at a time."

Topics     American Footbal

Man Utd Transfer News

2/1/23, 2:05 PM
Case 1:23-cv-21847-JEM Document 9-1 Entered on FLSD Docket 07/05/2023 Page 30 of 56
Man Utd legend David Beckham and Tom Brady enjoy daddy-daughter dates at pizza restaurant in Miami | The US Sun

YOU MIGHT LIKE



**FOLLOW THE SUN**

Sign Up To The Sun

About Us

Editorial Complaints

Clarifications and Corrections

News Licensing

Advertising

Contact Us

Help Hub

Topic A-Z

Cookie Settings

Contact Preferences

© 2020 THE SUN, US, INC. ALL RIGHTS RESERVED | TERMS OF USE | PRIVACY | YOUR AD CHOICES | SITEMAP..

Search for



**REAL ESTATE: FOR SALE, RENT, OPEN HOUSES**

**JOBS AND CLASSIFIEDS: INSIDE THE NEXT SECTION**



**PEOPLE**
ACQUALINA NAMED
BEST U.S. RESORT, 4



**THEATER REVIEW**
'NOW AND THEN' AT
THE PLAYHOUSE, 5

**HOME & DESIGN**
HOW TO CHOOSE A
KITCHEN FAUCET, 6



**TRAVEL**
ISLAND OF MADEIRA
A WORTHY VISIT, 8

# TROPICAL SUNDAY

Miami Slice has opened a permanent spot in downtown Miami.

**RESTAURANTS**

# MIAMI IS NOW A PIZZA TOWN

*These four new spots are proof, 3D*



Eddie Zinkand sets a pizza inside the oven for baking at Old Greg's Pizza restaurant in Midtown.

DANIEL A. VARELA dvarela@miamiherald.com

## Cernuda Arte

currently exhibits works by:

Eduardo Abela, Fidelio Ponce de León,
Víctor Manuel García, Carlos Enríquez,
Wifredo Lam, Antonio Gattorno,
Domingo Ravenet, Luis Martínez Pedro,
René Portocarrero, Mariano Rodríguez,
Mario Carreño, Raúl Milián,
Cundo Bermúdez, José Mijares.

WWW.CERNUDAARTE.COM

3155 Ponce de León Blvd, Coral Gables, FL 33134
305-461-1050 | cernudaarte@msn.com

FADA MEMBER | FINE ART DEALER ASSOCIATION

## AMELIA'S FRIENDS AND COLLEAGUES

*Cernuda* Arte presents a Parisian Salon-style
exhibition of the 14 *Vanguardia* artists
who exhibited with Amelia Peláez most
frequently in the 1930's, 40's, and 50's.
This showcase of male artists who stood
in absolute solidarity with women in the arts
runs concurrently to the historic exhibition,
*100 Years of Creation by 20 Women Artists
(1922 to 2022),* also on view at Cernuda Arte.

MARIANO RODRÍGUEZ, *Rooster and Flower,*
1976, acrylic on canvas, 39 x 59 inches
Exhibited in *Mariano: Variations on a Theme,*
McMullen Museum of Art, Boston, Sep-Dec. 2021.

SUBSCRIBER EDITION

# Miami.com

**Part of the McClatchy Media Network**

**Things To Do**   **Food**   **Club + Bars**   •   Where To Stay   News   LOL   En Español

FOOD

# Miami is now a pizza town. These four new spots are proof

BY CARLOS FRÍAS

UPDATED SEPTEMBER 19, 2022 1:34 PM





Pizzaiolo Eddie Zinkand sets a pizza inside the oven for baking at Old Greg's Pizza restaurant in Midtown. DANIEL A. VARELA
*dvarela@miamiherald.com*

Only have a minute? Listen instead
Powered by **Trinity Audio**

00:00                                                                                                              09:24

On the other side of the pandemic, there is pizza.

Square pizza, sourdough pizza, naturally leavened pizza, New York style pizza.

The disruption of shuttered restaurants brought Miami a bounty of pies. They came from chefs who were suddenly laid off or empty restaurants rethinking fine dining. They found a city full of diners looking for comfort in red sauce.

What started as pandemic pop-ups have, two years on, led to permanent and prospering shops that have improved Miami's pizza options.

"Pizza was definitely the food of the pandemic," said David Foulquier, who turned his successful Fooq's restaurant downtown into Eleventh Street Pizza.

**READ NEXT**

FOOD

305 Pie: Which Miami restaurant makes the best pizza? Tell us your favorite

AUGUST 24, 2022 4:30 AM

Miami had never been considered a pizza paradise. People had their favorites, if they were not enough to win over visiting New Yorkers: Steve's and Frankie's and Cassola's. And we had delicate, artisanal gems with devoted followings: Mister O-1 Extraordinary Pizza, tucked in a Miami Beach office building, Harry's Pizzeria from renowned chef Michael Schwartz.

And we had imports like Brooklyn's Lucali in Sunset Harbour.

But in the last two years, South Florida locals took it upon themselves to add to Miami's pizza scene — some out of necessity, some seeing opportunity.



"I don't think there's anything more comforting than going to a pizza place with your family and talking over pizza and beer," said Carlos Estarita, who opened Vice City Pizza first as a pop-up inside Abi Maria in Downtown Dadeland.

These are four of our favorite pizza shops to grow out of the pandemic.

**ELEVENTH STREET PIZZA**



Pepperoni and hot honey pizza at the new Eleventh Street Pizza, which replaced Fooq's in downtown Miami 52 Chefs *Handout*

David Foulquier's pandemic gamble has taken off.

When the early days of the coronavirus made it impossible to safely run his intimate Persian-French restaurant Fooq's, where he was named a Forbes 30-under-30 restaurateur, he started baking pizza instead. He called the pop-up Eleventh Street, named for the downtown street it borders. They hired Aquiles Bisogni, a 29-year veteran of Joe's Pizza on Carmine Street in Greenwich Village who had retired to South Florida, to teach them the ropes.

Eleventh Street used only naturally leavened sourdough starter, high quality ingredients like Bianco DiNapoli San Marzano tomatoes, and thoughtful toppings like GiAntonio Pepperoni from Ezzo Sausage Co., and homemade garlic confit and porcini mushroom Alfredo sauce.

He offered two styles of pizzas: what he called "neo New York style" and square Sicilian pies that feed six.

And for that, he commanded Lucali prices, ranging from $28-$42. He sold out his 30-40 daily pies within hours.

That has led to a sit-down service, including a selection of low-intervention wines. And they have started opening late into the night.

He knows diners, especially in a near-recession, might hesitate at the price. So he will start offering smaller pizzas, serving 2-3, for those who don't want to invest in an enormous pie.

"The pizza business is a hustle. It's pinching pennies," he said. "More good pizza, priced at what good pizza should be priced at, is good for everyone."

Eleventh Street is set to open a second location in Downtown Dadeland.

**Address:** 1035 N. Miami Ave., downtown Miami

**Hours:** 4 p.m. to midnight, Tuesday-Thursday, until 2 a.m. Friday. Noon-2 a.m., Saturday, until 10 p.m. Sunday.

**More info:** EleventhStreetPizza.com, 786-536-2749

**Coming in September:** 9025 SW 72nd Place, Kendall

### OLD GREG'S PIZZA



Greg Tetzner, owner of Old Greg's Pizza restaurant, holds out a pizza pie ready for the oven inside his brick and mortar in Midtown. Daniel A. Varela *dvarela@miamiherald.com*

Greg Tetzner and Jackie Richie's pizza went Instagram famous during the pandemic. That was by design.

The couple had been working toward opening a pizza restaurant when the pandemic hit — they already had a logo and social media handle. Rather than scrap the idea, they powered through, selling square pizza out of their apartment (in a home oven rigged with pizza stones), all via Instagram. Tetzner used the pizza skills he'd learned working under some of Miami's best chefs, like Schwartz and Ghee's Niven Patel, not to mention making dough at El Bagel across the street from their house. Richie used the contacts she'd built as a publicist.

Tetzner's square pizza filled Instagram feeds to the point many people didn't realize Old Greg's was a pop-up, not an actual restaurant.

They kept the buzz going until they opened their dream pizza spot after two years, in January 2022.



Now they make two spectacular kinds of pies, both from that two-year-old mother sourdough they nicknamed Old Greg.

The massive 20-inch round pies pull apart delicately, with a toasty crisp. On the other end, each slice of their square pie is a meal in itself. Toppings range from marinated and house-pickled vegetables to imported pepperoni with hot honey.

Don't miss the selection of bomboloni, a kind of Italian jelly doughnut with changing fillings, like tiramisu.

**Address:** 3620 NE Second Ave., Midtown

**Hours:** 5-10 p.m., Monday, Thursday, Friday. Opening at 3 p.m. Saturday-Sunday. Pizza by the slice 3-5 p.m., Saturday-Sunday.

**More info:** OldGregsPizza.com. 866-653-4734

**MIAMI SLICE**



Miami Slice has opened a permanent spot in downtown Miami.

Alejandro Díaz moved to Miami in 2019, ready to build on his success with Caracas restaurants.

But shortly after he and partners Alberto Zanetti and José Cárdenas bought La Latina in Midtown, selling two dozen different kinds of Venezuelan arepas and empanadas, the pandemic threatened to derail their idea of quickly opening a new pizza restaurant. Instead, they used the slow business to develop a New York style pizza recipe from La Latina's kitchen. They called it Miami Slice and sold it all on Instagram, scheduling orders a week out with drive-through pickup behind the restaurant.

"We were speakeasy pizza," he joked. "It was a line of cars coming through the alley."

Díaz first moved to the United States to study at the University of Denver, where he played Division I soccer on scholarship. But it was working in New York City later where he learned to love the pizza. With the help of another set of partners, he turned that love into Pizza Caracas after he went home in 2007.

In Miami, pizza lovers fell in love with his New York style pies, the dough cold-fermented for more than three days to gain its sourdough flavor. Swirls of pesto on his La Salsera, interspersed with marinara and vodka sauce, are mesmerizing. He combined flavors like leeks and bacon on other pies. And the slight crunch to what he calls artisanal with "New York style DNA" made instant fans. Every slice is like a work of art. Similar to Old Greg's, Díaz's spouse, who co-founded online site The Hungry Post, helped spread the word about the pies.

New York-sized individual slices range from $4.75 to $8.50. Whole pies range from $29-$48.

Now Miami Slice has its own, separate location with limited hours soon to be expanded. And Miami has another great pizza option.

"We needed a life raft and we were able to craft a pretty solid boat," Díaz said.

**Address:** 1335 NE Miami Ct., downtown Miami

**Hours:** 5-9 p.m., Thursday-Sunday.

**More info:** MiamiSlicePizza.com

## VICE CITY PIZZA



Vice City Pizza now has a permanent spot inside Abi Maria in Downtown Dadeland with another location coming in the fall in West Kendall.

Working at Michy's, Scarpetta, Zuma and Coya had prepared Carlos Estarita for a life of fine-dining, but not a pandemic.

When he and his spouse, a nurse, suddenly found themselves out of work in Washington, D.C., they started making and eating a lot of homemade pizza — and eating through their savings.

They came home to South Florida, where Estarita considered giving up cooking — until a close friend, Jorgie Ramos, owner of a host of Kendall restaurants like Abi Maria, refused to let Estarita throw away his cooking talent.

Ramos gave Estarita a space at Abi Maria last summer to make his two-day fermented, focaccia-style square pies — light, fluffy slices with fun toppings that reflected Miami's palate. And they were a hit.

They are not only pizzas with fine quality toppings like Ezzo pepperoni and hot honey, and a mushroom pie with a base of shallots, garlic and truffles that he refuses to alter for any guest. He also has fun with pizza.

There are pies like La Colombiana, with Colombian hot dog slices, homemade pineapple jam, garlic cilantro sauce, bacon and black forest ham. El Cubiche (his parents are Colombian and Cuban) is topped with caja china pork, confit garlic and onions and mojo aioli. And a gluten-free pie is a dead ringer for the real thing. One-offs include a Frito Pie pizza, in which he uses homemade chili made by Mike Mayta of the Citadel food hall's United States Burger Service, which makes some of the best burgers in the city.

"It's pizza. It's not supposed to be serious," Estarita said. "Granted some are gimmicky, but if they taste good and people enjoy it, I don't care."

He has expanded with a huge new oven in Abi Maria and has partnered with Ramos to sign a lease for a new pizza restaurant in the same shopping center as Finka, in West Kendall, where he grew up. He expects it to open by October. Pies range $16-$20 and serve 2-3.

**Address:** 8860 SW 72nd Pl., inside Abi Maria in Downtown Dadeland

**Hours:** 5-10:30 p.m., Tuesday-Saturday. Dine-in only on Friday-Saturday.

**More info:** ViceCityPizza.com

**Coming soon:** In the Plaza Alegre shopping center on Southwest 26th Street and 147th Avenue.

This story was originally published August 24, 2022, 4:30 AM.

**FOLLOW MORE OF OUR REPORTING ON HOMECOMING TRAVEL GUIDE**

| TRAVEL |
| --- |

Miami Homecoming 2022: Here's what to know ahead of the Hurricanes' big game

NOVEMBER 02, 2022 4:14 PM

| FOOD |
| --- |

Popular Mexican spot opens in Coconut Grove with secret speakeasy and tasting lounge

AUGUST 25, 2022 4:30 AM

SEE ALL STORIES ➜



**CARLOS FRÍAS**

🐦 f ✉ 📞 305-376-4624

Miami Herald food editor Carlos Frías is a two-time James Beard Award winner, including the 2022 Jonathan Gold Local Voice Award for engaging the community with his food writing. A Miami native, he's also the author

of the memoir "Take Me With You: A Secret Search for Family in a Forbidden Cuba."



**READ NEXT**

FOOD

## 🔒 Cuban flavors and a Celia mural: The most Miami ice cream shop opens near Kendall

BY CONNIE OGLE

FEBRUARY 01, 2023 4:30 AM

  

There's a new place to get your fill of Burn in Hell Fidel.

Azucar, the gourmet ice cream company that specializes in Cuban-and-Miami-friendly flavors (hence Burn in Hell Fidel), has opened a new shop at the Suniland Shopping Center in Pinecrest.

KEEP READING ➔

**TRENDING STORIES**

### Four more suspects in assassination of Haiti President Jovenel Moïse brought to Miami

UPDATED JANUARY 31, 2023 9:22 PM

### 'It was shocking': Miami AP African American Studies students react to DeSantis rejecting course

UPDATED JANUARY 31, 2023 12:02 PM

### 🔒 'Impossible' parking fees, puzzling diner bills: Retracing George Santos' steps in Miami

UPDATED JANUARY 31, 2023 10:13 PM

### Worried woman checking on grandson finds him among 3 bodies in Florida home, cops say

UPDATED FEBRUARY 01, 2023 7:39 AM

### DeSantis wants big higher education changes, including 'civics institutes' at UF, FSU, FIU

UPDATED JANUARY 31, 2023 4:55 PM



FOOD

### These Miami restaurants are among the best places to eat in the U.S., Yelp says

JANUARY 31, 2023 4:30 AM



FOOD

### Can Miami handle Detroit-style pizza? This new Design District pizzeria thinks so

JANUARY 27, 2023 4:30 AM



FOOD

### A roach sharing space with tea bags. Lots of rodents. Miami metro area restaurant yuck

JANUARY 27, 2023 4:30 AM







SPONSORED CONTENT

My Keurig Stopped Working — Or Was It My Coffee? ⧉

BY ANGELINO'S COFFEE

FOOD

See which Miami area restaurants and chefs are ranked among the best in the country

UPDATED JANUARY 25, 2023 1:51 PM

FOOD

Carbs are amazing. This new Mediterranean restaurant in Coral Gables thinks so, too

UPDATED JANUARY 24, 2023 9:41 AM

## Take Us With You

Real-time updates and all local stories you want right in the palm of your hand.

 MIAMI HERALD APP ➜

 VIEW NEWSLETTERS ➜

   

**SUBSCRIPTIONS**

Start a Subscription

Customer Service

eEdition

Vacation Hold

Pay Your Bill

**LEARN MORE**

About Us

Contact Us

Newsletters

Archives

Reviews

Sports Betting

Personal Finance

Coupons

**ADVERTISING**

McClatchy Advertising

Place an Ad

Place a Classified Ad

Place an Obituary

Staffing Solutions

Political Advertising

Part of the McClatchy Media Network

**COPYRIGHT**

**COMMENTING POLICY**

**PRIVACY POLICY**

**DO NOT SELL MY PERSONAL INFORMATION**

**TERMS OF SERVICE**



☰ ⦿ ONLY IN YOUR STATE 🔍



RECALL REPAIRS ARE FREE!
pictured: actual shrapnel from a defective air bag

NHTSA
Safe cars save lives.



Posted in Florida | Food & Dining, Pizza & Italian December 17, 2022 by Marisa Roman

# The Pizza Slices From Miami Slice In Florida Have A Cult Following, And There's A Reason Why

There is a reason why Miami Slice in Miami, Florida, has developed a cult-like following since opening its brick-and-mortar in the downtown sphere. For starters, this isn't your average pizza shop by any means. Miami Slice is a counter-serve pizza shop highlighting gourmet ingredients. But what's more, is that you can mix and match your slices for an epic pizza taster. If you're having doubts about whether or not this is the best pizza place in Miami, see for yourself…

**Miami Slice pizza is a unique dining concept focusing on artisanal New York-style pizza with a gourmet twist.**

Google Local Jonathan Chan

 

**reason.**



Google Local Christina Vigoa

**Blue Buffalo** ✓
104.2k Followers





Miami Slice Pizza

**There aren't too many slice bars in Florida to begin with, so the concept itself is often what people find so fascinating.**




Google Local Todd Ellis

But then - there's the food. This isn't your average New York-style pizza. When you're topping your pizza with truffle cream or pepperoni and hot honey, you already know it's going to be magic.





Google Local Stan Panicker

**Ordering here is simple: mix and match a few slices or grab a 20" pie. You can kick up any slice with red pepper flakes, stracciatella, or hot honey, or get a three-cheese dip or red sauce dip for your crust.**

 ONLY IN YOUR STATE 

Facebook Miami Slice

 

ONLY IN YOUR STATE



Facebook Miami Slice



ONLY IN YOUR STATE

series...

♡ 233  ◯ 7

**Or the Pepperoni Proper is also a fan favorite. Those tiny pepperonis curl up during cooking to hold all that pizza goodness inside.**

 



Facebook Miami Slice

**No matter what you order, though, you'll easily recognize why these decadent pizza slices have developed such a cult following.**

 



about how to visit, make sure to check out the Miami Slice website or the Miami Slice Facebook Page.

*Meanwhile, if you need something else in Miami to do after you're done chowing down, the take a look at this humongous indoor miniature golf course Puttshack!*

**Address:** Miami Slice, 1335 NE Miami Ct, Miami, FL 33132, USA

*OnlyInYourState may earn compensation through affiliate links in this article.*

✉ **FLORIDA IN YOUR INBOX**

Love Florida? Get more stories delivered right to your email.

[                                                    ]  **SIGN UP**

| f Share | 📌 Pin it |

Tab**OO**la Feed

## If you own a mouse, you have to try this game. No Install. Play for free.

Combat Siege | Sponsored

## Diagnosed with Non-Hodgkin's Lymphoma or CLL?

Select Justice | Sponsored                                **Learn More**

## Nobody Can Score 14/15 On This Vintage Sports Logo Quiz

Gameday News | Sponsored                                **Click Here**

## Prime is now $179, But Few Know This Savings Hack (New For 2023)

Online Shopping Tools | Sponsored



**Horizontimes** | Sponsored



**Marisa Roman**

A New Jersey native with over 15 years of writing experience, Marisa has studied at both New York University and Florida International University. She has lived all over the country, including a decade stint in South Florida. Marisa is well-versed in exploration as she travels a good majority of the year in her self-converted Sprinter van. Her articles have been featured in various notable publications over the years, she has a published collection of short stories, and three completed screenplays under her belt.

## 1 comment



Add a comment...