# EXHIBIT C

| Date | Platform | Description | Interactions/Views | URL |
|---|---|---|---|---|
| 10/25/2020 | Instagram | #BehindTheOven | 120 likes<br>3,328 plays | https://www.instagram.com/reel/CGydKuCHu17/?igshid=YmMyMTA2M2Y= |
| 11/6/2020 | Instagram | Offering something new this weekend | 113 likes | https://www.instagram.com/p/CHQtMwTHDNn/?igshid=YmMyMTA2M2Y= |
| 11/16/2020 | Instagram | margherita de la casa | 150 likes | https://www.instagram.com/p/CHrKD1tHXdT/?igshid=YmMyMTA2M2Y= |
| 11/16/2020 | Instagram | pepperoni proper | 131 likes | https://www.instagram.com/p/CHrKZyPHOvG/?igshid=YmMyMTA2M2Y= |
| 12/2/2020 | Instagram | see you on the curbside | 134 likes | https://www.instagram.com/p/CIUIOttHInF/?igshid=YmMyMTA2M2Y= |
| 1/20/2021 | Instagram | look ma, one hand | 101 likes | https://www.instagram.com/p/CKR90aJHcZy/?igshid=YmMyMTA2M2Y= |
| 3/4/2021 | Instagram | let it rain | 177 likes | https://www.instagram.com/p/CMAlbq2nGtC/?igshid=YmMyMTA2M2Y= |
| 3/5/2021 | Instagram | me gusta leeks on bacon | 100 likes | https://www.instagram.com/p/CMC12b0HsbH/?igshid=YmMyMTA2M2Y= |

| 3/7/2021 | Instagram | pls do not microwave | 105 likes | https://www.instagram.com/p/CMI MKW2n3LW/?igshid=YmMyMTA 2M2Y= |
| 3/10/2021 | Instagram | don't you wish you looked this good in a box | 113 likes | https://www.instagram.com/p/CMQ ALgsHJQ5/?igshid=YmMyMTA2 M2Y= |
| 3/14/2021 | Instagram | pi day every day over here | 131 likes | https://www.instagram.com/p/CMa qQo-HOf5/?igshid=YmMyMTA2M2Y= |
| 3/17/2021 | Instagram | the one-hand slice | 121 likes | https://www.instagram.com/p/CMi DVgKnKjS/?igshid=YmMyMTA2 M2Y= |
| 3/24/2021 | Instagram | slice me up a piece of that pepperoni pie | 116 likes | https://www.instagram.com/p/CMz oAjFn_IF/?igshid=YmMyMTA2M 2Y= |
| 3/30/2021 | Instagram | hi, this is me | 115 likes | https://www.instagram.com/p/CND Md5PHVam/?igshid=YmMyMTA2 M2Y= |
| 4/1/2021 | Instagram | pizza de queso | 143 likes | https://www.instagram.com/p/CNI QDBvnCDP/?igshid=YmMyMTA2 M2Y= |
| 4/9/2021 | Instagram | la salsera * first cut | 102 likes | https://www.instagram.com/p/CNcn A9mHpi0/?igshid=YmMyMTA2M 2Y= |
| 4/11/2021 | Instagram | x | 149 likes | https://www.instagram.com/p/CNiI E2EnpTI/?igshid=YmMyMTA2M2 |

| | | | | Y= |
|---|---|---|---|---|
| 4/29/2021 | Instagram | we wanted it to be friday today | 102 likes | https://www.instagram.com/p/COQ S3kWHoA6/?igshid=YmMyMTA2 M2Y= |
| 5/4/2021 | Instagram | our moms are in town this weekend so we'll be out on sunday | 118 likes | https://www.instagram.com/p/COd ToWNncwE/?igshid=YmMyMTA2 M2Y= |
| 5/5/2021 | Instagram | we feel bad leaving you hanging on sunday | 110 likes | https://www.instagram.com/p/COgt qFBHyzX/?igshid=YmMyMTA2M 2Y= |
| 5/7/2021 | Instagram | for half  & half orders text us | 143 likes | https://www.instagram.com/p/COl OUOBH4TN/?igshid=YmMyMTA 2M2Y= |
| 5/12/2021 | Instagram | bacon +  leeks | 130 likes | https://www.instagram.com/p/COyz yKFHNz6/?igshid=YmMyMTA2M 2Y= |
| 5/26/2021 | Instagram | new vegetarian flavor available this weekend | 168 likes | https://www.instagram.com/p/CPW juJ6nMcB/?igshid=YmMyMTA2M 2Y= |
| 5/27/2021 | Instagram | exactly | 108 likes | https://www.instagram.com/p/CPY wUe2nLm9/?igshid=YmMyMTA2 M2Y= |
| 5/29/2021 | Instagram | team pepperoni | 117 likes | https://www.instagram.com/p/CPdl kvknusz/?igshid=YmMyMTA2M2 Y= |

| 5/31/2021 | Instagram | we have some pies available today for memorial day | 157 likes | https://www.instagram.com/p/CPjE jz3HPgw/?igshid=YmMyMTA2M2 Y= |
| 6/5/2021 | Instagram | let's kick things up a notch | 244 likes | https://www.instagram.com/p/CPw VeUrHKtU/?igshid=YmMyMTA2 M2Y= |
| 6/17/2021 | Instagram | the forecast for this weekend | 167 likes | https://www.instagram.com/p/CQPI fqNnsVk/?igshid=YmMyMTA2M2 Y= |
| 6/24/2021 | Instagram | gotta say you're lookin' good | 144 likes | https://www.instagram.com/p/CQg bxlLnq12/?igshid=YmMyMTA2M 2Y= |
| 7/8/2021 | Instagram | la salsera with a kick of stracciatella | 191 likes | https://www.instagram.com/p/CRF SKEun-43/?igshid=YmMyMTA2M2Y= |
| 7/10/2021 | Instagram | big slice big bite | 195 likes | https://www.instagram.com/p/CRK PETgnFxd/?igshid=YmMyMTA2 M2Y= |
| 7/12/2021 | Instagram | monday night pizza | 131 likes | https://www.instagram.com/p/CRP Q6krHxGI/?igshid=YmMyMTA2 M2Y= |
| 7/23/2021 | Instagram | boxing day | 111 likes | https://www.instagram.com/p/CRr HjbjHsa7/?igshid=YmMyMTA2M 2Y= |
| 8/1/2021 | Instagram | slots are open via the link in our bio | 199 likes | https://www.instagram.com/p/CSC 5zk7L1w_/?igshid=YmMyMTA2 |

| | | | | M2Y= |
|---|---|---|---|---|
| 8/4/2021 | Instagram | "be out in a few" | 182 likes | https://www.instagram.com/p/CSK 6udsr3nU/?igshid=YmMyMTA2M 2Y= |
| 8/9/2021 | Instagram | here's a hot honey kick in your face | 325  likes | https://www.instagram.com/p/CSXt yp9rXT2/?igshid=YmMyMTA2M2 Y= |
| 8/16/2021 | Instagram | hide your weekend face behind monday night pizza | 102 likes | https://www.instagram.com/p/CSp QPCiLScW/?igshid=YmMyMTA2 M2Y= |
| 8/19/2021 | Instagram | this one is close to our hearts | 178 likes | https://www.instagram.com/p/CSw 7jbWrb2d/?igshid=YmMyMTA2M 2Y= |
| 8/25/2021 | Instagram | available kicks breakdown | 375 likes | https://www.instagram.com/p/CTA 9otMrvrE/?igshid=YmMyMTA2M 2Y= |
| 8/30/2021 | Instagram | monday night pizza | 105 likes | https://www.instagram.com/p/CTN DhtgL-7L/?igshid=YmMyMTA2M2Y= |
| 9/10/2021 | Instagram | sincere moment: it took us a very long time and lots of effort to get the slices this thin with this level of hold | 343 likes | https://www.instagram.com/p/CTpi ZovryqO/?igshid=YmMyMTA2M2 Y= |
| 9/13/2021 | Instagram | it doesn't have to be | 147 likes | https://www.instagram.com/p/CTxP |

| | | a holiday weekend to  have monday night pizza | | Vvmr-5m/?igshid=YmMyMTA2M2Y= |
|---|---|---|---|---|
| 9/14/2021 | Instagram | liger's | 249 likes | https://www.instagram.com/p/CTz2xjRLfng/?igshid=YmMyMTA2M2Y= |
| 9/20/2021 | Instagram | it's monday so we have pies available tonight | 180 likes | https://www.instagram.com/p/CUDLOiIrqfN/?igshid=YmMyMTA2M2Y= |
| 9/27/2021 | Instagram | some house rules for pickup | 275 likes | https://www.instagram.com/p/CUVftxpLHZ_/?igshid=YmMyMTA2M2Y= |
| 10/1/2021 | Instagram | remember when we didn't  have dessert? | 111 likes | https://www.instagram.com/p/CUgRj7kLQal/?igshid=YmMyMTA2M2Y= |
| 10/7/2021 | Instagram | take this as a sign to try leeks and bacon | 111 likes | https://www.instagram.com/p/CUusvDXFs1c/?igshid=YmMyMTA2M2Y= |
| 10/13/2021 | Instagram | let's break i t down | 337  likes | https://www.instagram.com/p/CU-gavSLrzn/?igshid=YmMyMTA2M2Y= |
| 10/18/2021 | Instagram | a smiling santiago | 371 likes | https://www.instagram.com/p/CVL9Xgir_Xc/?igshid=YmMyMTA2M2Y= |
| 10/19/2021 | Instagram | hiring | 107 likes | https://www.instagram.com/p/CVN-V- |

| | | | | ArOjt/?igshid=YmMyMTA2M2Y= |
|---|---|---|---|---|
| 11/2/2021 | Instagram | hiring | 445 likes<br>8,934 plays | https://www.instagram.com/reel/CVyiR4tj6mz/?igshid=YmMyMTA2M2Y= |
| 11/4/2021 | Instagram | for all our indecisive friends out there | 161 likes | https://www.instagram.com/p/CV3wIKRL0om/?igshid=YmMyMTA2M2Y= |
| 11/9/2021 | Instagram | holy crunch | 157 likes | https://www.instagram.com/p/CWEXPU3rekZ/?igshid=YmMyMTA2M2Y= |
| 11/18/2021 | Instagram | we use high quality ingredients | 118 likes | https://www.instagram.com/p/CWcJiUpLU4b/?igshid=YmMyMTA2M2Y=p |
| 11/20/2021 | Instagram | a proper saturday | 178 likes | https://www.instagram.com/p/CWgdZbOrFst/?igshid=YmMyMTA2M2Y= |
| 11/29/2021 | Instagram | hi hello we missed you! | 173 likes | https://www.instagram.com/p/CW3vWwErJi4/?igshid=YmMyMTA2M2Y= |
| 12/6/2021 | Instagram | more #sliceonfilm | 152 likes | https://www.instagram.com/p/CXJY_slLHqP/?igshid=YmMyMTA2M2Y= |
| 12/9/2021 | Instagram | this is how we do it | 155 likes | https://www.instagram.com/p/CXR01LCrlu7/?igshid=YmMyMTA2M2Y= |

| 12/14/2021 | Instagram | last full pizza weekend of the year | 174 likes | https://www.instagram.com/p/CXeOXHxL_JP/?igshid=YmMyMTA2M2Y= |
| 12/15/2021 | Instagram | our new merch is live online! | 137 likes | https://www.instagram.com/p/CXgtSL_LkjT/?igshid=YmMyMTA2M2Y= |
| 12/16/2021 | Instagram | see? curbside pickup can be fancy | 141 likes | https://www.instagram.com/p/CXjlFrxroR6/?igshid=YmMyMTA2M2Y= |
| 12/19/2021 | Instagram | sorry to yell TOMORROW IS THE LAST PIZZA DAY OF THE YEAR | 264 likes | https://www.instagram.com/p/CXrxYU4LY5I/?igshid=YmMyMTA2M2Y= |
| 12/26/2021 | Instagram | boxing day | 130 likes | https://www.instagram.com/p/CX9ODoDrRh_/?igshid=YmMyMTA2M2Y= |
| 12/27/2021 | Instagram | holiday giveaways | 908 likes | https://www.instagram.com/p/CYARIzmrLlO/?igshid=YmMyMTA2M2Y= |
| 1/4/2022 | Instagram | we're back people! | 140 likes | https://www.instagram.com/p/CYUqMuSr_sB/?igshid=YmMyMTA2M2Y= |
| 1/14/2022 | Instagram | you asked so we're doing it | 162 likes | https://www.instagram.com/p/CYuYnVfLZvJ/?igshid=YmMyMTA2M2Y= |

| 1/18/2022 | Instagram | attention pizza heads! | 103 likes<br>3,872 plays | https://www.instagram.com/reel/CY4l-PNKBT9/?igshid=YmMyMTA2M2Y= |
| 2/8/2022 | Instagram | game plan | 116 likes | https://www.instagram.com/p/CZt6iVJr6Tm/?igshid=YmMyMTA2M2Y= |
| 2/17/2022 | Instagram | hiring | 222 likes | https://www.instagram.com/p/CaGBLcxOtvz/?igshid=YmMyMTA2M2Y= |
| 2/22/2022 | Instagram | site restocked | 496 likes<br>12,451 plays | https://www.instagram.com/reel/CaS9bCxjIaO/?igshid=YmMyMTA2M2Y= |
| 3/2/2022 | TikTok | a passion for pizza | 960 likes<br>37.2k plays | https://www.tiktok.com/t/ZTRtVNbf2/ |
| 3/3/2022 | TikTok | that was cheesy of us to say | 1,526 plays | https://www.tiktok.com/t/ZTRt4nauC/ |
| 3/4/2022 | TikTok | pepperoni cup | 1,784 plays | https://www.tiktok.com/t/ZTRt4EX7u/ |
| 3/7/2022 | Instagram | monday night pizza | 227 likes | https://www.instagram.com/p/Caz1yj2LeD1/?igshid=YmMyMTA2M2Y= |
| 3/7/2022 | TikTok | making de la casa pie | 2,163 plays | https://www.tiktok.com/t/ZTRt436Bs/ |
| 3/7/2022 | TikTok | salsera | 23.3k plays | https://www.tiktok.com/t/ZTRt4taH |

| | | | | s/ |
|---|---|---|---|---|
| 3/9/2022 | Instagram | hiring | 70 likes<br>3218 plays | https://www.instagram.com/reel/Ca5NOR2DYtX/?igshid=YmMyMTA2M2Y= |
| 3/10/2022 | TikTok | half & half pie | 1,575 plays | https://www.tiktok.com/t/ZTRt4GyPN/ |
| 3/11/2022 | TikTok | next step: construction | 1,742 plays | https://www.tiktok.com/t/ZTRtVNgcT/ |
| 3/14/2022 | Instagram | half pepp half mushroom truffle pie | 175 likes<br>6,722 plays | https://www.instagram.com/reel/CbGDCpsjS34/?igshid=YmMyMTA2M2Y= |
| 3/19/2022 | Instagram | salsera saturdays | 147 likes | https://www.instagram.com/p/CbSmmMJLFHg/?igshid=YmMyMTA2M2Y= |
| 3/21/2022 | Instagram | crunch compilation | 438 likes<br>20,625 plays | https://www.instagram.com/reel/CbXokjDj7m0/?igshid=YmMyMTA2M2Y= |
| 3/22/2022 | TikTok | miami slice soundtrack | 18.4k plays | https://www.tiktok.com/t/ZTRtVN4gU/ |
| 3/25/2022 | Instagram | hiring | 171 likes | https://www.instagram.com/p/Cbh1qRYrafC/?igshid=YmMyMTA2M2Y= |
| 3/27/2022 | Instagram | shrooms | 135 likes | https://www.instagram.com/p/Cbnqn_0OdSP/?igshid=YmMyMTA2M2Y= |

| 3/29/2022 | Instagram | new york transplants rejoice! | 982 likes 27,192 plays | https://www.instagram.com/reel/CbtFuuyD0eI/?igshid=YmMyMTA2M2Y= |
| 3/29/2022 | TikTok | pao miami visit | 1,424 plays | https://www.tiktok.com/t/ZTRt4tNwX/ |
| 4/3/2022 | TikTok | sundays | 7,592 plays | https://www.tiktok.com/t/ZTRt4n6XM/ |
| 4/8/2022 | Instagram | follow your nose | 117 likes | https://www.instagram.com/p/CcGfYBzr4gR/?igshid=YmMyMTA2M2Y= |
| 4/11/2022 | Instagram | serving pies this weekend | 104 likes | https://www.instagram.com/p/CcNz8Viuw3F/?igshid=YmMyMTA2M2Y= |
| 4/11/2022 | TikTok | work habits | 1,026 plays | https://www.tiktok.com/t/ZTRtV68wC/ |
| 4/13/2022 | Instagram | some things never change | 201 likes | https://www.instagram.com/p/CcTbMvMOTgh/?igshid=YmMyMTA2M2Y= |
| 4/15/2022 | TikTok | pizza pizza pizza | 4644 plays | https://www.tiktok.com/t/ZTRtV6mgv/ |
| 4/20/2022 | Instagram | salsera | 150 likes | https://www.instagram.com/p/CckdOjMLwI8/?igshid=YmMyMTA2M2Y= |
| 4/27/2022 | Instagram | liger's giveaway | 459 likes | https://www.instagram.com/p/Cc3ae6PrgnC/?igshid=YmMyMTA2M2 |

| | | | | Y= |
|---|---|---|---|---|
| 5/1/2022 | Instagram | site is restocked | 622 likes<br>12,917 plays | https://www.instagram.com/reel/Cd<br>CFMekD4fy/?igshid=YmMyMTA2<br>M2Y= |
| 5/1/2022 | TikTok | do it with pizzaz | 3,605 plays | https://www.tiktok.com/t/ZTRtVxf<br>gb/ |
| 5/9/2022 | Instagram | hiring | 188 likes<br>6,180 plays | https://www.instagram.com/reel/Cd<br>WEdAPDoxR/?igshid=YmMyMT<br>A2M2Y= |
| 5/11/2022 | TikTok | hiring | 1,252 plays | https://www.tiktok.com/t/ZTRtV66<br>oW/ |
| 5/12/2022 | TikTok | construction video | 1,576 plays | https://www.tiktok.com/t/ZTRtVy9<br>rM/ |
| 5/16/2022 | Instagram | de la casa | 204 likes | https://www.instagram.com/p/Cdn8<br>b_KLaZn/?igshid=YmMyMTA2M<br>2Y= |
| 5/24/2022 | Instagram | x | 181 likes | https://www.instagram.com/p/Cd8u<br>80YrRzr/?igshid=YmMyMTA2M2<br>Y= |
| 5/27/2022 | Instagram | some more pizza<br>lab bts | 740 likes<br>26,527 plays | https://www.instagram.com/reel/Ce<br>Ew1ijjPnu/?igshid=YmMyMTA2M<br>2Y= |
| 5/29/2022 | TikTok | score a pie | 3,391 plays | https://www.tiktok.com/t/ZTRtVXp<br>QC/ |
| 6/3/2022 | Instagram | in case you don't | 189 likes | https://www.instagram.com/p/CeW |

| | | have an umbrella | | VgB-L5zq/?igshid=YmMyMTA2M2Y= |
|---|---|---|---|---|
| 6/6/2022 | Instagram | crunchy meets saucy meets spicy | 147 likes | https://www.instagram.com/p/CeeMpALL0Cs/?igshid=YmMyMTA2M2Y= |
| 6/7/2022 | Instagram | all about the crunch | 806 likes 36,090 plays | https://www.instagram.com/reel/CehLPLQDmaC/?igshid=YmMyMTA2M2Y= |
| 6/7/2022 | TikTok | more pizza lab | 2,492 plays | https://www.tiktok.com/t/ZTRtVuKyq/ |
| 6/8/2022 | TikTok | miami lately | 3,412 plays | https://www.tiktok.com/t/ZTRtVSVcq/ |
| 6/11/2022 | Instagram | half pepperoni half margherita | 1,321 likes 36,388 plays | https://www.instagram.com/reel/CeqnVy0DV50/?igshid=YmMyMTA2M2Y= |
| 6/15/2022 | TikTok | crunch video | 11.9k | https://www.tiktok.com/t/ZTRtVm2Lb/ |
| 6/17/2022 | TikTok | pepp/marg pie | 3,376 plays | https://www.tiktok.com/t/ZTRtV4m3k/ |
| 6/20/2022 | Instagram | orders for this weekend are open | 1,408 likes 32,971 plays | https://www.instagram.com/reel/CfCHdCcDTNE/?igshid=YmMyMTA2M2Y= |
| 6/20/2022 | TikTok | finishing cheeses | 3,737 plays | https://www.tiktok.com/t/ZTRtVyyR5/ |
| 6/23/2022 | Instagram | we officially | 663 likes | https://www.instagram.com/p/CfJz1 |

|  |  | moved! |  | e7L6TY/?igshid=YmMyMTA2M2Y= |
|---|---|---|---|---|
| 6/25/2022 | Instagram | slices available tonight! | 743 likes 27,937 plays | https://www.instagram.com/reel/CfPqybojmXx/?igshid=YmMyMTA2M2Y= |
| 6/25/2022 | TikTok | new spot | 4,188 plays | https://www.tiktok.com/t/ZTRtVasDG/ |
| 6/28/2022 | Instagram | site is restocked | 189 likes | https://www.instagram.com/p/CfXLPAROMTb/?igshid=YmMyMTA2M2Y= |
| 7/1/2022 | TikTok | all weekend long | 3,503 plays | https://www.tiktok.com/t/ZTRtVCnKL/ |

| 07/03/2022 | Instagram | some classics, and some stuff that you'll get to try very soon | 1840 likes 51,923 plays | https://www.instagram.com/p/Cfjj5n7DZco/ |
|---|---|---|---|---|
| 07/08/2022 | Instagram | so delicious | 933 likes 52,290 plays | https://www.instagram.com/reel/Cfwj1Dcj1FN/?igshid=YmMyMTA2M2Y= |
| 7/13/2022 | Instagram | getting hungry now | 429 likes 15,303 plays | https://www.instagram.com/reel/Cf9xq2JjGdx/?igshid=YmMyMTA2M2Y= |
| 7/15/2022 | Instagram | half salsera half pepperoni | 254 likes 19,644 plays | https://www.instagram.com/reel/CgCwduOjuis/?igshid=YmMyMTA2 |

|  |  |  |  | M2Y= |
|---|---|---|---|---|
| 7/15/2022 | TikTok | our most popular pie | 1,293 likes | https://www.tiktok.com/t/ZTRtVQqWU/ |
| 7/19/2022 | Instagram | how to order | 5 likes 3,232 plays | https://www.instagram.com/reel/CgMicGmjWzZ/?igshid=YmMyMTA2M2Y= |
| 7/22/2022 | Instagram | well,it is | 617 likes 23,053 plays | https://www.instagram.com/reel/CgUmzScDJ2O/?igshid=YmMyMTA2M2Y= |
| 7/23/2022 | TikTok | half mushroom truffle / half leeks | 13.1k plays | https://www.tiktok.com/t/ZTRtV5FYh/ |
| 7/25/2022 | Instagram | link is up | 387 likes 12,234 plays | https://www.instagram.com/reel/CgcOT1mjIMB/?igshid=YmMyMTA2M2Y= |
| 7/25/2022 | TikTok | more pizza closeups | 7,615 plays | https://www.tiktok.com/t/ZTRtVA2ak/ |
| 7/26/2022 | TikTok | the oven's here | 2,488 plays | https://www.tiktok.com/t/ZTRtV6p6q/ |
| 7/29/2022 | Instagram | doing slices this weekend | 686 likes 19,754 plays | https://www.instagram.com/reel/CgnD_cdj-zV/?igshid=YmMyMTA2M2Y= |
| 08/04/2022 | Instagram | ok let's cut to the chase: WE'RE OPENING our doors | 989 likes | https://www.instagram.com/p/Cg21o4QLVU6/ |

| 08/09/2022 | Instagram | kitchen situation at the slice bar | 786 likes 20,046 plays | https://www.instagram.com/reel/ChDh3UPjmQH/?igshid=YmMyMTA2M2Y= |
| 08/12/2022 | Instagram | merch house t shirt | 194 likes | https://www.instagram.com/p/ChKY2Z7LBCM/ |
| 08/14/2022 | Instagram | @pizza repost | 2687 likes 135,166 plays | https://www.instagram.com/p/ChQjWLrF0eF/ |
| 08/15/2022 | Instagram | Infatuation post | 1090 likes | https://www.instagram.com/p/ChTYVGQrdL6/ |
| 08/17/2022 | Instagram | WC door | 129 likes | https://www.instagram.com/p/ChXWd8UrmK9/ |
| 8/19/2022 | TikTok | it's home from work we go | 1,441 likes | https://www.tiktok.com/t/ZTRtVmXhs/ |
| 8/21/2022 | TikTok | our slice bar isopen | 5,680 plays | https://www.tiktok.com/t/ZTRtVuo9E/ |
| 08/22/2022 | Instagram | secure your pie for the weekend thru the link in our bio | 565 ikes 17,167 plays | https://www.instagram.com/p/ChkjioPDFei/ |
| 08/25/2022 | Instagram | New Location Alert w/ The Hungry Post | 2295 likes 81,347 plays | https://www.instagram.com/p/ChtA7d6q-eZ/ |
| 08/29/2022 | Instagram | hiring, expand our team | 532 likes 18,305 plays | https://www.instagram.com/p/Ch22xbsjobk/ |
| 8/29/2022 | TikTok | moments from the | 922 plays | https://www.tiktok.com/t/ZTRtVCn |

| | | weekend | | 5f/ |
|---|---|---|---|---|
| 08/31/2022 | Instagram | order online (margherita in a box) | 916 likes | https://www.instagram.com/p/Ch8awvtL0LN/ |
| 09/05/2022 | Instagram | national cheese pizza day w/ @pizza | 2964 likes 95,159 plays | https://www.instagram.com/p/CiJOT3VIfi0/ |
| 08/06/2022 | Instagram | miami herald post | 884 likes | https://www.instagram.com/p/CiK81R5rC-m/ |
| 09/13/2022 | Instagram | pepp all kicks | 1050 likes 27,571 plays | https://www.instagram.com/p/CidYKk3jArd/ |
| 9/13/2022 | TikTok | garlic | 4,996 plays | https://www.tiktok.com/t/ZTRtVAbhU/ |
| 9/16/2022 | TikTok | kitchen experiments | 662 plays | https://www.tiktok.com/t/ZTRtV97cY/ |
| 9/18/2022 | TikTok | bread heads | 57.1k | https://www.tiktok.com/t/ZTRtVUxqR/ |
| 09/19/2022 | Instagram | homemade everything | 169 likes | https://www.instagram.com/p/CiskoaJLShk/ |
| 9/22/2022 | TikTok | pepp all kicks | 962 plays | https://www.tiktok.com/t/ZTRtVy3R8/ |
| 09/25/2022 | X | all kicks upgrade | 1586 likes | https://www.instagram.com/p/Ci75X1wLQnl/ |

| 09/27/2022 | TikTok | pizza love affair | 1,889 plays | https://www.tiktok.com/t/ZTRtVhn7j/ |
| 09/29/2022 | Instagram | salsera | 803 likes 21,757 plays | https://www.instagram.com/p/CjGB_nID8Ve/ |
| 09/29/2022 | Instagram | locked on heat Miami Heat podcast | 567 likes 19,178 plays | https://www.instagram.com/p/CjGE1z3jqwv/ |
| 09/29/2022 | TikTok | salsera | 427.2k plays | https://www.tiktok.com/t/ZTRtV6rKK/ |
| 9/30/2022 | TikTok | signature slices | 64.0k plays | https://www.tiktok.com/t/ZTRtVBLA1/ |
| 10/2/2022 | TikTok | symphony of crunch | 1,722 plays | https://www.tiktok.com/t/ZTRtVuVMx/ |
| 10/07/2022 | Instagram | bathroom Botero | 323 likes | https://www.instagram.com/p/CjbKZ-6uIQz/ |
| 10/08/2022 | Instagram | crunch video | 1015 likes 27,508 plays | https://www.instagram.com/p/CjdV1shDxNZ/ |
| 10/11/2022 | TikTok | pepp land | 1,662 plays | https://www.tiktok.com/t/ZTRtVuhQh/ |
| 10/12/2022 | Instagram | leeks on bacon slice | 394 likes | https://www.instagram.com/p/CjnrXqNrTB0/ |
| 10/13/2022 | Instagram | live from the slice bar father and son | 451 likes | https://www.instagram.com/p/CjrIQ7GriL8/ |
| 10/14/2022 | Instagram | skip the line video | 683 likes 21,549 plays | https://www.instagram.com/p/CjspW5djFzA/ |

| 10/16/2022 | TikTok | me at parties | 686 plays | https://www.tiktok.com/t/ZTRtVH Xyj/ |
|---|---|---|---|---|
| 10/18/2022 | Instagram | flavors video | 1098 likes 25,514 plays | https://www.instagram.com/p/Cj3k akaDMJL/ |
| 10/21/2022 | Instagram | chocolate cake | 351 likes | https://www.instagram.com/p/Cj_ip PoL79r/ |
| 10/24/2022 | Instagram | pre order, hand on dough ball, flour | 180 likes | https://www.instagram.com/p/CkG njypLT4T/ |
| 10/28/2022 | Instagram | barstool visit | 2061 likes | https://www.instagram.com/p/CkQ 5L5arr_M/ |
| 11/04/2022 | Instagram | ligers cookies | 559 likes 17,558 plays | https://www.instagram.com/p/Ckjni rsjQh2/ |
| 11/08/2022 | Instagram | barstool video | 3825 likes 210,153 plays | https://www.instagram.com/p/Cktk aT9DUd9/ |
| 11/09/2022 | Instagram | our new location | 1810 likes | https://www.instagram.com/p/Ckw RMSIOK9h/ |
| 11/10/2022 | TikTok | crunch fest | 4,632 plays | https://www.tiktok.com/t/ZTRtV6g kf/ |
| 11/11/2022 | Instagram | slices on the wood board | 525 likes 19,238 plays | https://www.instagram.com/p/Ck1 AO-9DZ_8/ |
| 11/14/2022 | TikTok | another weekend | 797 plays | https://www.tiktok.com/t/ZTRtVA9 ma/ |
| 11/15/2022 | Instagram | hiring | 250 likes | https://www.instagram.com/p/Ck_z |

| | | | | AINr-Nc/ |
|---|---|---|---|---|
| 11/18/2022 | Instagram | slice bar scenes | 766 likes<br>20,100 plays | https://www.instagram.com/p/ClHeaKAjDiM/ |
| 11/20/2022 | Instagram | bar dogs | 950 likes | https://www.instagram.com/p/ClMC7EQruSA/ |
| 11/22/2022 | Instagram | @pizza video | 3291 likes<br>105,206 plays | https://www.instagram.com/p/ClR_QclOXtO/ |
| 11/25/2022 | Instagram | pepp pie video | 900 likes<br>22,381 plays | https://www.instagram.com/p/ClY79DIDzVf/ |
| 11/28/2022 | Instagram | basel is here olive oil | 231 likes | https://www.instagram.com/p/Clhy2CvrUcW/ |
| 12/01/2022 | Instagram | Merah oven | 242 likes | https://www.instagram.com/p/ClowR32Osdp/ |
| 12/04/2022 | Instagram | full pies to go boxes | 709 likes | https://www.instagram.com/p/ClwnpuaOJSj/ |
| 12/07/2022 | Instagram | Best Bew Restaurants Infatuation | 1043 likes | https://www.instagram.com/p/Cl35ISoLOY3/ |
| 12/11/2022 | Instagram | kicks to dip the crust | 756 likes | https://www.instagram.com/p/CmDEMTDL8Uj/ |
| 12/13/2022 | Instagram | hiring | 81 likes<br>3,111 plays | https://www.instagram.com/reel/CmIR2rrD6LR/?igshid=YmMyMTA2M2Y= |
| 12/14/2022 | Instagram | brush the crust | 927 likes | https://www.instagram.com/p/CmK |

| | | | 21,969 plays | h51ZjcUq/ |
|---|---|---|---|---|
| 12/20/2022 | Instagram | new merch drop | 290 likes<br>12,793 plays | https://www.instagram.com/reel/CmaGM8Sqdy7/?igshid=YmMyMTA2M2Y= |
| 12/21/2022 | Instagram | crust zoom (THP) | 741 likes | https://www.instagram.com/p/CmcOSzKODZ2/ |
| 12/22/2022 | TikTok | slice bar feels | 1,188 plays | https://www.tiktok.com/t/ZTRtV6GVc/ |
| 12/26/2022 | Instagram | slice bar views Merah | 936 likes<br>24,904 plays | https://www.instagram.com/p/CmpOCROK2Tc/ |
| 12/28/2022 | Instagram | one hand slice | 541 likes | https://www.instagram.com/p/CmuACJIrn_H/ |
| 12/29/2022 | Instagram | salsera spotlight | 697 likes<br>24,587 plays | https://www.instagram.com/p/Cmwr0S5Kd28/ |
| 12/29/2022 | TikTok | homemade dips | 4,146 plays | https://www.tiktok.com/t/ZTRtVCRtX/ |
| 12/30/2022 | TikTok | table dancing | 787 plays | https://www.tiktok.com/t/ZTRtVMBd5/ |
| 12/31/2022 | Instagram | the year we opened the slice bar | 872 likes<br>19,830 plays | https://www.instagram.com/p/Cm17ZEKqsJW/ |
| 12/31/2022 | TikTok | the year we opened the slice bar | 1,314 plays | https://www.tiktok.com/t/ZTRtVP1rc/ |
| 01/03/2023 | Instagram | menu board | 287 likes | https://www.instagram.com/p/Cm9acrDrLUe/ |

| 01/03/2023 | Instagram | chew york city video | 103,701 likes 2.1m plays | https://www.instagram.com/p/Cm-BUdYJNQ3/ |
| 01/05/2023 | Instagram | flowers florist | 229 likes | https://www.instagram.com/p/CnCeLmOLPNK/ |
| 01/06/2023 | Instagram | finishing cheeses | 1512 likes 38,374 plays | https://www.instagram.com/p/CnFPCSTqDTf/ |
| 1/6/2023 | TikTok | salsera spotlight | 4,154 plays | https://www.tiktok.com/t/ZTRtV9Cfb/ |
| 01/09/2023 | Instagram | white pies on bboard | 444 likes | https://www.instagram.com/p/CnFPCSTqDTf/ |
| 1/9/2023 | TikTok | another salsera video | 588 plays | https://www.tiktok.com/t/ZTRtVxxXV/ |
| 01/10/2023 | Instagram | salsera vid | 770 likes 22,700 plays | https://www.instagram.com/p/CnPpJWdqOYW/ |
| 01/13/2023 | Instagram | slice bar mood | 1645 likes 33,284 plays | https://www.instagram.com/p/CnXZ7G2KOn4/ |
| 01/15/2023 | Instagram | all kicks on board | 1431 likes | https://www.instagram.com/p/CncJDneroFb/ |
| 1/15/2023 | TikTok | it's hot honey | 661 plays | https://www.tiktok.com/t/ZTRtV7aLE/ |
| 01/17/2023 | Instagram | hiring all staff | 750 likes 26,169 plays | https://www.instagram.com/p/Cnhy4Y-Ko6x/ |
| 01/18/2023 | Instagram | slice bar (the gist) | 505 likes | https://www.instagram.com/p/Cnk9Ztjrven/ |

| 01/20/2023 | Instagram | margherita all kicks | 2194 likes 87,642 plays | https://www.instagram.com/p/CnpW9w8qmvC/ |
| 01/22/23 | Instagram | slice bar habana cafe fam | 411 likes | https://www.instagram.com/p/CnuX-dgrYY2/ |
| 01/24/2023 | Instagram | leeks on bacon vid | 851 likes 29,982 plays | https://www.instagram.com/p/Cnzr729jSsj/ |
| 1/24/2023 | TikTok | leeks on bacon flavor | 900 plays | https://www.tiktok.com/t/ZTRtVgqPW/ |
| 01/28/2023 | Instagram | time lapse slice bar | 1825 likes 36,598 plays | https://www.instagram.com/p/Cn-ayIZDmDc/ |
| 01/29/2023 | Instagram | Beckham and Brady at the slice bar | 2937 likes | https://www.instagram.com/p/CoA8eRhLanp/ |
| 01/31/2023 | Instagram | Pepperoni Crunch | 1639 likes 34,694 plays | https://www.instagram.com/p/CoGkXyGjBeP/ |
| 1/31/2023 | TikTok | a seat at the bar | 1,491 plays | https://www.tiktok.com/t/ZTRtVg9PV/ |
| 2/2/2023 | TikTok | crunch | 307 plays | https://www.tiktok.com/t/ZTRtqd2JV/ |
| 02/03/2023 | Instagram | Pizza Lab | 833 likes | https://www.instagram.com/p/CoNfHcdLbEe/ |
| 02/03/2023 | Instagram | Slice Showcase Video | 813 likes 22,400 plays | https://www.instagram.com/p/CoQXlc9jyp8/ |
| 2/3/2023 | TikTok | idk | 404 plays | https://www.tiktok.com/t/ZTRtqLKvd/ |

| 2/4/2023 | TikTok | slice showcase | 8,121 plays | https://www.tiktok.com/t/ZTRtqds9S/ |
| 02/10/2023 | Instagram | Pepp Slice on white | 1353 likes | https://www.instagram.com/p/CodFk0dOVWA/ |
| 2/10/2023 | TikTok | power went out | 10.6k plays | https://www.tiktok.com/t/ZTRtVpo7j/ |
| 2/11/2023 | TikTok | tragic | 156 plays | https://www.tiktok.com/t/ZTRtVGQUe/ |
| 02/12/2023 | Instagram | Superbowl Sunday | 477 likes 13,696 plays | https://www.instagram.com/p/CoiBB-FLWKS/ |
| 2/12/2023 | TikTok | superbow sunday | 1,187 plays | https://www.tiktok.com/t/ZTRtVTEBJ/ |
| 02/13/2023 | Instagram | order on super bowl Sunday | 477 likes | https://www.instagram.com/p/CokGJBjjyKe/ |
| 2/13/2023 | TikTok | bar dogs | 287 plays | https://www.tiktok.com/t/ZTRtqeqWu/ |
| 02/14/2023 | Instagram | pizza love Valentine's | 965 likes 14,987 plays | https://www.instagram.com/p/CoqsNrQDlxB/ |
| 2/14/2023 | TikTok | pizza is love | 275 plays | https://www.tiktok.com/t/ZTRtV3gev/ |