# EXHIBIT A





**THE FREE DICTIONARY BY FARLEX**
13,576,488,895 visits served

Miami

○ Word / Article   ○ Starts with   ○ Ends with   ○ Text

Register   Log in
Sign up with one click:
Share 25K

| Dictionary | Thesaurus | Medical Dictionary | Legal Dictionary | Financial Dictionary | Acronyms | Idioms | Encyclopedia | Wikipedia Encyclopedia |



     allbirds

### Miami

Also found in: *Thesaurus*, *Medical*, *Acronyms*, *Encyclopedia*, *Wikipedia*.

**Mi·am·i** [1]  (mī-ăm′ē, -ăm′ə)
*n. pl.* **Miami** or **Mi·am·is**
1. A member of a Native American people originally of the Green Bay area of Wisconsin, with various groups later inhabiting parts of southern Michigan and northern Ohio, Indiana, and Illinois. Present-day populations are in northern Indiana and northeast Oklahoma.
2. The variety of Illinois spoken by the Miami.

---

**Mi·am·i** [2]  (mī-ăm′ē, -ăm′ə)
A city of southeast Florida on Biscayne Bay south of Fort Lauderdale. Settled in the 1870s near the site of a fort built in 1836, it expanded greatly during the land boom of the 1920s and again after World War II. A wave of Cuban immigration began in 1959 when Fidel Castro seized power in Cuba. Miami is now a major port and commercial center.

---

**Mi·am′i·an** *adj. & n.*

"CITE" American Heritage® Dictionary of the English Language, Fifth Edition. Copyright © 2016 by Houghton Mifflin Harcourt Publishing Company. Published by Houghton Mifflin Harcourt Publishing Company. All rights reserved.

---

### Miami  (maɪˈæmɪ)
*n*
(Placename) a city and resort in SE Florida, on Biscayne Bay: developed chiefly after 1896, esp with the Florida land boom of the 1920s; centre of an extensive tourist area. Pop: 376 815 (2003 est)

"CITE" Collins English Dictionary – Complete and Unabridged, 12th Edition 2014 © HarperCollins Publishers 1991, 1994, 1998, 2000, 2003, 2006, 2007, 2009, 2011, 2014



Cute Puppies for Sale
Petland Florida    Open ›

Advertisement. Bad banner? Please let us know  Remove Ads

**Flashcards & Bookmarks**

Please **log in** or **register** to use Flashcards and Bookmarks. You can also log in with

FEATURED VIDEOS                 Powered by [primis]



Skip Ad ▶

born in the purple
Born into royalty. Purple is a color traditionally associated with royalty. Go To Article





Britannica Homepage | Ask the Editor | Word of the Day | Quizzes | Core Vocabulary | Browse the Dictionary

# The Britannica Dictionary

Miami

Miami



## Miami

1 ENTRIES FOUND:

**Miami** (proper noun)

---

**Miami**  /maɪˈæmi/    *proper noun*

**Britannica Dictionary definition of MIAMI**

**:** U.S. city, Florida

— **Miamian**  /maɪˈæmijən/    *noun*



Florida needs clean, affordable energy

SPONSORED BY ENVIRONMENTAL DEFENSE FUND

Learn More

### ASK THE EDITOR

Which preposition should I use in the sentence "I work ___ a small company"? at? for? in?

See the answer »

### QUIZZES

**Vocabulary Quiz**
Test your word power
Take the Quiz »

**Name That Thing**
Take our visual quiz
Test Your Knowledge »

### WORD OF THE DAY

**morbid**
: relating to unpleasant subjects (such as death)
Learn More »





**DICTIONARY.COM** | **THESAURUS.COM** | **GRAMMAR COACH** | MEANINGS | GAMES | LEARN | WRITING | WORD OF THE DAY

Miami


pottery barn kids — SHOP BACKPACKS

Top Definitions | Quiz | Examples | British | Cultural

# Miami¹  [ mahy-*am*-ee, -*am*-*uh* ]   SHOW IPA

*noun, plural* **Mi·am·is,** (*especially collectively*) **Mi·am·i** for 1.

1. a member of an Algonquian-speaking North American Indian tribe, formerly located in northern Indiana and Illinois, southern Michigan, and possibly Wisconsin, now living primarily in Oklahoma.

2. their dialect of the Illinois language.

*adjective*

3. of or relating to the Miami or their language.


WILLIAMS SONOMA — SHOP GIFTS — GREAT GIFTS

**QUIZ**

## CAN YOU ANSWER THESE COMMON GRAMMAR DEBATES?


this is no time to wait — Watch Kareem's story — Bristol Myers Squibb / Pfizer — CV-US-2200586 02/23

**THE FREE DICTIONARY BY FARLEX**

13,602,394,921 visits served

slice

○ Word / Article   ○ Starts with   ○ Ends with   ○ Text

Register   Log in

Sign up with one click:

Share 25K

| Dictionary | Thesaurus | Medical Dictionary | Legal Dictionary | Financial Dictionary | Acronyms | Idioms | Encyclopedia | Wikipedia Encyclopedia |

Feedback

---

**Cortland Deerfield Station Offers Luxury Living Just Minutes From Top-Rated Beaches.**   LEARN MORE >

## slice 🇺🇸 🇬🇧

Also found in: *Thesaurus*, *Medical*, *Acronyms*, *Idioms*, *Encyclopedia*, *Wikipedia*.

**slice** 🔊 (slīs)

*n.*
1.
   **a.** A thin broad piece cut from a larger object: *ate a slice of cheese; examined a slice of the diseased lung.*
   **b.** An often wedge-shaped piece cut from a larger, usually circular object: *ordered a slice of pie; shared a slice of pizza.*
2. A portion or share: *a slice of the profits.*
3.
   **a.** A knife with a broad, thin, flexible blade, used for cutting and serving food.
   **b.** A similar implement for spreading printing ink.
4. *Sports*
   **a.** The course of a ball that curves in the direction of the dominant hand of the player propelling it, as to the right of a right-handed player.
   **b.** A stroke that causes a ball to follow such a course: *a golfer with a bad slice.*
   **c.** A ball propelled on such a course.
   **d.** A stroke, as in tennis, in which the ball is struck with a downward motion with the open face of the racket in order to impart backspin.

*v.* **sliced**, **slic·ing**, **slic·es**
*v.tr.*
1. To cut or divide into slices: *slice a loaf of bread.*
2. To cut from a larger piece: *slice off a piece of salami.*
3. To cut through or move through with an action like cutting: *"where wheels have freshly sliced the April mire"* (Robert Frost).
4. To divide into portions or shares; parcel out: *"With mortgage securitisation, a pool of home loans is sliced into tranches bearing different degrees of risk"* (David Shirreff).
5. To reduce or remove from a larger amount or entity: *sliced 10 percent off the asking price.*
6. *Sports* To hit (a ball) with a slice.

*v.intr.*

---





Advertisement. Bad banner? Please *let us know* Remove Ads

**Flashcards & Bookmarks**   ?

Please **log in** or **register** to use Flashcards and Bookmarks. You can also log in with

**FEATURED VIDEOS**   Powered by [primis]



Skip Ad ▶|

watch (someone or something) like a hawk

**RELATED ITEMS**



# Dictionary

**Definition**
- **verb**
- noun

Synonyms
Example Sentences
Word History
Phrases Containing
Entries Near
Show More ⌄

**Save Word**

Dictionary | Thesaurus | slice | Games & Quizzes | Thesaurus | Features | Word Finder | Word of the Day | Shop | Join MWU | Log In

*intransitive verb*

**1** : to slice something

**2** : to move with a cutting action

 the ship *sliced* through the waves

**sliceable** ˈslī-sə-bəl 🔊 *adjective*

**slicer** *noun*

# slice 2 of 2 *noun*

**1 a** : a thin flat piece cut from something

 **b** : a wedge-shaped piece (as of pie or cake)

**2** : a spatula for spreading paint or ink

**3** : a serving knife with wedge-shaped blade

 a fish *slice*

**4** : a flight of a ball that deviates from a straight course in the direction of the dominant hand of the player propelling it

 *also* : a ball following such a course

 → compare HOOK

**5 a** : PORTION, SHARE

 **b** : SEGMENT, SAMPLE

---

Can you solve 4 words at once?

**Play**





**WORD OF THE DAY**

**vox populi** 🔊

See Definitions and Examples »

Get Word of the Day daily email!

[ Your email address ] **SUBSCRIBE**

Start typing any word or phrase

Games    Featured    Pop culture    Writing tips

**Top Definitions**    **Quiz**    **Examples**    **British**    **Idioms And Phrases**

# slice [ slahys ] SHOW IPA

See synonyms for: slice / sliced on Thesaurus.com

*noun*

1. a thin, flat piece cut from something:
   *a slice of bread.*
2. a part, portion, or share:
   *a slice of land.*

SEE MORE

*verb (used with object),* **sliced, slic·ing.**

6. to cut into slices; divide into parts.
7. to cut through or cleave with or as if with a knife:
   *The ship sliced the sea.*

SEE MORE

*verb (used without object),* **sliced, slic·ing.**

11. to slice something.
12. to admit of being sliced.




Trade in and save on your new iPhone 14. Get $30 – $630 off a new iPhone 14 or iPhone 14 Pro when you trade in your current iPhone or Android. Buy. Trade-in value based on model/condition. Terms apply.