# EXHIBIT B



DESTINATIONS CREATORS VIDEOS PODCAST ADVERTISE SIGN IN JOIN

# Every American Pizza Style, Ranked

FOOD + DRINK, INSIDER GUIDES, UNITED STATES

Matthew Meltzer  Nov 1, 2018

DESTINATIONS    CREATORS    VIDEOS    MATADOR NETWORK    PODCAST    ADVERTISE    SIGN IN    JOIN

BEER    DESSERT    RESTAURANTS + BARS    FOOD + DRINK    SPIRITS + COCKTAILS    CANNABIS    WINE

## 10. Miami



Photo: Reys Pizza/Facebook

### Characteristics:

No, nobody figured out how to top a pizza with voter fraud and cocaine. This only-in-Miami style is also known as Cuban pizza. It's served on thick, doughy crust and topped with an excessive amount of mozzarella

**Trending Now in United States**

**1** The Optimal Itinerary for a US National Park Road Trip, Mapped

**2** The Strict List of Foods You'll Be Fined for Bringing Into the US After International Travel

**3** The 10 Best LGBTQ-Friendly Small Towns in the US

**4** The Auto Train Is the Most Unique and Unexpected Train in the Whole Amtrak Fleet

**5** The Most, and Least, Humid States in the US

**Trending Now in Food + Drink**

**1** The Truth About Artificial Vanilla Extract (and Why You Should Always Splurge



About & Help | Search America's Greatest Foods & Shops | Log In | Sign Up

MOTHER'S DAY 💐    FOODS    JOE'S PICKS    MEAL KITS    RESTAURANTS    REGIONS    GIFTS    SALE    ▶ SHOP BY VIDEO

**CLAM SHACK SALE ENDS TONIGHT!**
Buy lobster rolls, get clam chowder FREE! **ORDER NOW!**

Home > Miami-Style Pizza

# Miami-Style Pizza

There's plenty of great *pizza* to be found in *Miami*, and it's shipping nationwide!

Free Shipping    Joe's Pick    Gorgeous Box    Arrives by Mother's Day 💐

Sort By: Popular Now ▾

**GET IT BY**
☑ No Rush
☐ 📅 Or pick a date

**REGION**
South (6)

**PRICE**
$94 — $165



**Frankie's Pizza**
Square Pepperoni Pizza - 3 Pack
📍 Miami, FL    $104.⁹⁵
Free Shipping

**Frankie's Pizza**
Square Cheese Pizza - 6 Pack
📍 Miami, FL    $154.⁹⁵
Free Shipping

**Frankie's Pizza**
Square Cheese Pizza - 3 Pack
📍 Miami, FL    $94.⁹⁵
Free Shipping

Chat 💬



Home | Products | Industries | Blog | Resources | About | Contact Us | Quote Request







## Miami Style Pizza

Created by Cuban-Americans, Miami-style pizza is rarely found outside of Florida. It is similar to Sicilian style pizza, in that it has a thick, doughy crust. However, the layer of tomato sauce is very thin. Chefs then add toppings of their choice before a lawyer of mozzarella and gouda cheese.







# Sir Pizza - OFFICIAL
6,698 Tweets



## Sir Pizza - OFFICIAL
@SirPizza

OFFICIAL PAGE OF Sir Pizza. We serve Miami Style Pizza to heat up the senses and make you think MMM...iami Always hot, delicious and ready!

📍 South Florida 🔗 sirpizzarestaurants.com 📅 Joined September 2009

**3,950** Following   **3,370** Followers

Not followed by anyone you're following

**Tweets** | Replies | Media | Likes

---

↻ Sir Pizza - OFFICIAL Retweeted

**SportsCenter** ✓ @SportsCenter · Feb 23, 2015

This guy didn't just bowl a perfect game. He bowled THREE of them… in a row. #SCtop10 es.pn/1DgSSSK

💬 365   ↻ 1,573   ♡ 2,384

---

↻ Sir Pizza - OFFICIAL Retweeted

**SportsCenter** ✓ @SportsCenter · Feb 23, 2015

Goran Dragic scores 23 Pts w/ 10 Ast to lead Heat over 76ers, 119-108. Philadelphia has lost 10 straight road games.

---

**Search Twitter**









### You might like

**MiamiBeachConvCe...** @TheMiamiBeachCC — Follow

**HistoryMiami Museum** @HistoryMiami — Follow

**Dude** @dudecane — Follow

Show more

### What's happening

NBA · Last night
**Lakers at Warriors** 

Politics · Trending
**#activeshooter**
Trending with Midtown, Deion Patterson

Travel · Trending
**#EPCOT**

---

Sidebar: Home, Explore, Notifications, Messages, Bookmarks, Twitter Blue, Profile, More, Tweet



People    Food & Drink    Home & Real Estate    Style & Beauty    Video

▶ NEWSLETTER 



*Tropico cocktail from Harry's Pizzeria Miami Beach PHOTO COURTESY OF GATHER GROW MEDIA LLC*

Miami's booming restaurant and real estate industries have resulted in a new wave of pizza connoisseurs hailing from New York and California who seek comfort in the old-school slice in a casual atmosphere. To make them feel at home, locally loved Harry's Pizzeria extends a warm welcome to the newly born population of Miami locals as it opens a third location in Miami Beach. Launched by James Beard Award-winning chef and restaurateur Michael Schwartz, the third hot spot serves as the only location to offer a lineup of curated cocktails alongside new menu items including crudites, hearth-roasted vegetables and a chickpea salad. As all thriving city dining experiences are made memorable through a signature touch, the Miami Beach outpost introduces its Cello Program—a rotating lineup of limoncello-style beverages infused with mandarin, kumquats, Meyer lemons and herbs. Whether grabbing a slice or indulging in the casual sit-down experience, Harry's Pizzeria creates a new name for the American pie experience, putting Miami-style pizza on a nationwide radar. *1680 Meridian Ave., Miami Beach,* @harryspizzeria



# URBANDADDY

Miami Slice

# Miami Slice
*New Pizza Bar in South Beach*

AUGUST 19, 2008



Behind every good pizza, there's a baker with a dream. And, preferably, gold chains and a Brooklyn accent.

You'll find all of the above at *Pizza Bar*, your new late-night snack spot just opened in South Beach.

The brainchild of the folks behind OLA and the Sanctuary, Pizza Bar is part take-out counter, part trendy pizza joint. Sand-colored brick walls, a refined wooden bar and flat screens that endlessly loop movies starring Pacino or De Niro create a polished, badass vibe. If AJ Soprano opened a pizza place, it would probably look like this.

Baker Vito Giovinco is in charge of this Miami-style slice. With full-sleeve tats and a coif that would make the Fonz blush, he's a Sicilian pizza man with a Bensonhurst bent. His 30-inch pies have a uniformly thin crust topped with San Marzano tomato sauce and are baked in a slate oven for a golden finish.

The place is open until 4am on weekends, so you never know who you'll run into after a night of debauchery. Given its location—walking distance to most clubs and hotel bars—you'll catch a variety of models, moguls and mortals chowing down.



You can find some of the largest pizza chains in the U.S., featuring a range of creative pizza types and crust styles.

From classic Neapolitan Margherita pizza to bold and meaty Chicago-style deep dish pizza, pizzas have evolved with various tastes and styles over centuries.

If you are interested to learn about the different types of pizza in the world, this article lists 18 pizza styles to explore.

Find out what makes each style distinct from one another, from the crust to the toppings used.

Discover what pizza type your favorite pizza falls into.

In summary, the 18 types of pizza in the world are:

1. Brooklyn Style Pizza
2. Buffalo Style Pizza
3. Boardwalk Style Pizza
4. Chicago Deep Dish Pizza
5. Chicago Thin Crust Tavern Style Pizza
6. California Style Pizza
7. Detroit Style Pizza
8. Calabrian Style Pizza
9. Calzone Style
10. Grandma Pizza
11. Miami Or Cuban-Style Pizza
12. New England Or Greek Pizza
13. New Haven Style Pizza
14. Neapolitan Pizza
15. New York Style Pizza
16. Roman Style Pizza
17. Sicilian Pizza
18. Louis Pizza

---

slicepizzeria.com, a website full of pizza information. Read more.

**Search …**

### Recent Posts

What's the Better Deal? 2 Mediums or 1 Large Pizza?

How Many Slices In A Medium Pizza | Medium Pizzas At Your Favorite Pizza Chains

How Many Pizzas Should I Order For 5, 10, 15, Or More People?

How To Keep Pizza Warm | Tips And Tricks To Keep Your Pizza Hot And Fresh

Pizza Sauce Vs Pasta Sauce | Is There A Difference?

Ask JSC_10126 about Pizza Bar Collins Ave

Thank JSC_10126

This review is the subjective opinion of a Tripadvisor member and not of Tripadvisor LLC. Tripadvisor performs checks on reviews.



Reviewed June 22, 2016

### Great Miami Style Pizza!

skylight1920
Chicago, Illinois
1

Pizza Bar has a large variety of pizzas like hawaiian, spicy pepperoni, etc . They also have huge wings and great ale. The slices are large and extremely thin and crispy, which was new experience, since i'm accustomed to Chicago deep dish pizza. However, I enjoyed the Miami style pizza. This restaurant has a cult following and they sell t-shirts to commemorate the visit and join other Pizza Bar enthusiasts. The atmosphere is laid back, so you may come directly from the beach. Be prepared to wait in line with a group of lively customers/travelers that will make the time pass.

**Date of visit:** June 2016

Value ●●●●●    Service ●●●●○
                Food    ●●●●●

Ask skylight1920 about Pizza Bar Collins Ave

Thank skylight1920

This review is the subjective opinion of a Tripadvisor member and not of Tripadvisor LLC. Tripadvisor performs checks on reviews.



Reviewed June 21, 2016

### HANDS DOWN the best pizza!!!

TYWTravel
28  11

#sizedoesmatter indeed! The slices are huge and yummy! It's dirt cheap (6$) for one slice compared to any other restaurants in the area. The pizza is delicious..every time I go to SoBe I always make a stop (or 2 or maybe 3 lol) at Pizza Bar! Try the tomato and basil!!

**Date of visit:** June 2016

Ask TYWTravel about Pizza Bar Collins Ave

Thank TYWTravel

This review is the subjective opinion of a Tripadvisor member and not of Tripadvisor LLC. Tripadvisor performs checks on reviews.

Reviewed June 15, 2016

### Giant pizza slices, quick and good!