# EXHIBIT C

| MENU | ABOUT | SPONSORSHIP | VISIT | BECOME A VIP | SIGN IN |

**OUR MENU**    KIDS MENU    BEVERAGES    PARTY PLATTERS

## MEAT LOVERS PIZZA

pepperoni, sausage, meatballs, ham and bacon
large $29.75| extra large $31.95

♡ 7

## THE BIG CHEESE HAWAIIAN

sweet duck sauce, topped with mozzarella, pineapple, canadian bacon, and coconut shavings. bill stole this one from sausalito, california in 1979. (no tomato sauce in this one folks)
large $27.95| extra-large $28.95

♡ 3

## SPINACH PIE

we build this one from the ground up. we open the dough, put ricotta cheese first and then spinach sautéed in olive oil, garlic and spice. then we top with mozzarella cheese and bake to perfection. bacon available
large $25.95| extra-large $27.95

♡ 1

## THE BIG CHEESE DELIGHT

a delightful blend of cheese. if you like cheese, you'll love this one: mozzarella, ricotta, parmesan, provolone and extra cheese
large $25.95| x-large $27.95

♡ 7

## THE GREAT WHITE

no tomato sauce on this one, folks. olive oil and raw garlic sauce, topped with ricotta and grated parmesan and light mozzarella. it's a white pizza!
large $25.95| extra-large $27.95

♡ 11

## BIG CHICKEN PIE

we start with tomato and cheese pizza and top it with grilled chicken breast, chopped scallions and fresh tomato slices. enjoy!
large $29.95 | extra-large $31.95

♡

## SEAFOOD PIZZA

a seafood lover's delight. shrimp, mussels and clams
large $30.95| extra-large $32.95

♡

## THE MIAMI SLICE

this pizza consists of sweet baked ham, creamy ricotta cheese and pineapple topped with cinnamon. try it, if it's for you. it's great!
large $24.95 | extra-large $25.95

♡







Report Ad

# UNTAPPD

Blog · Top Rated · Insiders · Help · Store

Sign In | Join Now

Find a beer, brewery or bar...

Ad
Exlusive Tequila Club
We Drink Tequila
Open
Report Ad

## Miami Slice
**903 Brewers**
Hard Seltzer

| TOTAL (?) | UNIQUE (?) |
|---|---|
| 213 | 202 |
| MONTHLY (?) | YOU |
| 2 | 0 |

6.2% ABV  |  N/A IBU  |  (4.13)  |  176 Ratings

Hard Seltzer aged on Strawberry, Pineapple, Coconut, and Lime

SEE ALL

### Global Recent Activity

Sort by: **Global** · Friends · You

**Alan O** is drinking a **Miami Slice** by **903 Brewers** at **Slater Ave**

Purchased at **Lukas Liquor Superstore**

Can

Propose Edit

Propose Duplicate

Report Ad
City of Hope
No One Should Face the Challenge of Cancer Alone
Your gift matched $1-for-$1
GIVE TODAY
Stephen Joyce
City of Hope Patient

Don't let grammar errors spoil your email!
Get Grammarly
It's Free
grammarly





Blog  Top Rated  Insiders  Help  Store     Sign In    Join Now

Find a beer, brewery or bar...



## Miami Slice
### Outrun Brewing Company
Sour - Fruited Gose

| TOTAL (?) | UNIQUE (?) |
|---|---|
| 40 | 37 |
| MONTHLY (?) | YOU |
| 9 | 0 |

**Propose Edit**

**Propose Duplicate**

4.5% ABV | 1 IBU | ●●●●○ (4.09) | 31 Ratings

This gose is sour, salty, and full of tropical fruit. We filled this beer to the max  Show More



SEE ALL

### Global Recent Activity

Sort by:  **Global**  Friends  You

**Rock** is drinking a **Miami Slice** by **Outrun Brewing Company** at **Outrun Brewing Company**

Pineapple, Mango Gose from Outrun. Delicious. Woman approves.

Purchased at **Outrun Brewing Company**