**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:23-cv-21347**

**MIAMI SLICE PIZZA, LLC**,

      Plaintiff/Counter-Defendant,

      v.

**CARNIVAL CORPORATION**,

      Defendant/Counter-Plaintiff.

## CARNIVAL'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant/Counter-Plaintiff Carnival Corporation ("Carnival") hereby discloses the following:

The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, all other identifiable legal entities related to any party in the case, and all members of any LLC including their citizenship:

**Carnival Corporation**
c/o Jaime Rich Vining, Friedland Vining, P.A.
9100 S. Dadeland Blvd., Suite 1620
Miami, FL 33156

**David K. Friedland, Esq.**
**Jaime Rich Vining, Esq.**
Friedland Vining, P.A.
9100 S. Dadeland Blvd., Suite 1620
Miami, FL 33156

*Attorneys for Carnival*

Additionally, Carnival Corporation is listed on the New York Stock Exchange (NYSE) as a tracking stock under the stock symbol CCL.

I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

DATED:  July 20, 2023                    Respectfully submitted,

s/Jaime Rich Vining

By:  **David K. Friedland**
Florida Bar No. 833479
Email:  dkf@friedlandvining.com
**Jaime Rich Vining**
Florida Bar No. 030932
Email:  jrv@friedlandvining.com
**FRIEDLAND VINING, P.A.**
9100 S. Dadeland Blvd., Suite 1620
Miami, FL 33156
(305) 777-1721 – telephone
(305) 456-4922 – facsimile

***Counsel for Defendant/Counter-Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on the above referenced date, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the Manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

**Richard Guerra**
**Javier Sobrado**
**Arthur Robert Weaver**
The Brickell IP Group, PLLC
1101 Brickell Avenue South Tower, Suite 800
Miami, FL 33131
Email: rguerra@brickellip.com
Email: JSobrado@BrickellIP.com
Email: rweaver@brickellip.com

/s/Jaime Rich Vining
Jaime Rich Vining