UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:23-cv-21347-JEM

MIAMI SLICE PIZZA, LLC, a Florida
limited liability company,

    Plaintiff/Counter-Defendant,

v.

CARNIVAL CORPORATION, a Florida
corporation

    Defendant/Counter-Plaintiff.
_____/

**PLAINTIFF'S CORRECTED CERTIFICATE OF INTERESTED
PARTIES AND CORPORATE DISCLOSURE STATEMENT**

Plaintiff/Counter-Defendant Miami Slice Pizza, LLC, by and through undersigned counsel and pursuant to Fed. R. Civ. P. 7.1 and this Court's Scheduling Order [D.E. 10], hereby submits a Corrected Certificate of Interested Parties and Corporate Disclosure Statement.

**I.    Interested Persons**

The persons, associated persons, firms, partnerships or corporations that have a financial interest in the outcome of this case, including all subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party include:

    A.  Miami Slice Pizza, LLC – Plaintiff

    B.  H Hospitality LLC – owner of Plaintiff

    C.  Sotavento Ventures, LLC – ownership interest in H Hospitality LLC

    D.  Jesus Alejandro Diaz Siso – Manager of Plaintiff

    E.  Manuel Peinado – Manger of Plaintiff

F.  The Brickell IP Group, PLLC and its partners A. Robert Weaver, Esq., Richard Guerra, Esq., Rafael Perez-Piniero, Esq., and Javier Sobrado, Esq. – Plaintiff's counsel

G.  Carnival Corporation – Defendant

H.  Friedland Vining, P.A. and its partners Jaime R. Vining, Esq. and David Friedland, Esq. – Defendant's counsel

## II.  Corporate Disclosure Statement

Plaintiff hereby states that H Hospitality LLC is a corporate entity owning 10% or more of Plaintiff's stock. Plaintiff further states that there is no publicly held corporation owning 10% or more of its stock.

Date:  July 21, 2023                                                    Respectfully submitted by,

**THE BRICKELL IP GROUP, PLLC**
1101 Brickell Avenue
South Tower, Suite 800
Miami FL, 33131
Tel: 305-728-8831
Fax: 305-428-2450

*/s/ A. Robert Weaver*
**A. Robert Weaver**
Fla. Bar No. 92132
Email: rweaver@brickellip.com
**Richard Guerra**
Fla. Bar No. 689521
Email: rguerra@brickellip.com
**Javier Sobrado**
Fla. Bar No. 44992
Email: jsobrado@brickellip.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via Electronic

Mail on July 14, 2023 on all counsel or parties of record via CM/ECF filing.

*/s/ A. Robert Weaver*
A. Robert Weaver
