IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 1:23-cv-21347 – MARTINEZ/Becerra

**MIAMI SLICE PIZZA, LLC**,

    Plaintiff/Counter-Defendant,

v.

**CARNIVAL CORPORATION**,

    Defendant/Counter-Plaintiff.
_____/

## MEDIATOR'S REPORT

In accordance with Local Rule 16.2(f)(1) of the Local Rules, the undersigned Mediator reports that a mediation conference was held on August 14, 2023, all of the parties and their representatives attended by Zoom video conference and the matter did not settle.

    Respectfully Submitted,

    MARK STEIN LAW
    2999 NE 191st Street
    Suite 330
    Aventura, FL 33180
    (305) 356-7550 – voice

    By: /s/ Mark E. Stein
        Mark E. Stein, *Mediator*

Case No. 1:23-cv-21347 -- MARTINEZ/Becerra

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 21, 2023, I electronically filed the foregoing document with the Court using CM/ECF. I also certify that the foregoing document is being served this day by email on all counsel of record or pro se parties identified on the attached Service List.

*Via Email: jsobrado@bricklellip.com*
*Via Email: rguerra@bricklellip.com*
*Via Email: rweaver@bricklellip.com*

Javier Sobrado, Esq.
Robert Weaver, Esq.
Richard Guerra, Esq.
THE BRICKLELL IP GROUP, PLLC.
1101 Brickel Avenue South Tower
Suite 800
Miami, Florida  33131

*Counsel for Plaintiff*

*Via Email: jrv@friedlandvining.com*
*Via Email: dkf@friedlandvining.com*

Jaime R. Vining, Esq.
David K. Friedland, Esq.
FRIEDLAND VINING, P.A
9100 S. Dadeland Blvd.
Suite 1620
Miami, Florida 33156

*Counsel for Defendant*

/s/ Mark E. Stein, Esq.
Mark E. Stein, Esq.
Florida Bar No. 818666