IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 1:23-cv-21347

**MIAMI SLICE PIZZA, LLC**,

    Plaintiff/Counter-Defendant,

v.

**CARNIVAL CORPORATION**,

    Defendant/Counter-Plaintiff.

## ORDER GRANTING MOTION TO BIFURCATE

THIS MATTER having come before the Court upon Defendant/Counter-Plaintiff Carnival Corporation's ("Carnival") Motion to Bifurcate the issues of ownership, liability and damages, and the Court having considered the moving papers and the pertinent portions of the record,

IT IS HEREBY ORDERED that Carnival's Motion to Bifurcate is GRANTED. The Court will first determine the alleged validity, scope and priority of rights held by Plaintiff/Counter-Defendant Miami Slice Pizza, LLC ("MSP") before turning to the trademark infringement and other liability issues in MSP's claims.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of _____, 2020.

                                                          _____
                                                          JOSE E. MARTINEZ
                                                          UNITED STATES DISTRICT JUDGE

cc: Counsel of Record