UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:23-cv-21347-JEM

MIAMI SLICE PIZZA, LLC, a Florida
limited liability company,

    Plaintiff/Counter-Defendant,

v.

CARNIVAL CORPORATION, a Florida
corporation

    Defendant/Counter-Plaintiff.
_____/

**[PROPOSED] ORDER GRANTING
JOINT MOTION TO AMEND SCHEDULING ORDER**

THIS CAUSE is before the Court on the Parties' Joint Motion to Amend the Scheduling Order [D.E. 10] with respect to the deadlines governing the disclosure of expert reports and rebuttal expert reports. The Court having considered the Motion, and otherwise being fully advised, hereby ORDERS AND ADJUDGES that:

The joint motion is GRANTED. The Court finds good cause to amend the Scheduling Order, pursuant to Fed. R. Civ. P. 16(b)(4), as follows:

Previous Deadlines

| | |
|---|---|
| 1-1-2024 | Parties shall exchange expert witness summaries and reports. |
| 1-31-2024 | Parties exchange rebuttal expert witness summaries and reports. |

New Deadlines

| | |
|---|---|
| 2-1-2024 | Parties shall exchange expert witness summaries and reports. |
| 3-1-2024 | Parties exchange rebuttal expert witness summaries and reports. |

DONE AND ORDERED in Chambers in Miami, Florida this ___ day of November, 2023.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc: Furnished to Counsel of Record