# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:23-cv-21347-JEM

MIAMI SLICE PIZZA, LLC, a Florida
limited liability company,

    Plaintiff/Counter-Defendant,

v.

CARNIVAL CORPORATION, a Florida
corporation

    Defendant/Counter-Plaintiff.
_____/

**[PROPOSED] ORDER**

THIS CAUSE is before the Court on Plaintiff Miami Slice Pizza, LLC's request to overrule Defendant Carnival Corporation's objections to Plaintiff's Requests for Production Nos. 1-11 and 39. The Court held a hearing on December 13, 2023 as to Plaintiff's request for relief. Having heard argument, and otherwise being fully advised, the Court hereby ORDERS AND ADJUDGES that Plaintiff's request for relief is GRANTED. Defendant shall serve all responsive documents to Plaintiff's Request for Production Nos. 1-11 and 39 within seven (7) days of this Order. Failure by Defendant to comply with this Order may result in the imposition of costs and fees. *See* Fed. R. Civ. P. 37.

DONE AND ORDERED in Chambers in Miami, Florida this \_\_\_ day of December, 2023.

_____
JACQUELINE BECERRA
UNITED STATES MAGISTRATE JUDGE

cc: Furnished to Counsel of Record