UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:23-cv-21347-JEM

MIAMI SLICE PIZZA, LLC, a Florida
limited liability company,

    Plaintiff/Counter-Defendant,

v.

CARNIVAL CORPORATION, a Florida
corporation

    Defendant/Counter-Plaintiff.
_____/

## [PROPOSED] ORDER GRANTING
## AGREED MOTION TO AMEND SCHEDULING ORDER

THIS CAUSE is before the Court on Plaintiff's Agreed Motion to Amend the Scheduling Order [D.E. 10]. The Court having considered the Motion, and otherwise being fully advised, hereby ORDERS AND ADJUDGES that:

The joint motion is GRANTED. The Court finds good cause to amend the Scheduling Order, pursuant to Fed. R. Civ. P. 16(b)(4), as follows:

| Deadline | Previous | New |
| --- | --- | --- |
| Parties shall exchange written lists containing the names and addresses of all witnesses intended to be called at trial | January 11, 2024 | March 11, 2024 |
| Parties shall exchange expert witness summaries and reports | February 1, 2024 | April 1, 2024 |
| Parties shall exchange rebuttal expert witness summaries and reports | March 1, 2024 | May 1, 2024 |

1

| All discovery, including expert discovery, shall be completed | March 21, 2024 | June 21, 2024 |
|---|---|---|
| A mediator must be selected | March 31, 2024 | Completed |
| All *Daubert*, summary judgment, and other dispositive motions shall be filed | April 20, 2024 | July 19, 2024 |
| Mediation shall be completed | May 30, 2024 | Completed |
| All pretrial motions and memoranda of law must be filed | June 14, 2024 | September 13, 2024 |
| Joint Pretrial Stipulation must be filed | June 29, 2024 | September 27, 2024 |
| Proposed jury instructions and/or proposed findings of facts and conclusions of law must be filed | July 22, 2024 | October 25, 2024 |
| Proposed *voir dire* questions must be filed | July 24, 2024 | October 30, 2024 |
| Calendar Call | July 25, 2024 | October 31, 2024 |
| Trial set for the two-week period commencing: | July 29, 2024 | November 2, 2024 |

DONE AND ORDERED in Chambers in Miami, Florida this ___ day of January, 2024.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc: Furnished to Counsel of Record