UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 23-21347-CIV-MARTINEZ-BECERRA

MIAMI SLICE PIZZA, LLC,

    Plaintiff,

v.

CARNIVAL CORPORATION,

    Defendant.
_____/

## ORDER ON UNOPPOSED MOTION TO CONTINUE TRIAL AND PRETRIAL DEADLINES

**THIS MATTER** is before the Court on the Plaintiff's Unopposed Motion to Continue Trial and Pretrial Deadlines ("Motion"). (ECF No. 30). Plaintiff moves for an extension of all remaining pretrial deadlines and trial. After careful consideration, it is **ORDERED AND ADJUDGED** that

    1.    Plaintiff's Motion, (ECF No. 30), is **GRANTED.** The previous calendar call and trial dates are hereby **CANCELLED**.

    2.    Trial is rescheduled to commence during the two-week period beginning **Monday, November 18, 2024,** before Jose E. Martinez, United States District Judge, 400 N. Miami Ave., Courtroom 10-1, Miami, Florida 33128. Calendar Call will be held on **Thursday, November 14, 2024,** at 1:30 p.m. at the same location.

    3.    The following pretrial deadlines are modified as follows:

- **3/11/24:** The parties shall exchange written witness lists containing the names and addresses of all witnesses intended to be called at trial.

- **4/1/24:** The parties shall exchange expert witness summaries and reports.
- **5/1/24:** The parties shall exchange rebuttal expert witness summaries and reports.
- **6/21/24:** All discovery, including expert discovery, shall be completed.
- **7/19/24:** All Daubert, summary judgment, and other dispositive motions shall be filed.
- **9/13/24:** All pretrial motions and memoranda of law must be filed.
- **9/27/24:** The Joint Pretrial Stipulation must be filed.
- **10/25/24:** Proposed jury instructions and/or proposed findings of facts and conclusions of law must be filed.
- **10/30/24:** Proposed voir dire questions must be filed.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 12 day of January, 2024

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Magistrate Judge Becerra
All counsel of record