UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:23-cv-21347-JEM

**MIAMI SLICE PIZZA, LLC**,

    Plaintiff/Counter-Defendant,

v.

**CARNIVAL CORPORATION**,

    Defendant/Counter-Plaintiff.

_____/

## [PROPOSED] ORDER GRANTING DEFENDANT'S EXPEDITED MOTION TO FURTHER AMEND SCHEDULING ORDER

THIS CAUSE is before the Court on Defendant's Expedited Motion to Further Amend Scheduling Order, filed April 25, 2024. The Court having considered the Motion, and otherwise being fully advised, hereby ORDERS AND ADJUDGES that:

The Motion is **GRANTED**. The Court finds good cause to amend the Scheduling Order, pursuant to Fed. R. Civ. P. 16(b)(4), as follows:

| Deadline | Current | Proposed |
| --- | --- | --- |
| Parties shall exchange rebuttal expert witness summaries and reports | May 1, 2024 | June 15, 2024 |
| All discovery, including expert discovery, shall be completed | June 21, 2024 | August 30, 2024 |
| All *Daubert*, summary judgment, and other dispositive motions shall be filed | July 19, 2024 | September 27, 2024 |
| All pretrial motions and memoranda of law must be filed | September 13, 2024 | November 8, 2024 |
| Joint Pretrial Stipulation must be filed | September 27, 2024 | November 29, 2024 |

1

| | | |
|---|---|---|
| Proposed jury instructions and/or proposed findings of facts and conclusions of law must be filed | October 25, 2024 | January 10, 2025 |
| Proposed *voir dire* questions must be filed | October 30, 2024 | January 15, 2025 |
| Calendar Call | November 14, 2024 | January 23, 2025 |
| Trial set for the two-week period commencing: | November 18, 2025 | January 27, 2025 |

DONE AND ORDERED in Chambers in Miami, Florida on this _____day of

_____, 2024.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record