UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:23-cv-21347-JEM

**MIAMI SLICE PIZZA, LLC,**

    Plaintiff/Counter-Defendant,

v.

**CARNIVAL CORPORATION,**

    Defendant/Counter-Plaintiff.

_____/

### RULE 4(b) CERTIFICATION OF LAURA NAJEMY IN SUPPORT OF MOTION TO APPEAR PRO HAC VICE

The undersigned, Laura Brooks Najemy, Esq., pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the bar of the Commonwealth of Massachusetts and the following Courts: United States District Court for the District of Massachusetts and United States District Court for the Eastern District of Michigan; and, (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

Date: April 25, 2024

                                                                        Laura Brooks Najemy