UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:23-cv-21347-JEM

**MIAMI SLICE PIZZA, LLC**,

    Plaintiff/Counter-Defendant,

v.

**CARNIVAL CORPORATION**,

    Defendant/Counter-Plaintiff.
_____/

**ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

    THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac* Vice for Laura Brooks Najemy, Esq., Consent to Designation, and Request to Electronically Receive Notice of Electronic Filing (the "Motion"), pursuant to the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

    ORDERED AND ADJUDGED that:

The Motion is GRANTED. Laura Brooks Najemy, Esq., may appear and participate in this action on behalf of Defendant Carnival Corporation at lnajemy@orrick.com.

    DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of _____, 2024.

                                                                                                _____
                                                                             Honorable Jose E. Martinez
                                                                             United States District Judge

Copies furnished to:
All Counsel of Record