**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO.: 1:23-cv-21347-JEM**

**MIAMI SLICE PIZZA, LLC**,

    Plaintiff/Counter-Defendant,

v.

**CARNIVAL CORPORATION**,

    Defendant/Counter-Plaintiff.
_____/

**MOTION TO APPEAR *PRO HAC VICE*
CONSENT TO DESIGNATION, AND REQUEST TO
<u>ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING</u>**

In accordance with Local Rules 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Sheryl Koval Garko, Esq. of the law firm of Orrick, Herrington & Sutcliffe, LLP, 222 Berkeley Street, Suite 2000, Boston, MA 02116, telephone: (617) 880-1919, for purposes of appearance as co-counsel on behalf of Carnival Corporation ("Defendant"), in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Sheryl Koval Garko, Esq. to receive electronic filings in this case, and in support thereof states as follows:

    1.    Sheryl Koval Garko, Esq. is not admitted to practice in the Southern District of Florida and is a member in good standing of the bar of the Commonwealth of Massachusetts and the following courts: Massachusetts Supreme Judicial Court, United States District Court for the District of Massachusetts, United States District Court for the District of Massachusetts

**FRIEDLAND VINING, P.A.** • (305) 777-1725 • COURT@friedlandvining.com

(Bankruptcy Court), United States District Court for the Eastern District of Michigan, United States District Court for the Eastern District of Texas, United States District Court for the Western District of Texas, United States Court of Appeals for the Federal Circuit, United States Court of Appeals for the First Circuit, United States Court of Appeals for the Fourth Circuit, United States Court of Appeals for the Ninth Circuit, and United States Court of Appeals for the Eleventh Circuit.

2.      Movant, David K. Friedland, Esquire, of the law firm of Friedland Vining, P.A. 6619 S. Dixie Highway, #157, Miami, FL, 33143 305-777-1725, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system.  Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures.  *See* Section 2B of the CM/ECF Administrative Procedures.

3.      In accordance with the local rules of this Court, Sheryl Koval Garko, Esq. has made payment of this Court's $200 admission fee.  A certification in accordance with Rule 4(b) is attached hereto.

4.      Sheryl Koval Garko, Esq., by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Sheryl Koval Garko, Esq. at email address: sgarko@orrick.com.

5.      WHEREFORE, David K. Friedland, Esq., moves this Court to enter an Order permitting Sheryl Koval Garko, Esq., to appear before this Court on behalf of Defendant for all

purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Sheryl Koval Garko, Esq.

DATED:  April 25, 2024  Respectfully submitted,

**FRIEDLAND VINING, P.A.**

s/David K. Friedland
By:  **David K. Friedland**
Florida Bar No. 833479
Email:  dkf@friedlandvining.com
**Jaime Rich Vining**
Florida Bar No. 030932
Email:  jrv@friedlandvining.com
6619 S. Dixie Highway, #157
Miami, FL 33143
(305) 777-1725 – telephone
(305) 456-4922 – facsimile

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on the above referenced date, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the Manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

**Richard Guerra**
**Javier Sobrado**
**Arthur Robert Weaver**
The Brickell IP Group, PLLC
1101 Brickell Avenue South Tower, Suite 800
Miami, FL 33131
Email: rguerra@brickellip.com
Email: JSobrado@BrickellIP.com
Email: rweaver@brickellip.com

            /s/David K. Friedland
            David K. Friedland