## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

### CASE NO.: 1:23-cv-21347-JEM

**MIAMI SLICE PIZZA, LLC,**

    Plaintiff/Counter-Defendant,

v.

**CARNIVAL CORPORATION,**

    Defendant/Counter-Plaintiff.

_____/

### RULE 4(b) CERTIFICATION OF SHERYL KOVAL GARKO
### IN SUPPORT OF MOTION TO APPEAR PRO HAC VICE

The undersigned, Sheryl Koval Garko, Esq., pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the bar of the Commonwealth of Massachusetts and of the following courts: Massachusetts Supreme Judicial Court, United States District Court for the District of Massachusetts, United States District Court for the District of Massachusetts (Bankruptcy Court), United States District Court for the Eastern District of Michigan, United States District Court for the Eastern District of Texas, United States District Court for the Western District of Texas, United States Court of Appeals for the Federal Circuit, United States Court of Appeals for the First Circuit, United States Court of Appeals for the Fourth Circuit, United States Court of Appeals for the Ninth Circuit, and United States Court of Appeals for the Eleventh Circuit; and, (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

1

**FRIEDLAND VINING, P.A.** • (305) 777-1725 • COURT@friedlandvining.com

Date: April 25, 2024

_____
Sheryl Koval Garko

2

**FRIEDLAND VINING, P.A.** • (305) 777-1725 • COURT@friedlandvining.com