UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 23-21347-CIV-MARTINEZ-SANCHEZ

MIAMI SLICE PIZZA, LLC,

    Plaintiff,

v.

CARNIVAL CORPORATION,

    Defendant.

_____/

**ORDER ON MOTION TO CONTINUE TRIAL AND PRETRIAL DEADLINES**

**THIS MATTER** is before the Court on the Defendant's Motion to Continue Trial and Pretrial Deadlines ("Motion"). (ECF No. 35.) Defendant moves for an extension of all remaining pretrial deadlines and trial because it recently retained new counsel who moved to appear *pro hac vice* on April 25, 2024. (ECF Nos. 36 & 37.) Plaintiff partially opposes the Motion only as to the deadline to exchange rebuttal expert witness summaries and reports, which Defendant asks this Court to move from May 1, 2024, to June 15, 2024. (*See generally* Resp., ECF No. 38.) After careful consideration, it is **ORDERED AND ADJUDGED** that

    1.    The Motion, (ECF No. 35), is **GRANTED IN PART.** The previous calendar call and trial dates are hereby **CANCELLED**.

    2.    Trial isrescheduled to commence during the two-week period beginning **Monday, January 13, 2025,** before Jose E. Martinez, United States District Judge, at 9:30 a.m. at 400 N. Miami Avenue, Courtroom 10-1, Miami, Florida 33128. Calendar Call will be held on **Thursday, January 9, 2025,** at 1:30 p.m. at the same location.

    3.    The following pretrial deadlines are modified as follows:

1

- **6/15/24:** The parties shall exchange rebuttal expert witness summaries and reports.
- **8/30/24:** All Discovery, including expert discovery shall be completed.
- **9/27/24:** All Daubert, summary judgment, and other dispositive motions must be filed.
- **11/8/24:** All pretrial motions and memoranda of law must be filed.
- **11/29/24:** Joint Pretrial Stipulation must be filed.
- **12/13/24:** Proposed jury instructions and/or proposed findings of fact and conclusions of law must be filed.
- **1/3/25:** Proposed voir dire questions must be filed.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 29 day of April, 2024

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Magistrate Judge Sanchez
All counsel of record