UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:23-cv-21347-JEM

**MIAMI SLICE PIZZA, LLC**,

    Plaintiff/Counter-Defendant,

v.

**CARNIVAL CORPORATION**,

    Defendant/Counter-Plaintiff.

_____/

**MOTION TO APPEAR *PRO HAC VICE*
CONSENT TO DESIGNATION, AND REQUEST TO
<u>ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING</u>**

In accordance with Local Rules 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Lindsay Rindskopf, Esq. of the law firm of Orrick, Herrington & Sutcliffe, LLP, 51 W 52nd Street, New York, New York 10019, telephone: 212-506-5000, for purposes of appearance as co-counsel on behalf of Carnival Corporation ("Defendant"), in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Lindsay Rindskopf, Esq. to receive electronic filings in this case, and in support thereof states as follows:

    1.    Lindsay Rindskopf, Esq. is not admitted to practice in the Southern District of Florida and is a member in good standing of the bar of the State of New York and the United States District Court for the Southern District of New York.

2. Movant, David K. Friedland, Esquire, of the law firm of Friedland Vining, P.A. 6619 S. Dixie Highway, #157, Miami, FL, 33143 305-777-1725, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system.  Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures.  *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Lindsay Rindskopf, Esq. has made payment of this Court's $200 admission fee.  A certification in accordance with Rule 4(b) is attached hereto.

4. Lindsay Rindskopf, Esq., by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Lindsay Rindskopf, Esq. at email address: lrindskopf@orrick.com.

5. WHEREFORE, David K. Friedland, Esq., moves this Court to enter an Order permitting Lindsay Rindskopf, Esq., to appear before this Court on behalf of Defendant for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Lindsay Rindskopf, Esq.

**FRIEDLAND VINING, P.A.** • (305) 777-1725 • COURT@friedlandvining.com

DATED:  May 3, 2024                     Respectfully submitted,

                                                     **FRIEDLAND VINING, P.A.**

                                                     s/David K. Friedland  
                                                     By:  **David K. Friedland**  
                                                   Florida Bar No. 833479  
                                                   Email:  dkf@friedlandvining.com  
                                                   **Jaime Rich Vining**  
                                                   Florida Bar No. 030932  
                                                   Email:  jrv@friedlandvining.com  
                                                   6619 S. Dixie Highway, #157  
                                                   Miami, FL 33143  
                                                   (305) 777-1725 – telephone  
                                                   (305) 456-4922 – facsimile

                                                   *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

      I hereby certify that on the above referenced date, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the Manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

**Richard Guerra**  
**Javier Sobrado**  
**Arthur Robert Weaver**  
The Brickell IP Group, PLLC  
1101 Brickell Avenue South Tower, Suite 800  
Miami, FL 33131  
Email: rguerra@brickellip.com  
Email: JSobrado@BrickellIP.com  
Email: rweaver@brickellip.com  

                                                 /s/David K. Friedland  
                                                 David K. Friedland