UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CIVIL ACTION NO. 1:23-CV-21347-JEM

MIAMI SLICE PIZZA, LLC,

        Plaintiff/Counter-Defendant,

v.

CARNIVAL CORPORATION,

        Defendant/Counter-Plaintiff.

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Miami Slice Pizza, LLC ("Miami Slice Pizza") and Defendant/Counter-Plaintiff Carnival Corporation ("Carnival") (together, the "Parties"), by and through their undersigned counsel, hereby stipulate that Miami Slice Pizza's claims against Carnival and Carnival's counterclaim against Miami Slice Pizza in the above-captioned action shall be mutually dismissed with PREJUDICE. Accordingly, the entire above-captioned action is hereby dismissed with prejudice, with each party bearing its own costs, expenses, and attorneys' fees.

Dated: August 7, 2024        Respectfully submitted,

        */s/ Arthur Robert Weaver*
        Arthur Robert Weaver
        Fla. Bar No. 92132
        rweaver@brickellip.com
        Richard Guerra
        Fla. Bar. No. 689521
        rguerra@brickellip.com
        Javier Sobrado
        Fla. Bar No. 44992
        jsobrado@brickellip.com
        **THE BRICKELL IP GROUP, PLLC**

1101 Brickell Avenue
South Tower, Suite 800
Miami, FL 33131
Tel: 305-728-8831
Fax: 305-428-2450

*Attorneys for Plaintiff/Counter-Defendant Miami Slice Pizza, LLC*

*/s/ David K. Friedland\**
David K. Friedland
Florida Bar No. 833479
dkf@friedlandvining.com
Jaime Rich Vining
Florida Bar No. 030932
jrv@friedlandvining.com
**FRIEDLAND VINING, P.A.**
6619 South Dixie Highway, PMB 157
Miami, FL 33143
Telephone: (305) 777-1725

Sheryl K. Garko (*pro hac vice*)
sgarko@orrick.com
Laura Najemy (*pro hac vice*)
lnajemy@orrick.com
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
222 Berkeley Street, Suite 2000
Boston, MA 02116
Telephone: (617) 880-1919
Fax: (617) 880-1801

Lindsay Rindskopf (*pro hac vice*)
lrindskopf@orrick.com
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
51 W 52nd Street
New York, NY 10019
Telephone: (212) 506-5000
Fax: (212) 506-5151

*Attorneys for Defendant/Counter-Plaintiff Carnival Corporation*

**\*signed with consent**