UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**Case Number: 23-21347-CIV-MARTINEZ**

MIAMI SLICE PIZZA, LLC,

    Plaintiff/Counter-Defendant,

v.

CARNIVAL CORPORATION,

    Defendant/Counter-Plaintiff.

_____/

**<u>FINAL ORDER OF DISMISSAL WITH PREJUDICE ON JOINT STIPULATION</u>**

**THIS MATTER** came before this Court on the Parties' Joint Stipulation of Dismissal with Prejudice (the "Joint Stipulation"), (ECF No. 45). This Court reviewed the Joint Stipulation and pertinent portions of the record and is otherwise fully advised in the premises. Accordingly, it is:

**ORDERED AND ADJUDGED** that this action is **DISMISSED WITH PREJUDICE**. All pending motions in this case are **DENIED** as **MOOT**, and this case is **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 7 day of August, 2024.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record